UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



LUIS FERNANDEZ

2003 OCT 16  PRISONER2

V.

CASE no. 3:02cv2090(JBA)(JGM)

CHIEF ROBERT PAQUETTE, et al.

SEPT. 23,2003

## MOTION FOR APPOINTMENT OF PRO BONO COUNSEL

The plaintiff according to the courts ruling on motion for appointment of counsel[doc.#19] consideration respectfully request this honorable court consideration to appoint PRO BONO counsel in this case for the reasons set forth below.

### I HISTORY OF CASE

1) Following the plaintiff complaint against the defendants Chief of p. ROBERT PAQUETTE,et al where I.F.P. status has been granted and motion foe extention of time [doc.##8,9] granted for submitted the completed forms on or before june 20,2003 which the plaintiff complied with the courts orders.

2) The plaintiff has demostrated to the courts for considering an appointment of PRO BONO counsel that he is unable to afford counsel, the sufficient attempts to obtain legal assistance from I.L.A.P. [doc.#5,10,14] denying without prejudice.

3) However, the court is considering the development of the record for appointing counsel to the plaintiff see ruling on motion for appointment of counsel [doc.#19] denied without prejudice.

4) The plaintiff has previously requested a default judgment against defendants CHIEF OF P. ROBERT PAQUETTE, et al own failure to comply with the courts scheduling ordered of july 3,2003.

5) The defendants answer and affirmative defense filed on Sept. 19,2003 fails to comply with the courts scheduling ordered filed on 7/3/03 pursuant to rule 16(c) of Fed.R.Civ.Procedures, to answer or other reply within 60 days of the date july 2,2003 on which the appearance was filed.

### II SPECIFIC FACTS

1) The plaintiff needs to rely on PRO BONO counsel representation in the requested default judgment on SEPT. 17,2003 do to defendants Chief of P. ROBERT PAQUETTE, et al failure to comply with the court scheduling ordered of july 3,2003;

2) The plaintiff rely on PRO BONO counsel representation in the requested default judgment were adequate presentation of the case is necessary before the court and a jury who can render a verdict against defendants ROBERT PAQUETTE,et al pursuant to RULE 55(b),F.R.C.P.;

3) The plaintiff needs to rely on Pro Bono representation in this case were defendants Chief of P. ROBERT PAQUETTE,et al failed to bring a motion raising a 12(b) defense within 60 days time from the court scheduling ordered date july 3,2003 and failed to request an extention of time to file an answer abandoning any type of alleged meritorious defense.citing,BONAVENTURE V. BUTLER, 593 F.2d 625(5 cir. 1979);

4) Furthermore, the plaintiff respectfully asks the court judge or magistrate to determine under the facts stated herein and its scheduling ordered date july 3,2003 for consideration of record to appoint Pro Bono counsel representation inthis case.

### III LEGAL GROUNDS RELIES

This motion is filed pursuant 28 U.S.C. § 1915(e)(1), relying on Rule 12(b) failure to answer and defendants abandoning meritorious defenseBONAVENTURE v. BUTLER, 593 F.2d 625(5cir.1979), and courts ruling on motion for appointment of counsel[doc.#19] consideration as to appoint counsel for the plaintiff in this case.

RESPECTFULLY SUBMITTED,

LUIS FERNANDEZ #279900
C.C.I.,
900 highland ave.,
Cheshire,Ct. 06410

CERTIFICATION

The forgoing motion copy was mailed to defendants counsel THOMAS R.GERARDE,65 wethersfield ave.,Hartford, Ct. 06114,by placing them in an envelope and place them in the main hall legal mailbox at the State D.O.C. Cheshire,Cheshire,Ct. 06410 on Sept.23,2003.

RESPECTFULLY SUBMITTED,

LUIS FERNANDEZ #279900