FILED

2003 OCT 20 P 1: 05

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.: 3:02CV2090 (JBA)(JGM) |
| v. | : | |
| | : | |
| CHIEF ROBERT PAQUETTE, ET AL | : | OCTOBER 16, 2003 |

## OBJECTION TO MOTION FOR APPOINTMENT PRO BONO COUNSEL

The undersigned defendants hereby object to the plaintiff's motion for appointment of pro bono counsel, dated September 23, 2003. This is the third time the plaintiff has filed such a motion. This Court denied the plaintiff's first request for counsel on June 27, 2003, and denied his second request on September 5, 2003. (See attached Ruling on Motion for Appointment of Counsel). The plaintiff has not set forth any additional evidence and/or arguments that would merit overturning the Court's two prior rulings.

ORAL ARGUMENT IS NOT REQUESTED

DEFENDANTS,
CHIEF ROBERT PAQUETTE,
DETECTIVE SGT. FISHER,
DETECTIVE RAMOS,
DETECTIVE JOHN MERULLO,
DETECTIVE JOHN KRUPINSKY,
DETECTIVE MARK TROHALIS,
OFFICER KARL MURPHY
OFFICER SELNER and
OFFICER RIOLO


By _____
Eric D. Eddy
Ct25242
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail:  tgerarde@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via US Mail to the following pro se party this 16th day of October, 2003.

Luis Fernandez
Inmate Number 279900
Connecticut Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

_____
Eric D. Eddy

RECEIVED
SEP 15 2003
BY:...................

FILED
SEP 8   3 47 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUIS FERNANDEZ

                              PRISONER
V.               CASE NO. 3:02CV2090 (JBA) (JGM)

CHIEF P. ROBERT PAQUETTE, ET AL.


### RULING ON MOTION FOR APPOINTMENT OF COUNSEL

Pending before this court is a document entitled "Motion for Reconsideration Appointment of Counsel." The court construes the motion as a renewed motion for appointment of counsel. On June 27, 2003, the court denied the plaintiff's prior motion for appointment of counsel because the existing record did not permit the court to determine whether the plaintiff's claims passed the test of likely merit. The record has not changed significantly. The court issued a scheduling order in July and the defendants have yet to file a response to the complaint.

The court concludes that the appointment of counsel is not warranted at this time. Should further development of the record indicate that the claims pass the likely merit test, the court will consider appointing counsel for the plaintiff.

Accordingly, the plaintiff's renewed motion for appointment

of counsel [doc. #19] is DENIED without prejudice.

SO ORDERED at New Haven, Connecticut, this 5th day of September, 2003.

---

~~William V. Garfinkel~~ Jon C. Margolis
United States Magistrate Judge