UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| V. | : | CASE NO. 3:02CV2090 (JBA)(JGM) |
| CHIEF ROBERT PAQUETTE, et al. | : | Oct. 21, 2003 |

## MOTION TO STRIKE DEFENDANTS OBJECTION TO MOTION FOR APPOINTMENT PRO BONO COUNSEL

The plaintiff, Luis Fernandez, Pro Se, Relying on the presented colorable claim pursuant to 149 F.Supp. 615, 618 and the Aggregated of operative facts giving rise to a Right enforceable in the Courts, under 309 F.Supp. 1178, 1181 Moves to Strike defendants objection to Motion for Appointment Pro Bono Counsel dated Oct. 16, 2003. As discussed in more detail in the accompanying Memorandum of Law, were Relief should not be granted for lack of merits which prejudice the Courts discretion against the plaintiff, Pro Se statue. The defendants attached Ruling on Motion for Appointment of Counsel is in fact irrelevant and insufficient, to set an argument.

THE PLAINTIFF

LUIS FERNANDEZ
#279900
C.C.I.,
900 Highland Ave.,
Cheshire, CT 06410

## CERTIFICATION

This is to Certify that a Copy of the foregoing has been sent, handling Charges prepaid, via U.S. Mail to the following defendants Attorney this 21 day of Oct., 2003.

ERIC D. Eddy,
ct 25242
Howd & Ludorf,
65 Wethersfield Ave.,
Hartford, CT 06114-1190

LUIS FERNANDEZ
Plaintiff