UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez

V.

Chief Robert Paquette, et al.

PRISONER
NO: 3:02CV2090 (JBA)
(JGM)

Oct. 17, 2003

## MOTION TO STRIKE DEFENDANT'S OBJECTION TO REQUEST FOR ENTRY OF DEFAULT

The plaintiff Luis Fernandez, Pro Se, hereby moves pursuant Rule 55, F.R.C.P. to strike defendants Objection to Request for Entry of default dated Oct. 8, 2003. As discussed in more detail in the accompanying Memorandum of Law, were relief should not be granted for failure to comply with the Court's order under Rule 16(c), F.R.C.P. Resulted from defendant's own negligence which prevents the plaintiff from timely file any Discovery pursuant to the Federal Rule of Civil Procedure. The defendants, Court's Website, WebPACER printout attached as Exhibit "A" in the objection to Request for Entry of default filed dated Oct. 8, 2003 is in fact without merit.

The Plaintiff

Luis Fernandez
# 279900
C.C.I.,
900 highland Ave.,
Cheshire, CT 06410

## CERTIFICATION

This is to Certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following defendants Attorney this 17 day of October, 2003.

Thomas R. Gerarde
ct 05640
Howd & Ludorf
65 Wethersfiled Ave.,
Hartford, CT 06114

Luis Fernandez
Plaintiff