UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez                :        PRISONER
                                       NO: 3:02CV2090
V.                            :        (JBA)(JGM)

Chief Robert Paquette, et al. :        Oct. 17, 2003

                              :

## MEMORANDUM OF DECISION REQUIRED ON MOTION TO STRIKE

Pursuant to Rule 55, F.R.C.P., the plaintiff moves to Strike defendant's objection to Request for Entry of default dated Oct 8, 2003. The defendants have failed to Comply with the Court ORDERED pursuant to Rule 16(c) date 7/3/03, which prevents the plaintiff timely file any discovery pursuant to the F.R.C.P. and Submitted in the objection to Request for entry of default filed dated Oct. 8, 2003, in fact without Merit a Copy of the Court's Website, WEB PACER printout Attached as "Exhibit 'A'". Accordingly, the Court should Render the decision of Strike for failing to Comply with an honorable Court Order under Federal Rules of Civil Procedure.

## I. FACTS:

The defendants have beened ordered by the Court to file any motions to dismiss, or motions to dismiss as frivolous, or answer or other reply within 60 days of the date on which the appearance was filed. See attached and marked as plaintiff Exhibit 1, A copy of the First Scheduling Order underpinning the defendants appearance in this action filed on 7/3/03.

The defendants allegation of "not certain of request or any other motions filed by the plaintiff in Court", are irrelevant and insufficient were the Court Clerk are the official(s) handling the recording of motion filed with the Court and defendants did received notice from the entry of default which is the reasons for there response by objection to request for entry of default dated Oct. 8, 2003. Citing, <u>SEC. V. WENCKE</u>, 577 F.2d 619 (9th cir. 1978), cert. denied, 99 S.Ct 451 (1979); and <u>National Discount Corp., V. O'Mell</u>, 194 F.2d 452 (6th cir. 1952)

## II. ARGUMENT:

The defendant "Witch-hunt" as for an excuse to avoid a default judgment for failing to

Comply with the honorable Court Ordered date July 3, 2003 as Appearance filed. See Attached and Marked as plaintiff Exhibit 1. The defendants Motion is dated July 2, 2003 for Appearance submitted and filed with the Court. See Attached and Marked as plaintiff Exhibit 2, Setting forth facts toward the reckless inaction of defendants own negligence in failing to provide enough reasonable cause for their failure to file Answer within the time period and raise a meritorious defense. Citing, Thorpe v. Thorpe, 364 F.2d 692 (D.C. Cir. 1966); And Benaventure v. Butler, 593 F.2d 625 (5th Cir. 1979). Where, "the trial of a lawsuit is not a poker game, but a search for the truth." See Williams v. Florida, 399 U.S. 78, 26 L.ed.2d 446, 90 S.ct 1893 (1970).

## III Conclusion:

For the foregoing Reasons, the plaintiff respectfully request pursuant Rule 55(b), SEC. v. Wencke, 577 F.2d 619 (9th Cir. 1978), Cert. denied, 99 S.ct 451 (1979); National Discount Corp. v. O'Nell, 194 F.2d 452 (6th Cir. 1952); Thorpe v. Thorpe, 364 F.2d 692 (D.C. Cir. 1966); And Bonaventure v. Butler, 593 F.2d 625 (5th Cir. 1979) that the Motion to strike be granted

And defendants objection to Request for Entry of default denied.

NO SIMILAR MOTION has been filed.

ORAL ARGUMENT IF REQUESTED

The PLAINTIFF

Luis Fernandez
# 279900
C.C.I.
900 Highland Ave.,
Cheshire, CT 06410

## CERTIFICATION

This is to Certify that A copy of the foregoing has been sent, handling charges prepaid, VIA U.S. Mail to the following defendants Attorney of Record this 17 day of Oct. 2003.

Offices of Howd & Ludof,
65 Wethersfield Ave.,
Hartford, CT 06114-1190

Luis Fernandez
Plaintiff

# Ex. A

18

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez
V.
Robert Paquette, et al

: PRISONER
: DOCKET NO.3:02cv2090(JBA)(JGM)
:
:
:

FILED '02 JUL 16 AM 11 39 U.S. DISTRICT COURT NEW HAVEN, CONN

FIRST SCHEDULING ORDER

The plaintiff has filed this Section 1983 complaint against the defendant(s). The first appearance in this action was filed on __7/3/03__.

Preparation for trial should proceed at this time on claims in the complaint which have not been dismissed or withdrawn. **All discovery and further proceedings in this case are limited to this claim/these claims.**

Pursuant to Rule 16(c) of the Federal Rules of Civil Procedure, it is hereby ORDERED:

1. Defendant shall file any motions to dismiss for failure to state a claim under Fed. R. Civ. P. 12(b)(6), or motions to dismiss as frivolous under Title 28 U.S.C. Section 1915(e), or answer or other reply within 60 days of the date on which the appearance was filed. **Failure to respond to the complaint in a timely manner will result in the entry of default for failure to plead.**

2. If either party determines that an early settlement conference would be beneficial in this case, he shall file a motion seeking a settlement conference within 90 days of the date on which the appearance was filed.

3. Discovery pursuant to the Federal Rules of Civil Procedure, Rules 26 through 37, shall be completed within six months (180 days) of the date on which the appearance was filed. Discovery requests need not be filed with the court.

4. All motions for summary judgment shall be filed within seven months (210 days) of the date on which the appearance was filed.

5. Pursuant to Local Civil Rule 9(a), a non-moving party must respond to a dispositive motion within 21 days of the date the motion was filed. If no response is filed, or the response is not timely, the dispositive motion can be granted absent objection. If the motion is granted, the complaint will be dismissed as to all defendants, appearing and non-appearing and the case will be closed. The case will **not** proceed to trial.

SO ORDERED this 15th day of July, 2003, at New Haven.

_____
U.S. Magistrate Judge



UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS FERNANDEZ | NO.: 3:02CV2090 (JBA) |
| v. | |
| CHIEF ROBERT PAQUETTE, DETECTIVE SGT. FISHER, DETECTIVE RAMOS, DETECTIVE JOHN MERULLO, DETECTIVE JOHN KRUPINSKY, DETECTIVE MARK TROHALIS, OFFICER KARL MURPHY, OFFICER SELNER, AND OFFICER RIOLO | JULY 2, 2003 |

### APPEARANCE

Please enter the appearance of **Thomas R. Gerarde**, as attorney for the defendants, **CHIEF ROBERT PAQUETTE, DETECTIVE SGT. FISHER, DETECTIVE RAMOS, DETECTIVE JOHN MERULLO, DETECTIVE JOHN KRUPINSKY, DETECTIVE MARK TROHALIS, OFFICER KARL MURPHY, OFFICER SELNER, AND OFFICER RIOLO,** in the above-entitled action.

DEFENDANTS,
CHIEF ROBERT PAQUETTE,
DETECTIVE SGT. FISHER,
DETECTIVE RAMOS,
DETECTIVE JOHN MERULLO,
DETECTIVE JOHN KRUPINSKY,
DETECTIVE MARK TROHALIS,
OFFICER KARL MURPHY
OFFICER SELNER,
AND OFFICER RIOLO

By _____
Thomas R. Gerarde
ct05640
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: @hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 2nd day of July, 2003.

Mr. Luis Fernandez
Inmate Number 279900
Connecticut Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

_____
Thomas R. Gerarde