UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



LUIS FERNANDEZ

V.

PRISONER
CASE NO. 3:02CV2090 (JBA) (JGM)

CHIEF P. ROBERT PAQUETTE, ET AL.

RULING ON PENDING MOTIONS

Pending before the court is the plaintiff's renewed motion for appointment of counsel and motion for default. The plaintiff seeks to default the defendants for failure to plead. The defendants filed an answer to the complaint on September 22, 2003. Accordingly, the Motion for Default [**doc. # 23**] is **DENIED**.

The plaintiff also seeks the appointment of pro bono counsel. On September 8, 2003, the court denied the plaintiff's renewed motion for appointment of counsel because the existing record did not permit the court to determine whether the plaintiff's claims passed the test of likely merit. The present motion is dated September 23, 2003. The record has not changed significantly.

The court concludes that the appointment of counsel is not warranted at this time. Should further development of the record indicate that the claims pass the likely merit test, the court

will consider appointing counsel for the plaintiff.

Accordingly, the plaintiff's renewed Motion for Appointment of Counsel [**doc. #29**] is **DENIED** without prejudice.

SO ORDERED at New Haven, Connecticut, this 30th day of October, 2003.

_____
Joan G. Margolis
United States Magistrate Judge