UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Nov 5   1:53 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

LUIS FERNANDEZ

    V.

PRISONER
CASE NO. 3:02CV2090 (JBA) (JGM)

CHIEF P. ROBERT PAQUETTE, ET AL.

RULING ON PENDING MOTIONS

Pending before the court are the plaintiff's motions to strike defendants' objections to the motion for default and motion for appointment of counsel. The Motions to Strike [docs. ## 32, 33] are DENIED.

SO ORDERED at New Haven, Connecticut, this 4th day of November, 2003.

Joan G. Margolis
United States Magistrate Judge