

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.: 3:02CV2090 (JBA)(JGM) |
| v. | : | |
| | : | |
| CHIEF ROBERT PAQUETTE, ET AL | : | NOVEMBER 13, 2003 |

### MOTION FOR LEAVE TO TAKE
### DEPOSITION OF PRISONER LUIZ FERNANDEZ

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, the undersigned defendants move the court for an order granting leave to take the oral deposition of LUIZ FERNANDEZ, the plaintiff in the above-captioned matter. Luiz Fernandez is presently confined to the Connecticut Correctional Institution in Cheshire, Connecticut. Counsel for the defendants would like to depose Mr. Fernandez within sixty (60) days of the granting of this motion.

This is an action brought by the prisoner for the alleged violation of his civil rights. The plaintiff brought a suit against all defendants for his arrest on January 7, 2000. The defendants require this deposition to explore the facts and circumstances giving rise to the plaintiff's cause of action and the damages he claims to have suffered as a result of the arrest.

WHEREFORE, the undersigned defendants respectfully request their Motion for Leave to Take Deposition of Prisoner, Luiz Fernandez, be granted.

ORAL ARGUMENT IS NOT REQUESTED

DEFENDANTS,
CHIEF ROBERT PAQUETTE,
DETECTIVE SGT. FISHER,
DETECTIVE RAMOS,
DETECTIVE JOHN MERULLO,
DETECTIVE JOHN KRUPINSKY,
DETECTIVE MARK TROHALIS,
OFFICER KARL MURPHY
OFFICER SELNER and
OFFICER RIOLO


By_____
Eric D. Eddy
ct25242
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail:  eeddy@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 13th day of November, 2003.

Luis Fernandez
Inmate Number 279900
Connecticut Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

_____
Eric D. Eddy