UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT   FILED

2003 NOV 21 P 3: 55

LUIS FERNANDEZ                    :           PRISONER
                                              NO:3:02CV2090(JBA)(JGM)
 VS                               :
                                              NOVEMBER 14,2003
CHIEF ROBERT PAQUETTE,            :

                                  :

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

The plaintiff Luis Fernandez pursuant to Fed.R.Civ.P.16(b) the case management deadlines set forth in the scheduling order approved by the court on July 16,2003, be modified in accordance with the deadlines set forth below.

In support of this Motion, the plaintiff have served the defendant with Request for Admission date Nov. 5,2003, First Set of Interrogatories date Nov.7,2003, Second Set of Interrogatories date Nov. 10,2003, and Second Set of Interrogatories date Nov. 11,2003. The plaintiff also represent that Motion for Respond & Objection to Defendant Answer & Affirmative Defense submitted Sept. 24,2003 and Plaintiff Respond to Jury Demand by Defendants submitted on Sept. 24,2003, has not of yet been a Ruling on these Motions pending. The plaintiff also represent that the defendants were served with Notice of Lawsuit of the above caption matter on 6/9/03. Accordingly, the plaintiff respectfully request that the Discovery and Dispositive Motions deadlines in this meritful case be modified. These Modifications take into account the additional time involved in coordinating with the defendants a depositions scheduling, as well as providing the defendants with the time required to respond to the plaintiff Request for Admissions, First Set of Interrogatories, Second Set of Interrogatories, and Second Set of Admission.

The proposed Modification are as follows:

1. Written request for Admissions will be completed by 12/8/03.

2. Written First Set of Interrogatories will be completed by 12/8/03.

3. Written Second Set of Interrogatories will be completed by 12/11/03.

4. Written Second Set of Admission will be completed by 12/12/03.

-1-

5. Party and facts witnesses depositions will be completed according with a coordinating schedule.

6. Both the plaintiff and the defendants has not yet moved for discovery.

7. Any opposition to a Motion for summary judgment will be filed within thirty (30)days of the Motion for summary judgment.

8. The parties will request a pretrial conference at a time to be subsequently determined with the approval of the court.

The plaintiff have contacted by mail with a copy of this Modification of Scheduling Order defendants Attorney Eric D. Eddy. The defendants **agrees/disagrees** with the proposed modifications.(please circle indicating response).

Wherefore, the undersigned plaintiff Pro Se respectfully request that this Motion be granted, and that the case management deadlines be set modified in accordance with the dates set forth herein.

**NO SIMILAR MOTION HAS BEEN FILED.**

**ORAL ARGUMENT IS NOT REQUESTED.**

THE PLAINTIFF

BY _____
Luis Fernandez
ID.NO.279900
C.C.I.,
900 highland ave.,
cheshire,Ct.06410

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Modification of scheduling order has been sent via U.S. mail in a legal envelope to defendants Attorney Eric D. Eddy, Howd & Ludorf, 65 wethersfield ave.,Hartford, CT.06114 this 14 day of November,2003.

                                                      THE PLAINTIFF
                                                     LUIS FERNANDEZ
                                                     PRO SE