UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.:  3:02CV2090 (JBA)(JGM) |
| v. | : | |
| | : | |
| CHIEF ROBERT PAQUETTE, ET AL | : | NOVEMBER 21, 2003 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 9(b), the defendants, Chief Robert Paquette, Detective Sgt. Fisher, Detective Ramos, Detective John Merullo, Detective John Krupinsky, Detective Mark Trohalis, Officer Karl Murphy, Officer Selner and Officer Riolo, hereby move the Court for an enlargement of time of forty-three (43) days, up to and including January 19, 2004, in which to answer, object or otherwise respond to plaintiff's First Set of Interrogatories dated November 7, 2003, and received by the defendants on November 19, 2003.  The requested additional time takes into account the discrepancy in time between the date of certification and the date of receipt, and will be necessary to coordinate the information required to prepare an appropriate response.

It is the business custom of Howd & Ludorf to date-stamp all incoming mail. Counsel for the defendants did not receive Plaintiff's First Set of Interrogatories until November 19, 2003.  Attached is a copy of the date-stamped Proof of Service page wherein the plaintiff states he mailed his First Set of Interrogatories on November 7, 2003.  The defendants are concerned with the discrepancy between the

ORAL ARGUMENT IS NOT REQUESTED

date that the plaintiff certified his pleading and the date upon which the pleading was received.  The defendants understand there may be administrative difficulties with the mail system at the plaintiff's prison, and that such administrative difficulties may cause a delay in the receipt of mail.  However, a twelve-day interval is a sizeable delay and compromises the defendants' ability to respond to the request in a timely manner.

The plaintiff in this matter is representing himself in a pro se capacity and is presently serving a twenty-eight (28) year sentence at the Connecticut Correctional Institution in Cheshire.  Communication with the pro se plaintiff may only be made through his prison counselor.  The prison counselor may only be reached through a phone number.  Plaintiff's counselor does not have voice-mail, and the reception desk at the Correctional Institution will not take messages for the counselor. The prisoner/plaintiff is therefore not easily accessible by telephone.  The defendants made several good faith attempts on November 20, 2003 to contact the plaintiff, through his counselor, and determine whether he had any objection to this motion.  The defendants were unable to reach the plaintiff's counselor, despite having placed several phone calls. The defendants have not sought any prior enlargements of time to respond to this discovery request.

WHEREFORE, the defendants request that their Motion for Enlargement of Time, up to and including January 19, 2004, be granted.

> DEFENDANTS,
> CHIEF ROBERT PAQUETTE,
> DETECTIVE SGT. FISHER,
> DETECTIVE RAMOS,
> DETECTIVE JOHN MERULLO,
> DETECTIVE JOHN KRUPINSKY,
> DETECTIVE MARK TROHALIS,
> OFFICER KARL MURPHY
> OFFICER SELNER and
> OFFICER RIOLO
>
>
> By_____/s/ Eric D. Eddy_____
>    Eric D. Eddy
>    ct25242
>    Howd & Ludorf
>    65 Wethersfield Avenue
>    Hartford, CT  06114
>    (860) 249-1361
>    (860) 249-7665 (Fax)
>    E-Mail:  eeddy@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 21st day of November, 2003.

Luis Fernandez  
Inmate Number 279900  
Connecticut Correctional Institution  
900 Highland Avenue  
Cheshire, CT  06410

                                                     /s/ Eric D. Eddy  
                                                 Eric D. Eddy