**RECEIVED**
**NOV 19 2003**
BY:_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | | CASE NO 3:02CV2090 |
| VS. | : | (JBA)(JGM) |
| Chief Robert Paquette, et al. | : | Date NOV. 7, 2003 |

## PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the First SET OF INTERROGATORIES to defendants Attorney ERIC D. Eddy, at 65 wethersfield Ave., Hartford, Connecticut 06114-1190, by placing them in an legal Approved Envelope and placed them in the Main Hall Mailbox at the Cheshire C.I., Cheshire, Connecticut, on NOV. 7, 2003.

Respectfully Subm.

Luis Fernandez
ID 279900
C.C.I.
900 highland Ave.,
Cheshire, Conn. 06410

C.C/file