RECEIVED
NOV 19 2003
BY:_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Luis Fernandez : PRISONER
 : CASE NO. 3:02CV2090
 vs. : (JBA)(JGM)
 :
Chief Robert Paquette, et al : Date Nov. 10, 2003
 :

## PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the Second Set of Interrogatories to defendants Attorney Eric D. Eddy, at 65 Wethersfield Ave, Hartford, Conn. 06114-1190 by placing them in an legal approved envelope and placed them in the Main Hall Mailbox at the Cheshire C.I., Cheshire, CT on Nov. 10, 2003.

Respectfully Subm.

Luis Fernandez
ID. 279900
C.C.I.
900 Highland Ave,
Cheshire, CT 06410

C.C. /file