UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.:  3:02CV2090 (JBA)(JGM) |
| v. | : | |
| | : | |
| CHIEF ROBERT PAQUETTE, ET AL | : | November 21, 2003 |

## OBJECTION TO MODIFICATION OF SCHEDULING ORDER

  The defendants, Chief Robert Paquette, Detective Sgt. Fisher, Detective Ramos, Detective John Merullo, Detective John Krupinsky, Detective Mark Trohalis, Officer Karl Murphy, Officer Selner, and Officer Riolo, hereby object to the plaintiff's Motion for Modification of Scheduling Order, dated November 14, 2003.

  The plaintiff represents in his motion that neither the plaintiff nor the defendants have moved for discovery.  However, the defendants served interrogatories on the plaintiff on November 14, 2003.  The plaintiff has served two sets of interrogatories on the defendants, dated November 7, 2003 and November 10, 2003.  The defendants did not receive both requests until November 19, 2003.  The defendants have moved for an enlargement of time to respond to both sets.  This enlargement of time takes into account the discrepancy between the dates set forth on the plaintiff's certification and the date received by defendants' counsel.

ORAL ARGUMENT IS NOT REQUESTED

The plaintiff's proposed modifications do not take into account the amount of time necessary for the defendants to respond to his discovery requests. The proposed modifications also fail to take into account the amount of time necessary for the plaintiff to respond to the defendants' discovery requests, which number twenty-five (25) interrogatories and twelve (12) production requests.

The plaintiff in this matter is representing himself in a pro se capacity and is presently serving a twenty-eight (28) year sentence at the Connecticut Correctional Institution in Cheshire.

                                                                              DEFENDANTS,
CHIEF ROBERT PAQUETTE,
DETECTIVE SGT. FISHER,
DETECTIVE RAMOS,
DETECTIVE JOHN MERULLO,
DETECTIVE JOHN KRUPINSKY,
DETECTIVE MARK TROHALIS,
OFFICER KARL MURPHY
OFFICER SELNER and
OFFICER RIOLO


By_____/s/ Eric D. Eddy_____
  Eric D. Eddy
  ct25242
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 (Fax)
  E-Mail: eeddy@hl-law.com

## **CERTIFICATION**

        This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 21st day of November, 2003.

Luis Fernandez
Inmate Number 279900
Connecticut Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

                                                  /s/ Eric D. Eddy
                                       Eric D. Eddy