UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -1  P 5:31

| | |
|---|---|
| LUIS FERNANDEZ | : PRISONER |
| | : CASE NO.3:02CV2090(JBA)(JGM) |
| VS | : |
| CHIEF ROBERT PAQUETTE, ET AL | : NOV. 17,2003 |
| | : |

### OBJECTION TO RULING ON PENDING MOTIONS[DOC.# 23]

The plaintiff respectfully submits this late objection, citing, **UNITED STATES V. WALTERS,638 F.2D 947, 949-50(1981)**, against the ruling on pending motions[doc.#23] the fact of defendants failure to comply with court's order under Rule 16(c),F.R.C.P. filed on 7/3/03 were no answer nor other reply within 60 days of the date on which the appearance was filed resulted in the entry of default for failure to plead as discussed in more detail the **ACCOMPANYING MEMORANDUM OF LAW.**

**ORAL ARGUMENT IS NOT REQUESTED**

THE PLAINTIFF

LUIS FERNANDEZ
ID 27990
CHESHIRE C.I.,
900 highland ave.,
cheshire, CT. 06410

-1-