UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUIS FERNANDEZ

2003 DEC -1 P 5:36

vs.

PRISONER
CASE NO. 3:02CV2090
(JBA)(JGM)

CHIEF ROBERT PAQUETTE, et al.

NOV. 17, 2003

<u>MEMORANDUM OF DECISION REQUIRED UPON PLAINTIFF OBJECTION TO RULING ON PENDING MOTIONS [DOC #23]</u>

Pursuant to Rule 6(c), and Rule 12(a), F.R.C.P., the defendants had been required to respond to the plaintiff complaint within 60 days or should have filed any motions herein permitted under Rule 6(b), F.R.C.P., were the Magistrate error by determining defendants filed an answer to the complaint on Sept. 22, 2003, accordingly denying the motion for default [doc #23]. Where the plaintiff objection specifically identifies the following findings that are objectionable. <u>NETTLES V. WAINWRIGHT</u>, supra note 265, at 410.

1. The defendants assertion to the filing of answer and special defenses are for date Sept. 19, 2003

-2-

(Continue paragraph 1)

1. (see herein attached and marked as Exhibi 1) in fact contradicting the Courts determination of defendants filing of Answer to the Complaint on Sept. 22, 2003 see [doc.#23] which is objectionable for dates filing ascertains.

2. The defendants have a responsability to comply with F.R.C.P., and Courts orders, even a duty to file an extension of time to respond to the plaintiff Complaint pursuant Rule 6(b), F.R.C.P., which defendants late filing obstructs the plaintiff timely filing of a discovery pursuant to F.R.C.P., that objectionable is reasonable do to defendants failure to complying with F.R.C.P.

3. The 60 days defendants had been required to respond to the plaintiff Complaint do not exclude from counting weekends, unless the 60 days Court Order's falls in a Saturday, Sunday or a day that the Federal government, one of it Agencies are close for any other reason the late filing should only be excusable until after the next business day were defendant failed to comply with Court Order pursuant Rule 6(b), F.R.C.P., and Court Ruling on Pending Motions [doc.#23] that F.R.C.P., Apply's to the plaintiff Pro se.

-3-



THE PLAINTIFF

BY _____

LUIS FERNANDEZ
ID 279900
CHESHIRE C.I.,
900 Highland Ave.,
Cheshire, CT 06410

CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. Mail to the following defendants Attorney this 17 day of November, 2003.

ERIC D. EDDY
Howd & Ludorf
65 Wethersfield Ave.,
Hartford, CT 06114

LUIS FERNANDEZ
the Plaintiff

-4-

Ex. 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.: 3:02CV2090 (JBA)(JGM) |
| v. | : | |
| | : | |
| CHIEF ROBERT PAQUETTE, ET AL | : | OCTOBER 8, 2003 |

## OBJECTION TO REQUEST FOR ENTRY OF DEFAULT

The undersigned defendants hereby object to the pro se plaintiff's request for entry of default for failure to plead. The defendants' answer and special defenses were filed on September 19, 2003. Defendants' did not receive plaintiff's request for default until October 8, 2003, some two and a half weeks after an answer had been filed. The defendants are not certain whether this request, or any other motions allegedly filed by the plaintiff, have actually been filed with the Court. A review of the Court's website, WebPACER, shows no record of any such motion having been filed with the Court. (WebPACER printout attached as **Exhibit A**).

ORAL ARGUMENT IS NOT REQUESTED

DEFENDANTS,
CHIEF ROBERT PAQUETTE,
DETECTIVE SGT. FISHER,
DETECTIVE RAMOS,
DETECTIVE JOHN MERULLO,
DETECTIVE JOHN KRUPINSKY,
DETECTIVE MARK TROHALIS,
OFFICER KARL MURPHY
OFFICER SELNER and
OFFICER RIOLO

By: /s/ Thomas R. Gerarde
Thomas R. Gerarde
ct05640
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: tgerarde@hl-law.com

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via US Mail to the following pro se party this 8th day of October, 2003.

