UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -3 P 5:59
U.S. DISTRICT
BRIDGEPORT

Luis Fernandez       :     PRISONER

v.                   :     CASE NO. 3:02CV2090
                           (JBA)(JGM)

Chief Robert Paquette, et al  :
                           Nov. 23, 2003
                     :

## OBJECTION TO MOTION FOR LEAVE TO TAKE DEPOSITION OF PRISONER LUIS FERNANDEZ

The plaintiff Luis Fernandez, pro se in this § 1983 civil complaint against the defendants Chief Robert Paquette, et al., objects to motion for leave to take deposition of prisoner Luis Fernandez dated Nov. 13, 2003, which would be unfair to the plaintiff to have to present the case through depositions taken by the defendants Chief Robert Paquette, et al., to prepare their case were the depositions do not adequately will reflect the nature of the plaintiff case. The Courts discretion will be better exercised in the best interest of both the plaintiff physical presence which contributes significantly to a fair judgment of his claims, citing, Holt v. Pitts, supra note 285 Id. At 561., and the government in mind supported

-1-

with these following factors for the Trial Court consideration in determining whether the plaintiff should be allowed to attend civil proceeding, citing, Mitchum v. Purvis, 650 F.2d 647 (5th Cir. 1981); And Ball v. Shamber, 529 F.2d 520 (1976), includes the following:

1. The plaintiff is not a potential danger or security risk to any Honorable Court.

2. The plaintiff is capable of conducting a professionally and adequate presence in the Courtroom that can be secured without undue inconvenience or danger.

3. The plaintiff is currently proceeding Pro Se were is necessary to present the case. Citing, Price v. Johnson, 334 U.S. 266, 68 S.ct 1049 (1948).

4. The Trial Requested by both the plaintiff and defendants Robert Paquette, et al is a Jury Trial.

5. The Court should also consider the witness(es) testimonys by deposition which the plaintiff will not be able to call them for rebuttal purposes if that appear necessary.

6. More important, the Judge or Jury will not be able to observe the plaintiff demeanor or the plaintiff witnesses and are less likely to have any feeling for the plaintiff as a human being.

-2-

WHEREFORE, the plaintiff Respectfully Requests this Court to denied the MOTION for LEAVE to TAKE Deposition of PRISONER, Luis Fernandez dated Nov. 13, 2003 by defendants And GRANT Objection herein with Supporting facts.

NO SIMILAR MOTION has been filed

ORAL ARGUMENT IS NOT REQUESTED.

The Plaintiff

_____
Luis Fernandez
ID 279900
900 Highland Ave.,
Cheshire, CT 06410

C.C./file

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. mail to the following defendants Attorney this 23 day of Nov. 2003.

Eric D. Eddy
Ct. 25242
Howd & Ludorf
65 Wethersfield Ave.,
Hartford, CT 06114

Luis Fernandez
The Plaintiff

-4-