UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez                :         PRISONER
                              :         CASE NO. 3:02CV2090
V.                            :         (JBA)(JGM)

Chief Robert Paquette, et al  :         NOV. 22, 2003

## MOTION FOR EXTENSION OF TIME

The plaintiff respectfully request this Court for an extension of time pursuant Rule 9(b) of forty (40) days to respond / serve documents or an objection to defendants First Set of Interrogatories and discovery requests dated Nov. 14, 2003 received approx. Nov. 20, 2003 by the plaintiff. This requested additional time takes into account the plaintiff inability to properly be meaningfuly assisted with photocopies of legal documents and the lacking of law materials that necessary consist with the defendants First Set of Interrogatories and discovery requested dated Nov. 14, 2003 information required to prepare an appropriate response.

## SPECIFIC FACTS

1 of 3

1. The plaintiff has filed a Freedom of Information Act for the production of documents requested by the defendants First Set of Interrogatories and discovery requests dated Nov. 14, 2003 which will need to be photocopied, reviewed and mailed to the defendants complying with Rule 34, F.R.C.P., were an extension of time of forty (40) days is necessary.

2. The plaintiff depends on D.O.C. Administrative Procedures to Authorize Assistance with Access to photocopies which request response takes up to 15 days per ADM. Dir. 9.6 either granted or denied and if denied the Appeal will have to be made in form of Grievance Emergency that also takes approx. 4 days for written response and Appeal of Grievance Emergency if necessary takes up to 10 days until disposition which an extension of time of forty (40) days is necessary to comply with Rule 34, F.R.C.P.,.

WHEREFORE, Plaintiff respectfully prays that this Court enters Judgment granting forty (40) days extension of time on or before to complete or object to the defendants First Set of Interrogatories and discovery requests dated Nov. 14, 2003.

RESPECTFULLY SUBMITTED

_____
LUIS FERNANDEZ
ID. 279900
CHESHIRE C.I.,
900 Highland Ave.,
Cheshire, CT 06410

## CERTIFICATION

This is to Certify that a Carbon Copy of the foregoing has been sent, via U.S. Mail in a Marked legal envelope to the following defendants Chief Robert Paquette, et al Attorney this Nov. 22, 2003.

ERIC D. Eddy
Ct 25242
Howd & Ludorf,
65 Wethersfield Ave.,
Cheshire, CT 06114

_____
LUIS FERNANDEZ
The Plaintiff