UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.:  3:02CV2090 (JBA)(JGM) |
| v. | : | |
| | : | |
| CHIEF ROBERT PAQUETTE, ET AL | : | DECEMBER 4, 2003 |

### MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 9(b), the defendants, Chief Robert Paquette, Detective

Sgt. Fisher, Detective Ramos, Detective John Merullo, Detective John Krupinsky,

Detective Mark Trohalis, Officer Karl Murphy, Officer Selner and Officer Riolo, hereby

move the Court for an enlargement of time of thirty-eight (38) days, up to and including

January 26, 2004, in which to answer, object or otherwise respond to plaintiff's

Request for Production of Documents dated November 19, 2003, which was

postmarked on November 26, 2003, and received by the defendants on

December 1, 2003.  The requested additional time takes into account the discrepancy

in time between the date of certification, the mailing postmark and the date of receipt,

and will be necessary to coordinate the information required to prepare an appropriate

response.

It is the business custom of Howd & Ludorf to date-stamp all incoming mail.

Counsel for the defendants did not receive Plaintiff's Request for Production of

Documents until December 1, 2003.  Attached is a copy of the date-stamped Request

for Production of Documents which is dated November 19, 2003 but certified by the

ORAL ARGUMENT IS NOT REQUESTED

plaintiff that he mailed his document on November 17, 2003. Also attached is a copy of the envelope postmarked on November 26, 2003. The defendants are concerned with the discrepancy between the date that the plaintiff certified his pleading and the date upon which the pleading was received. The defendants understand there may be administrative difficulties with the mail system at the plaintiff's prison, and that such administrative difficulties may cause a delay in the receipt of mail. However, a fourteen-day interval is a sizeable delay and compromises the defendants' ability to respond to the request in a timely manner.

The plaintiff in this matter is representing himself in a pro se capacity and is presently serving a twenty-eight (28) year sentence at the Connecticut Correctional Institution in Cheshire. Communication with the pro se plaintiff may only be made through his prison counselor. The prison counselor may only be reached through a phone number. The prisoner/plaintiff is therefore not easily accessible by telephone. The defendants contacted Mr. Fernandez by telephone on December 4, 2003, and Mr. Fernandez has no objection to the present motion. The defendants have not sought any prior enlargements of time to respond to this discovery request.

2

WHEREFORE, the defendants request that their Motion for Enlargement of Time, up to and including January 26, 2004, be granted.

DEFENDANTS,
CHIEF ROBERT PAQUETTE,
DETECTIVE SGT. FISHER,
DETECTIVE RAMOS,
DETECTIVE JOHN MERULLO,
DETECTIVE JOHN KRUPINSKY,
DETECTIVE MARK TROHALIS,
OFFICER KARL MURPHY
OFFICER SELNER and
OFFICER RIOLO


By_____
  Eric D. Eddy
  ct25242
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 (Fax)
  E-Mail:  eeddy@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 4th day of December, 2003.

Luis Fernandez
Inmate Number 279900
Connecticut Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

_____
Eric D. Eddy