UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| VS | : | NO:3:02CV2090(JBA)(JGM) |
| CHIEF ROBERT PAQUETTE,ET AL | : | NOVBEMBER 19,2003 |
| | : | |

### REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff, pursuant to Rule 34, F.R.C.P.,requests that the defendants respond within 30 days by either allowing plaintiff to inspect and copy or by providing plaintiff with a copy of the following documents.[attach page if necessary to a request].

1. Any and all complaints or misconduct reports received by the defendants or their agents within the past 2 years from January,2000 concerning illegal arrest, abuse of authority, excessive force, and other against any citizen of the U.S. or other person within the Danbury city,Connecticut.

    ANSWER:

2. Any and all policies concerning illegal arrests abuse of authority, excessive force while or off-duty which a police officer, Detective has to refrain from.

    ANSWER:

3. Any and all court decisions or consent decree against defendants or their agents concerni illegal arrests, abuse of authority, excessive force against any citizen of the U.S. or other person within the Danbury city, Connecticut.
   ANSWER:

4. Any and all warrant(s) dated 1/6/00 or copies of same, relating to case docket No.CR00-0108162-s, Incident Report#00-297.
   ANSWER:

5. A copy of any records of Police Officers relating to warrant(s) dated 1/6/00, case docke NO.CR00-0108162-S, Incident report#00-297.
   ANSWER:

6. Any and all policies, concerning access to or possession of confiscating property relatir to U.S. citizen or other person within the Danbury city arrest(s) or illegal arrest(s0.
   ANSWER:

THE PLAINTIFF

_____
LUIS FERNANDEZ
ID 279900
CHESHIRE C.I.,
900 highland ave.,
CHESHIRE, CT 06410

CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. mail in a legal envelope to the following defendants Attorney this 17 day of November, 2003.

ERIC D. EDDY
HOWD & LUDORF,
65 wethersfiled ave.,
Hartford, CT. 06114

_____
LUIS FERNADNDEZ
THE PLAINTIFF

-4-

Inmate Name FERNANDEZ
Inmate Number 239602
Cheshire Correctional Institution
900 Highland Ave. S/S/48
Cheshire, CT 06410

LEGAL MAIL
APPROVED

This correspondence originated
from an inmate at a
Connecticut correctional facility

ERIC D EDDY,
HOWD & LUDORF,
65 Wethersfield Ave,
Hartford, CT 06114

06114+1102