UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC -8  P 4:58

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| V. | : | CASE NO.3:02CV2090(JBA)(JGM) |
| CHIEF ROBERT PAQUETTE, et al | : | NOV.26,2003 |
| | : | |

## MOTION OF STRIKE

The plaintiff respectfully moves to strike defendants Chief Robert Paquette, et al OBJECTION dated Nov. 21,2003 to the request for Modification of Scheduling Order, date Nov.14,2003. The defendants Robert Paquette, et al in support of their argument for objection dated Nov.21, 2003 to plaintiff MOtion for Modification of Scheduling Order sets forth the dates Nov.19,2003 , the date in which defendants received the FIRST SET OF INTERROGATORIES date Nov.7,2003 and SECOND SET OF INTERROGATORIES date Nov.10,2003,but also moved for Enlargment OF TIME to either object or answer the two sets of interrogatories received and argues plaintiff Modification of Scheduling Order as if does not takes into account the amount of time necessary for the defendants to respond to his discovery requests, and argues the discovery requests number twent -five(25) Interrogatories and twelve(12) Production requests mailed from defendants dated Nov. 14,2003 received by the plaintiff approx. on Nov.20,2003,but also defendants Chief R. Paquette, et al represents the plaintiff current incarceration.

### SPECIFIC FACTS

1. The plaintiff has served the defendants R. Paquette, et al with two SETS OF ADMISSION dates Nov. 5,2003 and Nov.11,2003(see herein attached and marked as Exhibit 1)which have been marked received on Nov.19,2003 and defendants have not consider to answer or file an extension of time to respond as **Rule 36**,F.R.C.P., provides to respond within 30 days or object which will be deemed admitted if no respond is made.

2. The pliantiff in good faith has further consented to defendants Robert Paquette, et al Motion of Enlargment of time to respond to both sets of interrogatories on the defendants, date Nov 7,2003 and Nov.10,2003.

3. The plaintiff good intention for the Modification of Scheduling Order data Nov.14,2003 is do in consideration of the limited access to the courts which obstruction as the inadequate mail service in D.O.C. for sending Motions and responding to defendants requests or Motions becomes a reason to consider the Modification of Scheduling Order which would benifit both parties and the court having discretion to Modify the scheduling order.

4. The court should also consider in modifying the scheduling order the 30 days in which defendants Chief Robert Paquette,et al has to respond or object to both sets of interrogatories and two sets of admission(see attached and marked as exhibit 1 two sets of admission).

5. The plaintiff lacking of law materials and photocopies assistance to provide the defendants Chief Robert Paquette,et al with respond/documents or objection to the First SEt of Inerrogatories and Discovery Request dated Nov.14,2003 received approx.Nov.20,2003 by the plaintiff who filed on Nvo. 22,2003 an extension of Time in which to answer,object or otherwise respond which should also be a reason to consider for modification of scheduling order.

6. The plaintiff has previously moved to amend the complaint on the date Nov.24,2003 regarding amending the claim I allegation of injuries and damages adding paragraph(s) to the complaint in support of the claims which exhibits are already submitted and marked ,which should also be considered as reason for modification of scheduling order.

7. The plaintiff currently incarceration cannot intercept in a Court Ruling or use as grounds to consider a decision were the court is already aware of the plaintiff incarceration since the filing of the complaint is from Prison and filed by a Prisoner which defendants continuing witch-hunt to put a "cart before the horse",can be confirmed from allegations of the plaintiff current incarceration by defendants when these are lacking of any merits to argue or defend.

WHEREFORE, the plaintiff request that the defendants Chief Robert Paquette,et al objection to Modification of Scheduling order be DENIED and Motion to Strike be GRANTED.

THE PLAINTIFF

_____
LUIS FERNANDEZ
ID 279900

## CERTIFICATION

This is to certify that a carbon copy of the foregoing has been sent, via U.S. mail in a marked legal envelope to the following defendants Chief Robert Paquette, et al attorney this Nov. 26, 2003.

ERIC D. EDDY
ct 25242
Howd & Ludorf
65 wethersfiled ave.,
Hartford, Ct. 06114

_[signature]_
LUIS FERNANDEZ
THE PLAINTIFF
900 highland ave.,
Cheshire, CT. 06410

Ex.1.

NOV 19 2003

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez            :        PRISONER
                                   CASE NO. 3:02CV2090
    vs.                   :        (JBA)(JGM)

Chief Robert Paquette, et al  :    DATE NOV. 5, 2003

                          :

## PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the Request for Admissions to defendants Attorney Eric D. Eddy, at 65 Wethersfield Ave., Hartford, Conn. 06114-1190 by placing them in an legal approved envelope and placed them in the main hall mailbox at the Cheshire C.I., Cheshire, CT, on Nov. 5, 2003.

Respectfully Subm.

Luis Fernandez
ID. 279900
C.C.I,
900 Highland Ave.,
Cheshire, CT 06410

C.C. /file

-4-

NOV 19 2003

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Luis Fernandez : PRISONER
 : CASE NO. 3:02CV2090
VS. : (JBA)(JGM)
 :
Chief Robert Paquette, et al. : DATE NOV. 11, 2003
 :
 :

## Proof of Service

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the Second Request for Admissions to defendants Attorney ERIC D. EDDY, at 65 Wethersfield Ave., Hartford, Conn. 06114-1190 by placing them in an legal approved envelope and placed them in the main hall mailbox at the Cheshire C.I., Cheshire, CT on Nov. 11, 2003.

Respectfully Submitted

Luis Fernandez
ID 279900

C.C./file