UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC -8 P 4:58

Luis Fernandez : PRISONER
 : Case No. 3:02CV2090
v. : (JBA)(JGM)

Chief Robert Paquette, et al : Nov. 24, 2003

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff Luis Fernandez, pursuant to Rules 15(A) and 19(A) F.R.C.P., requests permission to file an Amended Complaint Claim I of injuries and damages adding paragraph(s) to the Complaint in support of the claims and exhibits already submitted and marked.

1. Plaintiff in his original Complaint claim I of injuries and damages has determined to Amend for more accurate reflexion of the injuries and damages sustained.

2. The plaintiff has also determined that it will be in best interest to number each paragraph in the Complaint to his best ability since he is currently

1 of

Pro. Se and has no legal school, Assistance for Guidance in the Claim(s) and Court Proceedings.

3. This Court should grant Permission Leave Freely to Amend the Complaint. See, <u>Foman</u> v. <u>Davis</u>, 371 U.S. 178, 83 S.ct 227 (1967); and <u>Martens</u> v. <u>Hunnell</u>, 587 F.2d 962 (7th cir. 1978).

Respectfully Submitted

Luis Fernandez
ID. 279900
C.C.I.,
900 Highland Ave,
Cheshire, CT 06410

CERTIFICATION

This is to certify that a carbon copy of the foregoing has been sent, via U.S. Mail in a marked legal envelope to the following defendants Chief Robert Paquette, et al Attorney this Nov. 24, 2003.

Eric D. Eddy
Howd & Ludorf
65 Wethersfield Ave,
Hartford, CT 06114

Luis Fernandez
The Plaintiff