UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez                    :         PRISONER

2003 DEC -8 P 4: 58

US _____                                Case No. 3:02CV2090

V.                                :              (JBA)(JGM)

Chief Robert Paquette, et Al. :         Nov. 24, 2003

## PLAINTIFF'S RESPONSE TO MOTION FOR ENLARGEMENT OF TIME

The plaintiff in this civil Complaint currently Pro SE in good faith Consents to the defendants Chief Robert Paquette, et Al enlargment of time of forty-three (43) days in which to Answer, object or otherwise respond to Plaintiff First set of Interrogatories date Nov. 7, 2003 And Consents to Enlargment of time of forty (40) days in which to Answer, object or otherwise respond to Plaintiff SECOND SET OF INTERROGATORIES date 10,2003 of November.

The defendants Chief Robert Paquette, et Al, Attorney's from the offices of Howd & Ludorf, Esq., Are aware of the Dept. of Correctional Administrative difficulties with the mail service that Some times can be delayed the mail receipt which the plaintiff took into Consideration.

                    1 of 3

The plaintiff was not aware of defendants continuing communication with Prison Counselor who as matter of law is not an attorney or is train to act as one and who is also a defendant in a civil case already docketed and proceeding at court which compromises the plaintiff PRO SE statuts, case and safety from physical threats or danger that might escalate and ploted by the defendants Chief Robert Paquette, et al with help from Prison Counselor while the plaintiff is currently incarcerated affecting the case buy form of retaliation or deprivation that can be caused or physical injuries to him (the plaintiff).

WHEREFORE, the plaintiff in good faith has consented to the defendants Chief Robert Paquette, et al requests for enlargment of time of forty-three (43) days dated NOV. 21, 2003 and forty (40) days dated NOV. 21, 2003 and notifies the court of an imminent danger of serious physical threat that might escalate or ploted by the defendants Chief Robert Paquette, et al with help from the Prison Counselor against the plaintiff.

RESPECTFULLY SUBMITTED

LUIS FERNANDEZ
900 highland ave.,
Cheshire, CT 06410

## <u>CERTIFICATION</u>

This is to Certify that a Copy of the foregoing has been sent, via U.S. Mail to the following defendants Chief Robert Paquette, et al Attorney this 24 day of November, 2003.

ERIC D Eddy
Ct 25242
Howd & lodorf,
65 Wethersfield Ave.,
Hartford, CT 06114

Luis Fernandez
The Plaintiff