UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LUIS FERNANDEZ

   V.     PRISONER
       CASE NO. 3:02CV2090 (JBA) (JGM)

CHIEF P. ROBERT PAQUETTE, ET AL.

### RULING ON PENDING MOTIONS

Pending before the court are the defendants' motions for leave to take the deposition of the plaintiff and for extension of time and the plaintiff's motions for extension of time and for modification of scheduling order. For the reasons set forth below, the motion for leave to depose the plaintiff is granted and the motions for extension of time and for modification of scheduling order are denied as moot.

The defendants seek leave to take the deposition of the plaintiff within sixty days of the granting of the motion. The plaintiff objects to the motion because he claims the defendants' deposition of him will not adequately reflect the nature of his case. The plaintiff's objection is overruled. The motion for leave to take the deposition of the plaintiff is granted.

Pursuant to Rule 16(c) of the Federal Rules of Civil Procedure, it is hereby ORDERED:

1. Discovery pursuant to the Federal Rules of Civil Procedure, Rules 26 through 37, shall be completed on or before January 31, 2004. Discovery requests need not be filed with the court.

2. All motions for summary judgment shall be filed on or before March 1, 2004.

3. Pursuant to Local Civil Rule 7(a), a non-moving party must respond to a dispositive motion within 21 days of the date the motion was filed. If no response is filed, or the response is not timely, the dispositive motion can be granted absent objection.

In view of the amended scheduling order, the plaintiff's motions for extension of time and for modification of scheduling order and defendants' motions for extension of time to respond to discovery requests are denied as moot.

## Conclusion

The defendants' Motion for Leave to Take the Deposition of the Plaintiff [doc. # 36] is GRANTED. The plaintiff's Objection [doc. # 42] is OVERRULED. The plaintiff's Motion for Extension of Time [doc. # 43] and Motion for Modification of Scheduling Order [doc. # 37] and the Defendants' Motions for Extension of Time [docs. ## 38, 39] are DENIED as moot.

SO ORDERED at New Haven, Connecticut, this 19th day of December, 2003.

_____
Joan G. Margolis
United States Magistrate Judge