UNITED STATES DISTRICT COURT FILED

DISTRICT OF CONNECTICUT 2003 DEC 19 P 3: 39

LUIS FERNANDEZ        :        PRISON
                               CASE NO. 3:02CV2090
V.                    :        (JBA) (JGM)

CHIEF Robert Paquette, et al   :        DECEMBER 13, 2003

PLAINTIFF RESPONSE TO DEFEDANTS MOTION
FOR ENLARGEMENT OF TIME

The plaintiff hereby in good faith Consents to defendants Chief Robert Paquette, et al enlargment of time of thirty-Eight (38) days dated December 4, 2003 in which to Answer, object or otherwise Respond to plaintiff's Request for Production of Documents date Nov. 19, 2003.

The plaintiff has further notifyed the Court of the Administrative difficultoes with the mail system in Cheshire C.I. State Prison were procceedures to Approve necessary envelopes or stamp for legal mail takes approx. 2 days and the mailing of the envelope(s) or manila envelope Already Approved depends on the officer incharge of delivering the mail from the mailbox to the mailing room where plaintiff has no control and rely's on the motion or document filed on the date placed in prison's mailbox. Citing, CAldwell V. Amend, 30 F.3d 1199 (1994); Also, Houston V. Lack, 487 U.S. 266, 101 Ed 2d 245, 108 S.Ct. 2379 (1988).

However, the Court should Concern the Administrative difficulties with the mail system in Cheshire C.I. State Prison were the plaintiff Pro SE Right is fundamental Statutory Right that is Afforded highest degree of protection. Citing, DEVINE V. Indian River County School B.D., 121 F.3d 576 (1997) and Assured meaningful access to the Courts, See, Rand V. Rowland, 154 F.3d 952 (1998), which Considering the circumstances of

AN ill-equipped PRO se status because of the Administrative difficulties And lack of Assistance, others, see [doc.#'s 5,10], for the Appropriate determination of Appointing Counsel. Citing, HAMILTON V. LEAVY, 117 F.3d 742, 749 (1997).

In Addition, Appointment of lawyer provides the unlettered plaintiff with AN opportunity to obtain the representation equally qualified with the professional Counsel usually provided by the states for the defendants. Citing, WRIGHT V. DALLAS County Sheriff's Dept., 660 F.2d 623 (1981), quoting, Kinghton V. WALKINS, 616 F.2d 759 (1980).

Furthermore, Respectfully the Court should not Consider A decision or Ruling order on the plaintiff incarceration status were the case presents A Colorable Claim(s).

Finally, the plaintiff has notifyed the defendants Chief Robert Paquette, et Al And the Court's of Prison Counselor status, see Plaintiff RESPONSE TO MOTION FOR ENLARGMENT OF TIME date Nov. 24, 2003.

Wherefore, the plaintiff in good faith Consents to the defendants Chief Robert Paquette, et Al Motion for Enlargment of time of thirty-Eight (38) days And prays for the Courts Consideration in Appointing Counsel Affording the plaintiff equal protection.

RESPECTFULLY SUBMITTED

Luis Fernandez
ID 279900
CHESHIRE C.I.
900 highland Ave,
Cheshire, CT 06410

## CERTIFICATION

This is to Certify that a Copy of the foregoing has been sent via U.S. Mail to the following defendants Chief Robert Paquette, et al Attorney this December 13, 2003:

ERIC D. Eddy
Howd & Ludorf,
65 wethensfield Ave,
Hartford, CT 06114-1190

The Plaintiff
Luis Fernandez

3 of 3