United States District Court
District of Connecticut
FILED AT    BRIDGEPORT
12/30/03    20
By_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Luis Fernandez                    :         PRISONER

— V —                             :      CASE NO. 3:02CV2090
                                            (JBA)
CHIEF Robert Paquette, et al      :
                                         Date: 12/21/03
                                  :

## SECOND ACTUAL NOTICE

The plaintiff Now Makes notification per Pro se status since the Court Ruling on Pending Motions date 11/5/03 were the plaintiff in record has pending several Motions and objections As the following:

1) MOTION FOR MODIFICATION of scheduling order date 11/14/03;

2) OBJECTION To Ruling on Pending Motions [doc. #23] date 11/17/03;

3) MOTION FOR EXTENSION OF TIME date 11/22/03;

4) OBJECTION TO MOTION FOR LEAVE TO TAKE DISPOSITION OF PRISONER Luis Fernandez date 11/23/03;

5) MOTION FOR LEAVE TO FILE AN Amended Complaint date 11/24/03;

6) Plaintiff Response to Motion FOR enlargment of time date 11/24/03;

7) MOTION OF STRIKE date 11/26/03;

8) Plaintiff Response to defendants Motion FOR enlargment of time date 12/13/03;

1 of 2

Wherefore, the plaintiff Awaits on the Court's Ruling in the Mention Pending Motions and Objection under F.R.C.P., in the Above Capitooned Case.

RESPECTFULLY SUBMITTED

Luis Fernandez
ID. 279900
CHESHIRE C.I.
900 highland Ave,
Cheshire, CT 06410

CERTIFICATION

I hereby, Certify that the foregoing was sent to the following this 21st day of DECEMBER, 2003:

ERIC D. Eddy
Howd & Ludolf
65 wethersfield Ave,
Hartford, CT 06114

Luis Fernandez

2 of 2