UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez                    :    PRISONER
      V.                          :    CASE NO. 3:02CV2090
Chief Robert Paquette, et al      :    (JBA)(JGM)
                                  :    December 26, 2003

## MOTION FOR DE NOVO REVIEW OF MAJESTRATE RULING [Doc #42]

The plaintiff moves for De Novo Review of Majestrate Rulings [doc.#42] overruled were the judgment of the Majestrate. J. Joan G. Margolis should be suspended and reconsidered by the district judge Janet B. Arterton as clearly erroneous or contrary to law. Citing, MERRITT V. INTERNATIONAL BRO. of BOILERMAKERS, 649 F.2d 1013 (1st Cir. 1981); PASCALE V. G.D. SEARLE & Co., 90 F.R.D. 55 (D.R.I. 1981) (discovery order); PRINICIOTTA V. NEW England Tel. & Tel. Co., Inc., 532 F. Supp. 1009 (D. MASS 1982).

First, the plaintiff under the Seventh Amendment is guarantee the right to a jury trial in any civil case before a Federal Court where as this case exceeds $20, both the plaintiff and defendants Chief Robert Paquette, et al, have requested a jury trial of twelve persons before a judge capable of instructing them on the law, and a unanimous verdict. 174 U.S. 1, 15. Antieau, Modern Constitutional Law § 7:17 (1969).

Second, the plaintiff argues that he is currently proceeding pro se were is necessary to present the case. Citing, PRICE V. Johnson, 334 U.S. 266, 68 S.Ct 1049 (1948)

1 of 3

(Continue Second Argument)

Were the Magestrate Judge Joan G. Margolis overruled plaintiff objection to defendants Chief Robert Paquette, et Al Motion to take disposition [doc #42] prejudice the plaintiff and violates Pro Se Rights.

Third, the plaintiff also argues that having a Jury verdict reduced to the status of a Magistrate's Recommendation is subject to DE NOVO Review by a Judge is contrary to the deference ordinarily given to Jury verdicts and may therefore violate the Seventh Amendment, citing DUNN V. SEARS ROEBUCK & CO., 639 F.2d 1171, 1174-75 (5th cir. 1981), Corrected on other grounds, 645 F.2d 511 (5th cir. 1982).

Fourth, the statute pertaining to magistrates specifically provides that they may conduct "All proceedings in a Jury or Non-Jury Civil matter" when the parties consent. See, 28 U.S.C. § 636 (c)(1), were the plaintiff NOR the defendants Chief Robert Paquette, et Al have not consented with a Magistrate hearing "any and All" Civil Matters, including Jury and Non-Jury proceeding and entering final judgement in them. See, 28 U.S.C. § 636 (b)(3), (c)(1); citing, COLEMAN V. HUTTO, supra note 276.

Wherefore, the district Judge Janet B. Arterton should Suspend as clearly erroneous or contrary to law the Magestrate Judge Joan G. Margolis Ruling [doc.#42] overruled and reconsider the plaintiff objection to defendants Chief Robert Paquette, et Al Motion to take disposition which prejudice the plaintiff Pro Se Status and therefore violate Seventh Amendment guarantee Right to a Jury trial.

RESPECTFULLY SUBMITTED

Luis Fernandez
The Plaintiff

2 of 3

## CERTIFICATION

I hereby Certify that the foregoing Motion For De Novo Review of Magestrate Ruling [doc # 42] was sent to the following defendants Chief Robert Paquette, et al Attorney on this 26 day of December, 2003:

ERIC D. EDDY
ct 25242
Howd & Ludorf
65 Wethersfield Ave,
Hartford, CT 06114

Luis Fernandez