# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Luis Fernandez : PRISONER

: CASE NO. 3:02CV2090
V. : (JBA)(JGM)

Chief Robert Paquette, et al : JANUARY 12, 2004

## DENIAL OF MOTION FOR NONSUIT

The plaintiff moves this Court pursuant Conn. Gen. Stat. § 52-210, for Denial of Motion for Nonsuit dated 1/6/04 by defendants Chief Robert Paquette, et al when the plaintiff in this case has established facts that PRIMA FACE CASE is made, 132 C. 402, were a Nonsuit should not be granted where there is substantial evidence to support plaintiff's claim, 58 C. 279; 70 C. 74; 71 C. 29 And the Complying with Rules 33 and 34 F.R.C.P., within 30 days.

## SUPPORTING GROUNDS WERE NONSUIT SHOULD NOT BE GRANTED AS FOLLOWS:

I. The plaintiff has made PRIMA FACE CASE under § 1983 demostrating that defendants acted under color of law when deprived the plaintiff

1 of 4

of Federal Rights and such determination has bin already considered by this honorable Court Mag. Judge Holly B. Fitzsimmons entry date 1/7/03 in before granting I.F.P. status pursuant under Rule 10(A) F.R.C.P., Citing, <u>Davis v. United States</u>, 214 F.2d 594 (1954); Also see, <u>Spears v. United States</u>, Supra Note 56., were a nonsuit should not be granted where there is substantial evidence to support plaintiff's claim clearly established defendants Chief Robert Paquette, et Al Acted under color of law and deprived the plaintiff of Federal (Guarantee) Rights. Citing, <u>Berg v. County of Allegheny</u>, 219 F.3d 261 (3d Cir. 2000).

II. The plaintiff has complyed with Rules 33 and 34, F.R.C.P., within 30 days to Respond to the defendants Chief Robert Paquette, et Al First Set of Interrogatories and Requests for Production dated Nov. 14, 2003 on December 13, 2003 when mailing of the respond where the plaintiff has no control and rely's on the motion or document filed on the date Dec. 13, 2003 placed in Prison's mailbox. Citing, <u>Caldwell v. Amend</u>, 30 F.3d 1199 (1994); Also, <u>Huston v. Lack</u>, 487 U.S. 266, 101 Ed.2d 245, 108 S.Ct.

2379 (1988).

III. A Notice of Responding to defendants' First Set of Interrogatories and Requests for Production was mailed to this honorable Court on December 13, 2003, and the Court should take into consideration the administrative difficulties with the mail system in Cheshire C.I. Conn. State Prison were the plaintiff PRO SE Right is fundamental statutory Right that is afforded highest degree of protection. Citing, DEVINE V. INDIAN RIVER County School B.D., 121 F.3d 576 (1997) And ensured meaningful access to the Courts. See, RAND V. ROWLAND, 154 F.3d 952 (1998).

IV. The Court has denied as moot the Plaintiff's Motion for Extension of time [doc.#43] Ruling on Pending Motions filed on Dec. 16, 2003 were pursuant to Local Civil Rule 7(a) the plaintiff would have 21 days of the date Dec 16, 2003 to respond to the defendants Chief Robert Paquette, et al First Set of Interrogatories and Requests for Production dated Nov. 14, 2003 even when the plaintiff provided evidence sufficient to make his case and complied with Rules 33 and 34 of F.R.C.P., on Dec. 13, 2003.

3 of 4

Luis Fernandez