UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LUIS FERNANDEZ

V.

ROBERT PACQUETTE, ET AL.

PRISONER
CASE NO. 3:02CV2090 (JBA)(JGM)

## RULING ON PENDING MOTIONS

Presently before the Court is the plaintiff's motion to strike and motion to amend and the defendants' motion for extension of time. The defendants seek an extension of time until January 26, 2004, to respond to plaintiff's Request for Production of Documents dated November 19, 2003. The motion is granted absent objection.

Federal Rule of Civil Procedure 12(f) provides that a court may strike from "any pleading any insufficient defense or any redundant, immaterial, impertinent or scandalous matter." Here, the plaintiff seeks to strike the defendants' objection to the plaintiff's motion for modification of scheduling order. An objection, however, is not a pleading. Rule 7(a), Fed. R. Civ. P., defines a pleading as a complaint, answer, reply to a counterclaim, answer to a cross-claim, third-party complaint or third party answer. Because an objection is not a pleading, the plaintiff's motion to strike is denied.

The plaintiff also seeks to file an amended complaint. Rule 15(a) of the Federal Rules of Civil Procedure provides in pertinent part:

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . Otherwise a party may amend the party's pleading only by leave of the court or by written consent of the adverse party; and leave shall be freely given when justice so

requires.

Fed.R.Civ.P.15(a). Here, the defendants have filed an answer to the complaint. Thus, the plaintiff must seek leave to file an amended complaint. "Common sense dictates that a party requesting leave to file an amended pleading must accompany his motion with a copy of the proposed amended complaint that complies with the general rules of pleading in Fed. R. Civ. P. Rule 8(a)." Brownes v. City of Gary, Ind., 112 F.R.D. 424, 425 (N.D. Ind. 1986). This is necessary "so that the court and the adverse party will know the precise nature of the pleading changes being proposed." Id.

Here, the plaintiff has filed a motion for leave to file an amended complaint to add new facts in support of his claims. The plaintiff does not attach a proposed amended complaint to his motion. Neither the court nor the opposing party can properly ascertain whether the plaintiff's motion possesses merit because of the plaintiff's failure to attach a proposed amended complaint. "Without the proposed amendment, it is impossible to determine whether justice requires that the amendment be granted." Clonlara, Inc. v. Runkel, 722 F. Supp. 1442, 1449 (E.D. Mich. 1989).

Accordingly, the plaintiff's motion to amend is denied without prejudice. Any renewed motion for leave to amend must be accompanied by a proposed amended complaint.

## Conclusion

The defendants' Motion for Extension of Time [**doc. #44**] is **GRANTED** absent objection. The plaintiff's Motion to Strike [**doc. #45**] is **DENIED**. The plaintiff's Motion to Amend [**doc. # 46**] is **DENIED** without prejudice.

SO ORDERED at New Haven, Connecticut, this 22nd day of January, 2004.

_____
Joan G. Margolis
United States Magistrate Judge