# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Luis Fernandez                                          PRISONER

2004 FEB -9: P 5:03

Case No. 3:02CV2090

V.

Chief Robert Paquette, et al :    January 27, 2004

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Plaintiff Luis Fernandez, pursuant to Rule 34(b) and 37(A), F.R.C.P. moves this Court for an order compelling the defendants to produce for inspection and copying the documents requested on Nov. 19, 2003.

Date: January 27, 2004

Luis Fernandez
ID. 279900
M.W.C.I.
1153 East South St,
Suffield, CT 06080