UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez                    :    2004 FEB -9 P 5:03  PRISONER
                                                Case No. 3:02CV2090
V.                                 :

Chief Robert Paquette, et al       :    January 27, 2004

## AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL

Luis Fernandez, being duly sworn, deposes and says:

1) I am the plaintiff in this case. I make this Affidavit in support of my motion to Compel Discovery.

2) On Nov. 19, 2003, I the plaintiff filed a request for production of documents pursuant to Rule 34, F.R.C.P. See Exhibit "A" (MOTION FOR ENLARGEMENT OF TIME with REQUEST for Production of Documents dated Nov. 19, 2003).

3) Defendants Counsel on Dec. 4, 2003 filed the MOTION for ENLARGEMENT OF TIME herein Attached and marked as Exhibit "A" with Plaintiff Request for Production of documents whereon Dec. 1, 2003 the Court ordered denied as moot defendants motion for extension of time to respond to discovery see [doc ## 38, 39].

4) Plaintiff has attempted without success to persuade the defendants to turn over the requested materials without resorting to a motion to compel. See Exhibit "B" (Plaintiff letter to defendants counsel on date January 14, 2004).

Wherefore, the plaintiff request that the Court Grants this MOTION in ALL RESPECTS.

The Plaintiff

_____

Luis Fernandez
ID. 279900
M.W.C.I.
1153 East South St.
Suffield, CT 06080

Sworn to the best of knowledged and ability this 27 day of January, 2004.

_____

Luis Fernandez
ID. 279900
M.W.C.I.
1153 East South St.
Suffield, CT 06080

"A"

Exhibit

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS FERNANDEZ : | PRISONER |
| : | NO.: 3:02CV2090 (JBA)(JGM) |
| v. : | |
| : | |
| CHIEF ROBERT PAQUETTE, ET AL : | DECEMBER 4, 2003 |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Local Rule 9(b), the defendants, Chief Robert Paquette, Detective Sgt. Fisher, Detective Ramos, Detective John Merullo, Detective John Krupinsky, Detective Mark Trohalis, Officer Karl Murphy, Officer Selner and Officer Riolo, hereby move the Court for an enlargement of time of thirty-eight (38) days, up to and including January 26, 2004, in which to answer, object or otherwise respond to plaintiff's Request for Production of Documents dated November 19, 2003, which was postmarked on November 26, 2003, and received by the defendants on December 1, 2003. The requested additional time takes into account the discrepancy in time between the date of certification, the mailing postmark and the date of receipt, and will be necessary to coordinate the information required to prepare an appropriate response.

It is the business custom of Howd & Ludorf to date-stamp all incoming mail. Counsel for the defendants did not receive Plaintiff's Request for Production of Documents until December 1, 2003. Attached is a copy of the date-stamped Request for Production of Documents which is dated November 19, 2003 but certified by the

ORAL ARGUMENT IS NOT REQUESTED

plaintiff that he mailed his document on November 17, 2003. Also attached is a copy of the envelope postmarked on November 26, 2003. The defendants are concerned with the discrepancy between the date that the plaintiff certified his pleading and the date upon which the pleading was received. The defendants understand there may be administrative difficulties with the mail system at the plaintiff's prison, and that such administrative difficulties may cause a delay in the receipt of mail. However, a fourteen-day interval is a sizeable delay and compromises the defendants' ability to respond to the request in a timely manner.

The plaintiff in this matter is representing himself in a pro se capacity and is presently serving a twenty-eight (28) year sentence at the Connecticut Correctional Institution in Cheshire. Communication with the pro se plaintiff may only be made through his prison counselor. The prison counselor may only be reached through a phone number. The prisoner/plaintiff is therefore not easily accessible by telephone. The defendants contacted Mr. Fernandez by telephone on December 4, 2003, and Mr. Fernandez has no objection to the present motion. The defendants have not sought any prior enlargements of time to respond to this discovery request.

2

WHEREFORE, the defendants request that their Motion for Enlargement of Time, up to and including January 26, 2004, be granted.

>DEFENDANTS,
>CHIEF ROBERT PAQUETTE,
>DETECTIVE SGT. FISHER,
>DETECTIVE RAMOS,
>DETECTIVE JOHN MERULLO,
>DETECTIVE JOHN KRUPINSKY,
>DETECTIVE MARK TROHALIS,
>OFFICER KARL MURPHY
>OFFICER SELNER and
>OFFICER RIOLO
>
>By_____
>Eric D. Eddy
>ct25242
>Howd & Ludorf
>65 Wethersfield Avenue
>Hartford, CT 06114
>(860) 249-1361
>(860) 249-7665 (Fax)
>E-Mail: eeddy@hl-law.com

3

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 4th day of December, 2003.

