UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.: 3:02CV2090 (JBA)(JGM) |
| v. | : | |
| | : | |
| CHIEF ROBERT PAQUETTE, ET AL | : | FEBRUARY 10, 2004 |

**OBJECTION TO PLAINTIFF'S MOTION TO COMPEL<br>PRODUCTION OF DOCUMENTS**

  The undersigned defendants hereby object to the plaintiff's motion to compel production of documents in accordance with his production request, dated November 19, 2003. (See Motion to Compel attached as **Exhibit A**). The plaintiff's motion is dated January 27, 2004. The defendants responded to the plaintiff's production requests on January 22, 2004. The defendants did not receive notice that the plaintiff was transferred to his current address as an inmate at the McDougall-Walker Correctional Institution until January 26, 2004, some four days after they had filed their responses. (See plaintiff's Notice of Change of Address attached as **Exhibit B**). Said discovery responses were mailed to the plaintiff at his former address as an inmate at the Connecticut Correctional Institution, 900 Highland Avenue, Cheshire, CT. Furthermore, the defendants have mailed an additional copy of their responses to the plaintiff at his new address, upon this same date, February 10, 2004. The defendants ask that the Court sustain their objection as they have complied with the plaintiff's discovery and therefore there is no basis for the plaintiff's motion to compel.

ORAL ARGUMENT IS NOT REQUESTED

Moreover, the plaintiff argues in the accompanying memorandum of law to his motion to compel, that his production requests are relevant to a claim of "excessive force". The defendants moved for summary judgment on all claims in the plaintiff's complaint on January 26, 2004. The plaintiff's complaint contains multiple claims, including §1983 cause of action for violation of his 4th Amendment right to a reasonable arrest based on probable cause, violation of his corresponding rights under the Connecticut state constitution, as well as additional claims brought under the 1st, 5th, 6th, 8th, 9th, 13th and 14th Amendments to the U.S. Constitution and under Title VII. The plaintiff's complaint does not allege an "excessive force" claim, nor does it set forth any allegations in support of such a claim.

WHEREFORE, the defendants ask that the Court sustain their objection.

DEFENDANTS,
CHIEF ROBERT PAQUETTE,
DETECTIVE SGT. FISHER,
DETECTIVE RAMOS,
DETECTIVE JOHN MERULLO,
DETECTIVE JOHN KRUPINSKY,
DETECTIVE MARK TROHALIS,
OFFICER KARL MURPHY
OFFICER SELNER and
OFFICER RIOLO

By_____
  Eric D. Eddy
  ct25242
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 (Fax)
  E-Mail:  eeddy@hl-law.com

2

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 10th day of February, 2004.

Mr. Luis Fernandez
Inmate Number 279900
MacDougall-Walker
 Correctional Institution
1153 East Street, South
Suffield, CT 06080

                                                    _____
                                                   Eric D. Eddy