
RECEIVED
JAN 26 2004
BY: _____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez

V.

CHIEF ROBERT PAQUETTE, et al.

PRISONER
CASE NO. 3:02CV2090
(JBA)(JGM)

January 20, 2004

NOTICE OF CHANGE OF ADDRESS

The plaintiff notifies that without his consent was transferred from Cheshire Correctional C.I., 900 Highland Ave, Cheshire, CT 06410 to now currently M.W.C.I., 1153 East South St., Suffield, CT 06080 on this 20th day of January, 2004.

RESPECTFULLY SUB.

Luis Fernandez
ID. 271900
M.W.C.I.
1153 East South St.
Suffield, CT 06080

1 of 2

## CERTIFICATION

I hereby certify that a copy of the foregoing has been sent via mail to the following defendant Attorney the 30 day of January, 2004.

ATT. Eric D Eddy
Cl 25242
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114

Luis Fernandez
ID. 275900