UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.: 3:02CV2090 (JBA)(JGM) |
| v. | : | |
| | : | |
| CHIEF ROBERT PAQUETTE, ET AL | : | JANUARY 26, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed.R.Civ.P. 56, the defendants, Chief Robert Paquette, Detective Sgt. Fisher, Detective Ramos, Detective John Merullo, Detective Krupinsky, Detective Mark Trohalis, Officer Karl Murphy, Officer Selner and Officer Riolo hereby move the court for summary judgment in their favor as to the plaintiff's entire complaint.

In support of their motion, the defendants offer:

1. The plaintiff fails to state a claim under the Fourth Amendment to the U.S. Constitution;
2. The defendants are protected from any claims based on the federal constitution by the doctrine of qualified immunity;
3. Even though the plaintiff has not brought suit against the defendants in their official capacities, and even though the City of Danbury is not named as a defendant in this lawsuit, the City of Danbury is protected from any claims based on the federal constitution, as the plaintiff has failed to show the existence of an official policy or custom that causes the plaintiff to be subjected to a denial of a constitutional right to which the municipal policymakers are deliberately indifferent;

ORAL ARGUMENT IS REQUESTED

4. The defendants are protected from state constitutional causes of action by the doctrine of qualified immunity; and

5. The plaintiff has failed to state a claim under the First, Fifth, Sixth, Eighth, Ninth, Thirteenth, and Fourteenth Amendments to the U.S. Constitution, and has failed to state a claim under Title VII.

WHEREFORE, the defendants pray that the Court will grant their Motion for Summary Judgment.

DEFENDANTS,
CHIEF ROBERT PAQUETTE,
DETECTIVE SGT. FISHER,
DETECTIVE RAMOS,
DETECTIVE JOHN MERULLO,
DETECTIVE JOHN KRUPINSKY,
DETECTIVE MARK TROHALIS,
OFFICER KARL MURPHY
OFFICER SELNER and
OFFICER RIOLO

By_____
Thomas R. Gerarde
ct05640
Eric D. Eddy
ct25242
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: tgerarde@hl-law.com
E-Mail: eeddy@hl-law.com

## CERTIFICATION

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 26th day of January, 2004.

Luis Fernandez
Inmate Number 279900
Connecticut Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

_____
Thomas R. Gerarde