UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Luis Fernandez                          PRISONER
                    2004 FEB 18 P      CASE NO. 3:02CV2090
v.                                        (JBA)(JGM)
                    US DIST...
Robert Pacquette, et al                 Feb. 9, 2004

## MOTION FOR CONTINUANCE TO RESPOND DEFENDANTS SUMMARY JUDGMENT

Plaintiff request the court a continuance of 30 days pursuant under to Rule 56(A) pending discovery to Respond defendants Summary Judgment dated January 26, 2004.

In support the plaintiff states that:

1) Defendants have not provided an adequate response to Plaintiff REQUEST FOR PRODUCTION OF DOCUMENTS pursuant to Rule 34, F.R.C.P., Nov. 19, 2003.

2) The Plaintiff has moved pursuant Rule 34(b) and 37(A), F.R.C.P. Compelling the defendants to Produce for inspection and copying the documents Requested on Nov. 19, 2003.

1 of 2

Wherefore, the Plaintiff MOTION for continuance of 30 days should be granted for Responding to defendants Summary Judgment dated January 26, 2004.

RESPECTFULLY SUBMITTED

Luis Fernandez
M.W.C.I.
1153 East St. South,
Suffield, CT 06080

## CERTIFICATION

This is to Certify that the foregoing has been mailed to the following defendants Attorney this 9 day of Feb., 2004.

Attorney
Eric D. Eddy
Howd & Ludorf
65 Wethersfiled Ave,
Hartford, CT 06114

Luis Fernandez
Pro Se