U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Luis Fernandez | 3:02CV2090 (JBA) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Chief Robert Paquette, et al | Complaint |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Karl Murphy

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 120 Main Street, Danbury, CT 06810

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Luis Fernandez #279900
Cheshire C.I.
900 Highland Ave.
Cheshire, CT 06410

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

individual / official capacity / I.F.P.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE 5/6/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk  G.I.W. | Date 6/16/03 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service    Time    am / pm

Signature of U.S. Marshal or Deputy
G.I.W.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:

Mailed 6/16/03
Returned 2/12/04 -- Unexecuted - NRTMS

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Luis Fernandez | 3:02CV2090 (JBA) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Chief Robert Paquette, et al. | Complaint |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

MARK TROHALIS

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

120 Main Street, Danbury, CT 06810

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Luis Fernandez #271900
Cheshire C.I.
900 Highland Ave.
Cheshire, CT 06410

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Individual / official capacity / IFP

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER

DATE: 5/6/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | a.l.w. | 6/16/03 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy: a.l.w.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
M.R.T.A.S. Returned 2/10/03 - Unexecuted.
Mailed - 6/10/03

PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT  JUN - 2003 | FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Luis Fernandez | 3:02CV2090 (JBA) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Chief Robert Paquette, et al. | ~~Amended~~ Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Krupinsky

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
120 Main Street, Danbury, CT 06810

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Luis Fernandez #279900
Cheshire C.I.
900 Highland Ave.
Cheshire, CT 06410

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

individual / ~~official~~ capacity / I.F.P.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 5/6/03

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 14 | 14 | G.I.W. | 6/16/03 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service / Time am/pm |
| | | Signature of U.S. Marshal or Deputy  G.I.W. |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:**

Mailed - 6/16/03
Returned Unexecuted 2/12/04 = N.R.T.M.S

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

Case 3:02-cv-02090-JBA    Document 6    Filed 02/23/2004    Page 4 of 8

**PLAINTIFF:** Luis Fernandez
**COURT CASE NUMBER:** 3:02CV2090 (JBA)(JGM)
**DEFENDANT:** Chief Robert Paquette, et al.
**TYPE OF PROCESS:** Amended Complaint

**SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:**
John Mewillo

**ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):**
AT 120 Main Street, Danbury, CT 06810

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**

Luis Fernandez #279900
Cheshire C.I.
900 Highland Ave.
Cheshire, CT 06410

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Ind~~ividual~~ Capacity / I.F.P.

RECEIVED DISTRICT OF CONNECTICUT 03 JUN 12 P2:03

**Signature of Attorney or other Originator requesting service on behalf of:** ☒ PLAINTIFF ☐ DEFENDANT
**TELEPHONE NUMBER:**
**DATE:** 5/6/03

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk G./W | Date 6/16/03 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**Name and title of individual served (if not shown above):**

**Address (complete only if different than shown above):**

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

**Date of Service:**
**Time:** am / pm
**Signature of U.S. Marshal or Deputy:** G./W

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:**

Mailed 6/16/03
Returned 2/13/04 - Unexecuted - N.R.T.M.S.

**PRIOR EDITIONS MAY BE USED**     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice / United States Marshals Service — PROCESS RECEIPT AND RETURN

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

Case 3:02-cv-02090-JBA   Document 63   Filed 03/14/2004   Page 5 of 8

| Field | Value |
|---|---|
| PLAINTIFF | Luis Fernandez |
| DEFENDANT | Chief Robert Paquette, et al. |
| COURT CASE NUMBER | 3:02CV2090(JBA)(JGM) |
| TYPE OF PROCESS | ~~Second~~ Amended Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: **Ramos**

**AT** ADDRESS: 120 Main Street, Danbury, CT 06810

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Luis Fernandez #279900
Cheshire C.I.
900 Highland Ave.
Cheshire, CT 06410

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 9
- Check for service on U.S.A.: ☐

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

Ind ~~Official~~ Capacity / I.F.P.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

DATE: 5/6/03

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 14 | 14 | G.I.W. | 6/10/03 |

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Signature of U.S. Marshal or Deputy: G.I.W.

**REMARKS:**

Mailed - 6/10/03
Returned ~~to~~ Unexecuted 2/12/04 — N.R.T. M.S.

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Luis Fernandez | **COURT CASE NUMBER** 3:02CV2090(JBA) |
| **DEFENDANT** Chief Robert Paquette, et AL. | **TYPE OF PROCESS** Summons and Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Fisher

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
120 Main Street, Danbury, CT 06810

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Luis Fernandez #279900
Cheshire C.I.
900 Highland Ave.
Cheshire, CT 06410

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Individual [scribbled] Capacity / IFP

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT   TELEPHONE NUMBER   DATE 5/6/03

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk G.I.W. | Date 6/10/03 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy
G.I.W.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:**

Mailed - 6/10/03
Returned Unexecuted. 2/10/04 -- N.R.T.M.S.

**PRIOR EDITIONS MAY BE USED**        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Luis Fernandez | COURT CASE NUMBER: 3:02CV2090 (JBA) |
| DEFENDANT: Chief Robert Paquette, et al. | TYPE OF PROCESS: ~~Second~~ Amended Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Robert Paquette

**AT** ADDRESS: 120 Main Street, Danbury, CT 06810

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Luis Fernandez #279900
Cheshire C.I.
900 Highland Ave.
Cheshire, CT 06410

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 9
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Individual ~~~~ Capacity / FRP

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
DATE: 5/6/03

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process: 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk: G.I.W | Date: 6/16/03 |

☐ I hereby certify and return that I have personally served, have legal evidence of service, have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Signature of U.S. Marshal or Deputy: G.I.W

**REMARKS:**
Mailed - 6/16/03
Returned Unexecuted 2/12/04 -- N.R.T.M.S.

**PRIOR EDITIONS MAY BE USED**       1. CLERK OF THE COURT       FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF Luis Fernandez | COURT CASE NUMBER 3:02CV2090 (JBA) |
|---|---|
| DEFENDANT Chief Robert Paquette, et al | TYPE OF PROCESS Summons And Complaint |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Selner
AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
120 Main Street, Danbury, CT 06810

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Luis Fernandez #279900
Cheshire C.I.
900 Highland Ave.
Cheshire, CT 06410

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Individual / Official Capacity

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT    TELEPHONE NUMBER    DATE 5/6/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk G.I.W. | Date 6/16/03 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service    Time    am / pm

Signature of U.S. Marshal or Deputy
G.I.W.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:
Mailed - 6/16/03
Returned 2/12/04 - Unexecuted - N.R.T.M.S

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |

AT  Danbury Police Dept  120 Main St...