UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.: 3:02CV2090 (JBA)(JGM) |
| v. | : | |
| | : | |
| CHIEF ROBERT PAQUETTE, ET AL | : | FEBRUARY 19, 2004 |

**DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR CONTINUANCE TO RESPOND TO SUMMARY JUDGMENT**

  The undersigned defendants hereby object to the plaintiff's motion for continuance to respond to the defendants' summary judgment, dated February 9, 2004.  (see copy of plaintiff's motion attached as **Exhibit A**).  The plaintiff's motion was placed in the mail on February 17, 2004.  (see copy of envelope attached as **Exhibit B**). The defendants did not receive this motion until February 18, 2004.

  As basis for his motion for continuance, the plaintiff argues that he has not received discovery from the defendants, and therefore is not able to respond to the defendants' motion for summary judgment.  On the contrary, the defendants have expended considerable time and money in answering the plaintiff's multiple discovery requests.  To date the plaintiff has served the defendants with multiple sets of interrogatories, multiple sets of requests for admissions, and a set of production requests.  The defendants responded to the plaintiff's first set of interrogatories on 1/05/04; to his second set of interrogatories on 1/05/04; to his first set of requests for admission on 11/26/03; to his second set of requests for admissions on 12/05/03; to his third set of requests for admission on 1/07/04; to his fourth set of requests for admission on 1/22/04; and to his production requests on 1/22/04.

ORAL ARGUMENT IS NOT REQUESTED

Specifically, the defendant argues that he may not respond to the defendants' motion for summary judgment until the defendants have answered his production requests. The plaintiff also points out that he has filed a motion to compel in reference to his production requests. As stated above, the defendants responded to the plaintiff's production requests on 1/22/04. The defendants have also filed an objection to the plaintiff's motion to compel, dated February 10, 2004. The defendants originally mailed their responses to the plaintiff's first address: at the Connecticut Correctional Institution, 900 Highland Avenue, Cheshire, CT, not knowing that the plaintiff had been transferred to a new facility at the McDougall-Walker Correctional Institution in Suffield, CT. The plaintiff did not place his notice of change of address in the mail until January 23, 2004. The defendants did not receive notice of the plaintiff's change of address until January 26, 2004. Upon receiving his motion to compel, the defendants forwarded an additional copy of their production request responses to the plaintiff's new address.

The defendants have fully complied with the plaintiff's production requests. There exists no reason for the plaintiff's requested continuance. The Court has ordered that the plaintiff must file his response to the defendants' motion for summary judgment within thirty (30) days of Judge Margolis' 2/04/04 order. (see court order attached as **Exhibit C**).

WHEREFORE, the defendants request that the plaintiff adhere to the time limitations as set forth in the Court's February 4, 2004 order.

2

        DEFENDANTS,
        CHIEF ROBERT PAQUETTE,
        DETECTIVE SGT. FISHER,
        DETECTIVE RAMOS,
        DETECTIVE JOHN MERULLO,
        DETECTIVE JOHN KRUPINSKY,
        DETECTIVE MARK TROHALIS,
        OFFICER KARL MURPHY
        OFFICER SELNER and
        OFFICER RIOLO


By_____
   Eric D. Eddy
   ct25242
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail:  eeddy@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 19th day of February, 2004.

Mr. Luis Fernandez
Inmate Number 279900
MacDougall-Walker
 Correctional Institution
1153 East Street, South
Suffield, CT 06080

                                                        _____
                                                           Eric D. Eddy