RECEIVED
FEB 18 2004
BY: _____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez

V.

Robert Pacquette, et al

PRISONER
CASE NO. 3:02 CV 2090
(JBA)(JGM)

Feb. 9, 2004

## MOTION FOR CONTINUANCE TO RESPOND DEFENDANTS SUMMARY JUDGMENT

Plaintiff request the Court a Continuance of 30 days pursuant under to Rule 56(A) Pending discovery to Respond defendants Summary Judgment dated January 26, 2004.

In support the plaintiff states that:

1) Defendants have not provided an adequate response to plaintiff Request for PRODUCTION OF DOCUMENT pursuant to Rule 34, F.R.C.P. Nov. 19, 2003.

2) The Plaintiff has moved pursuant Rule 34(b) And 37(A), F.R.C.P. Compelling the defendants to Produce for inspection And copying the documents Requested on Nov. 19, 2003.

1 of 2

Wherefore, the plaintiff MOTION for CONTINUANCE of 30 days should be GRANTED for Responding to defendants SUMMARY Judgment dated JANUARY 26, 2004.

RESPECTFULLY SUBMITTED

_____
Luis Fernandez
M.W.C.I.
1153 East St. South
Suffield, CT 06080

### CERTIFICATION

This is to Certify that the foregoing has been Mailed to the following defendants Attorney this 9 day of Feb. 2004.

Attorney
ERIC D. EDDY
HOWD & LUDORF,
65 Wethersfield Ave.,
Hartford, CT 06114

_____
Luis Fernandez
Pro Se

C.C./File

2 of 2