Lois Fernandez #275,900
MACDOUGALL C.I.
1153 EAST STREET SOUTH
SUFFIELD, CT. 06080

Legal mail

FREE POSTAGE

Attorney
ERIC D. EDDY
HOWD & LUDORF
65 Wethersfield Ave,
Hartford, CT 06114