**Sharon A. Moore**

---

**From:** CMECF@ctd.uscourts.gov
**Sent:** Wednesday, February 11, 2004 12:34 PM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Activity in Case 3:02-cv-02090-JBA Fernandez v. Paquette, et al "Order on Motion for Miscellaneous Relief"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Jaiman, R. entered on 2/11/2004 at 12:33 PM EST and filed on 2/4/2004

**Case Name:** Fernandez v. Paquette, et al
**Case Number:** 3:02-cv-2090
**Filer:**
**Document Number:** 57

**Docket Text:**
RULING and ORDER denying [52] Motion for nonsuit, granting [55] Motion for Leave to File. Any response to the motion for summary judgment including affidavits or other documentary evidence must be filed within 30 days of the date of this order. Signed by Judge Joan G. Margolis on 2/4/04. (Jaiman, R.)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=2/11/2004] [FileNumber=109120-0]
[9d278a56a14e03554477bd456c600c4c80be6352e3fa18077763729333e17fd4d69b
2a538230acbbb9ac9a0f0af340595e2eb61bd6913573f919002f5b2d7e57]]

**3:02-cv-2090 Notice will be electronically mailed to:**

Eric D. Eddy    eeddy@hl-law.com, smoore@hl-law.com

Thomas R. Gerarde    tgerarde@hl-law.com,

**3:02-cv-2090 Notice will not be electronically mailed to:**

Luis Fernandez
279900
MacDougall-Walker Correctional Institution

2/11/2004