UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
FEB 23  12 19 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

LUIS FERNANDEZ

v.

CHIEF ROBERT PAQUETTE, et al.

Case No.   PRISONER
3:02CV2090 (JBA) (JGM)

## RULING ON MOTION TO COMPEL

The plaintiff seeks to compel the defendants to respond to his November 19, 2003 request for production of documents. The defendants state that they responded to the request for production of documents on January 22, 2004, but the responses were mailed to the plaintiff at Cheshire Correctional Institution. The defendants did not receive notice of the plaintiff's transfer to MacDougall Correctional Institution until January 26, 2004. The defendants state that they have re-mailed their responses to the request for production to the plaintiff at MacDougall Correctional Institution.

In view of these facts, the plaintiff's Motion to Compel [doc. # 56] is **DENIED** as moot.

SO ORDERED in New Haven, Connecticut, this 23rd of February, 2004.

Joan G. Margolis
United States Magistrate Judge