UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR -3 P 2: 28
US DISTRICT COURT
BRIDGEPORT CT

Luis Fernandez

v.

Robert Paquette, et al

PRISONER
CASE NO. 3:02CV2090
(JBA)(JGM)

Feb. 13, 2004

## PLAINTIFF OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Plaintiff Request the Court to denied the DEFENDANTS MOTION FOR SUMMARY Judgment which Material facts have been left out, factual Allegations are not Correct and incomplete were Plaintiffs' Cross-Summary Judgment Affidavits and brief Attached herein Relying on facts and Evidence and witness(es) that will Support a Verdict by a Jury.

RESPECTFULLY SUB.

Luis Fernandez  PRO-SE
M.W.C.I
1153 East St. South
Suffield, CT 06080

## CERTIFICATION

This is to Certify that a copy of the foregoing has been mailed via U.S. mail to the following defendants Attorneys this 13 day of February, 2004.

Attorneys
Thomas R. Gerede
ct 05640
Eric D. Eddy
ct 25242
Howd & Ludorf
65 Wethersfield Ave,
Hartford, CT 06114

Luis Fernandez
Pro Se