Luis Fernandez
Inmate Number 279900
Connecticut Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

_____
Thomas R. Gerarde

3

Docket as of September 23, 2003 7:48 pm                Web PACER (v2.4)

# U.S. District Court

## District of Connecticut (New Haven)

### CIVIL DOCKET FOR CASE #: 02-CV-2090

#### Fernandez v. Paquette, et al

Filed: 11/25/02
Assigned to: Judge Janet Bond Arterton
Jury demand: Defendant
Referred to: Mag. Judge Joan G. Margolis
Demand: $0,000
Nature of Suit: 550
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 42:1983 Prisoner Civil Rights

```
LUIS FERNANDEZ                    Luis Fernandez
     plaintiff                    Inmate  279900
                                  [COR LD NTC] [PRO SE]
                                  Cheshire Correctional
                                  Institution
                                  900 Highland Avenue
                                  Cheshire, CT 06410

   v.

FISHER, Det Sgt                   Thomas R. Gerarde
     defendant                    [COR LD NTC]
                                  Howd & Ludorf
                                  65 Wethersfield Ave.
                                  Hartford, CT 06114-1190
                                  860-249-1361

RAMOS, Det                        Thomas R. Gerarde
     defendant                    (See above)
                                  [COR LD NTC]

KRUPINSKY, Det                    Thomas R. Gerarde
     defendant                    (See above)
                                  [COR LD NTC]

MARK TROHALIS, Det                Thomas R. Gerarde
     defendant                    (See above)
                                  [COR LD NTC]
```

| | |
|---|---|
| KARL MURPHY, Ofcr<br>    defendant | Thomas R. Gerarde<br>(See above)<br>[COR LD NTC] |
| SELNER, Ofcr<br>    defendant | Thomas R. Gerarde<br>(See above)<br>[COR LD NTC] |
| RIOLO, Ofcr<br>    defendant | Thomas R. Gerarde<br>(See above)<br>[COR LD NTC] |
| ROBERT PAQUETTE, Chief of Police<br>    defendant | Thomas R. Gerarde<br>(See above)<br>[COR LD NTC] |
| JOHN MENULLO, Det<br>    defendant | Thomas R. Gerarde<br>(See above)<br>[COR LD NTC] |

## DOCKET PROCEEDINGS

| DATE | # | DOCKET ENTRY |
|---|---|---|
| 11/25/02 | 1 | MOTION by Luis Fernandez to Proceed in Forma Pauperis (sad) [Entry date 11/26/02] |
| 11/25/02 | 2 | COMPLAINT (sad) [Entry date 11/26/02] |
| 12/12/02 | 3 | NOTICE to petitioner re: papers returned for insufficient PAF. Case to be dismissed by 1/11/03 if insufficiency not corrected ( by Mag. Judge Holly B. Fitzsimmons ) (rjj) [Entry date 12/12/02] |
| 12/23/02 | -- | COMPLIANCE With Insufficiency re [3-1] notice . Prisoner Authorization Form. (mel) [Entry date 12/27/02] |
| 12/23/02 | 4 | Prisoner Authorization Form by Luis Fernandez (mel) [Entry date 12/27/02] |
| 1/7/03 | -- | ENDORSEMENT granting [1-1] motion to Proceed in Forma Pauperis ( signed by Mag. Judge Holly B. Fitzsimmons ) (rjj) [Entry date 01/07/03] |
| 3/17/03 | 5 | MOTION by Luis Fernandez for Appointment of Counsel (mic) [Entry date 03/18/03] |