Luis Fernandez
Inmate Number 279900
Connecticut Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

_____
Eric D. Eddy

RECEIVED
DEC 0 1 2003
BY: EDE

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| VS | : | NO:3:02CV2090(JBA)(JGM) |
| CHIEF ROBERT PAQUETTE, ET AL | : | NOVBEMBER 19, 2003 |
| | : | |

### REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff, pursuant to Rule 34, F.R.C.P., requests that the defendants respond within 30 days by either allowing plaintiff to inspect and copy or by providing plaintiff with a copy of the following documents. [attach page if necessary to a request].

1. Any and all complaints or misconduct reports received by the defendants or their agents within the past 2 years from January, 2000 concerning illegal arrest, abuse of authority, excessive force, and other against any citizen of the U.S. or other person within the Danbury city, Connecticut.

   ANSWER:

2. Any and all policies concerning illegal arrests abuse of authority, excessive force while or off-duty which a police officer, Detective has to refrain from.

   ANSWER:

3. Any and all court decisions or consent decree entered against defendants or their agents concerning illegal arrests, abuse of authority, excessive force against any citizen of th U.S. or other person within the Danbury city, Connecticut.

   ANSWER:

4. Any and all warrant(s) dated 1/6/00 or copies of same, relating to case docket NO.CR00-0108162-s, Incident Report #00-297.

   ANSWER:

5. A copy of any records of Police Officers relating to warrant(s) dated 1/6/00, case docke NO.CR00-0108162-S, Incident report #00-297.

   ANSWER:

6. Any and all policies, concerning access to or possession of confiscating property relati to U.S. citizen or other person within the Danbury city arrest(s) or illegal arrest(s).

   ANSWER:

-2-

7. Any and all books, tangible objects, papers, photographs, or documents within the possession, custody or control of any of the defendants which is material as preparation to the plaintiff or which were obtain from, or purportedly belong to the plaintiff on 1/7/00 arrest the date for warrant(s) dated 1/6/00 was executed.

ANSWER:

8. Any and all written, recorded, or oral statements made by the plaintiff, or a co-defendant, before or after warrant(s) dated 1/6/00 execution arrest on 1/7/00 to any of the defendants under the direction of, or cooperation with the defendants concerning this case.

ANSWER:

9. Copy's of the plaintiff prior criminal record before case docket No.CR00-0108162-S, if any which are within the possession, custody, or control of the defendants, the existence of which is known, or by exercise of due diligence may become known, to the defendants.

ANSWER:

10. Any and all statute, rule or case law the defendants relied upon in believing the warrant dated 1/6/00 executed on 1/7/00 which was use to arrest the plaintiff considered to be lawful.

ANSWER:

THE PLAINTIFF

_____
LUIS FERNANDEZ
ID.279900
CHESHIRE C.I.
900 HIGHLAND AVE.,
CHESHIRE, CT. 06410

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. mail in a legal envelope to the following defendants Attorney this 17 day of November, 2003.

ERIC D. EDDY
HOWD & LUDORF
65 wethersfiled ave.,
Hartford, CT 06114

_____
LUIS FERNANDEZ
THE PLAINTIFF

Inmate Name _FERNANDEZ_
Inmate Number _239602_
Cheshire Correctional Institution _SS148_
900 Highland Ave.
Cheshire, CT 06410

LEGAL MAIL
**APPROVED**

This correspondence originated
from an inmate at a
Connecticut correctional facility

ERIC D EDDY,
HOWD & LUDORF,
65 Wethersfield Ave.,
Hartford, CT 06114

[Postmark: SOUTHERN CT, NOV 26, 2003]
[Postage: $00.60, NOV 26 2003, MAILED FROM ZIPCODE 06410]
Happy Holidays

"B"

Exhibit

Cheshire Correctional Ins

From: Luis Fernandez
 ID 279900
 The Plaintiff Prose

900 Highland Ave
Cheshire, CT 06410

January 19, 2004

To: Attorney Eric P Eddy
 CT 25242
 Hood & Ludorf
 65 Wethersfield Ave
 Hartford, CT 06114

RE: Civil Complaint Docket No 3 02cv2090 (SRD)(JGM)
 - Request For Productions of Documents date 11/9/03

Dear Attorney Mr Eddy,

The time to respond to the Request For Productions of Documents date 11/9/03 has passed and if defendants or their Counsel are in denial to comply with this Discovery Request the plaintiff might consider filing a Motion to Compel.

Wherefore, in good faith after receiving this letter and is hope that Counsel would at least desire to comply with a Rule of Federal Civil Procedure requests for the response of the Request for productions of document date 11/9/03 without to employ

Respectfully Submitted

Luis Fernandez
ID 279900
C.C.I.
900 highland Ave

CC/file