| Date | # | Entry |
|---|---|---|
| 4/15/03 | 6 | NOTICE re: Motion for Appointment of Counsel by Luis Fernandez (mic) [Entry date 04/16/03] |
| 4/15/03 | 7 | Order directing the plaintiff to complete and return within 20 days of the date of this order USM-285 forms for all defendants in their official and individual capacity. Plaintiff is directed to complete the enclosed summons and 1 Marshal form for the defendants using the address of the Hartford City Clerks Office. Upon receipt of the USM-285 forms the Clerk is directed to forward the appropriate papers to the US Marshal to serve the complaint on the defendants ( signed by Mag. Judge Holly B. Fitzsimmons ) (rjj) [Entry date 04/17/03] [Edit date 04/17/03] |
| 4/15/03 | -- | CASE referred to Mag. Judge Joan G. Margolis (rjj) [Entry date 04/17/03] |
| 5/5/03 | 8 | MOTION by Luis Fernandez to Extend Time to for 60 days for service (mic) [Entry date 05/07/03] |
| 5/9/03 | 9 | MOTION by Luis Fernandez to Extend Time for Service for 60 days (mic) [Entry date 05/09/03] |
| 5/21/03 | 10 | MOTION by Luis Fernandez for Appointment of Counsel (rjj) [Entry date 05/22/03] |
| 5/21/03 | 11 | AFFIDAVIT by Luis Fernandez Re [10-1] motion for Appointment of Counsel (rjj) [Entry date 05/22/03] |
| 5/21/03 | 12 | MEMORANDUM by Luis Fernandez in support of [10-1] motion for Appointment of Counsel (rjj) [Entry date 05/22/03] |
| 6/2/03 | 13 | RULING granting [8-1] motion to Extend Time to for 60 days for service, granting [9-1] motion to Extend Time for Service for 60 days. Plaintiff shall submit forms on or before 6/20/03. Denying [5-1] motion for Appointment of Counsel, denying [10-1] motion for Appointment of Counsel ( signed by Mag. Judge Holly B. Fitzsimmons ) 2 Page(s) (rjj) [Entry date 06/03/03] |
| 6/9/03 | -- | NOTICE of Lawsuit and Request for Waiver of Service for Summons issued and handed US Marshal for service in accordance with [7-1] order Return of Service due 8/18/03 (rjj) [Entry date 06/09/03] |
| 6/9/03 | -- | SUMMONS(ES) issued for Ramos, Krupinsky, Mark Trohalis, Karl Murphy, Selner, Riolo, Robert Paquette, John Menullo in their official capacity (rjj) [Entry date 06/09/03] |
| 6/12/03 | 14 | RENEWED MOTION by Luis Fernandez for Appointment of Counsel (mic) [Entry date 06/13/03] |
| 6/27/03 | 15 | RULING denying [14-1] motion for Appointment of Counsel ( signed by Mag. Judge Joan G. Margolis ) 2 Page(s) (rjj) [Entry date 07/01/03] |
| 7/3/03 | 16 | APPEARANCE of Attorney for Fisher, Ramos, Krupinsky, Mark Trohalis, Karl Murphy, Selner, Riolo, Robert Paquette, John |

|  |  |  |
|---|---|---|
|  |  | Menullo -- Thomas R. Gerarde (rjj) [Entry date 07/11/03] |
| 7/8/03 | 17 | NOTICE to PARTIES, file is maintained in Bridgeport (rjj) [Entry date 07/11/03] |
| 7/16/03 | 18 | FIRST SCHEDULING ORDER setting Discovery cutoff 1/6/04 ; Dispositive Motions due 2/6/04 ; Answer due 9/16/03 for Menullo, for Robert Paquette, for Riolo, for Selner, for Karl Murphy, for Mark Trohalis, for Krupinsky, for Ramos, for Fisher ( Signed by Mag. Judge Donna F. Martinez ) (rjj) [Entry date 07/18/03] |
| 8/4/03 | 19 | MOTION by Luis Fernandez for Reconsideration of [15-1] order dated 6/27/03 re: [14-1] motion for Appointment of Counsel (Brief Due 8/25/03) (mic) [Entry date 08/05/03] |
| 9/8/03 | 20 | RULING denying [19-1] motion for Reconsideration of [15-1] order dated 6/27/03 re: [14-1] motion for Appointment of Counsel ( signed by Mag. Judge Joan G. Margolis ) 2 Page(s) (rjj) [Entry date 09/11/03] |
| 9/22/03 | 21 | ANSWER & AFFIRMATIVE DEFENSES to Complaint by Fisher, Ramos, Krupinsky, Mark Trohalis, Karl Murphy, Selner, Riolo, Robert Paquette, John Menullo (mic) [Entry date 09/23/03] |
| 9/22/03 | 22 | DEMAND for jury trial by Fisher, Ramos, Krupinsky, Mark Trohalis, Karl Murphy, Selner, Riolo, Robert Paquette, John Menullo (mic) [Entry date 09/23/03] |

Case Flags:
PRIS

END OF DOCKET: 3:02cv2090

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/01/2003 15:59:36 | | | |
| PACER Login: |  | Client Code: |  |
| Description: | docket report | Search Criteria: | 3:02cv02090 |
| Billable Pages: |  | Cost: |  |