# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**FILED**

Luis Fernandez

2004 MAR -3 P 2: 29

US DISTRICT COURT
BRIDGEPORT CT

PRISONER

CASE NO. 3:02 CV 2090
(JBA)(JGM)

V.

CHIEF ROBERT PAQUETTE, et al :     Feb. 13, 2004

## REQUEST FOR PERMISSION TO FILE OVERLONG BRIEF FOR CROSS-SUMMARY JUDGMENT

The Pro Se plaintiff hereby request permission from the Court to file an overlong legal brief for Cross-Summary Judgment. The defendants have been served with plaintiff complaint arising out of an illegal unconstitutional arrest without probable cause or warrant on 1/7/00. The defendants have moved for Summary Judgement conceding the facts which this Cross-Summary Judgment presents the material facts left out by the defendant and is supported with a lost of Exhibits 1 through 17 of evidence admissible at trial legally correct factual allegations that entitled to Judgment as the following:

1) Damages Compensatory And Punitive;

1 of 4

2) Declaratory Judgment and Injuctive Relief;

3) Violation of First, Fifth, Sixth, Eighth, Ninth, Thirteenth and Fourteenth, Fourth Amendments to the U.S.C.;

4) Violation of Article I, §§ 7, 8 and 20 of the Conn. State Constitution;

5) Violation of Title VII Fed. Act, Conn. Gen. Stat § 54-36h, 18 U.S.C. § 3109, 18 U.S.C. § 1621, 28 U.S.C. § 1746;

6) Violation of Rule 41(d) and Rule 4;

7) Lack of sufficient Probable Cause to Arrest, Violation of Objective, Subjective and Legitimate Expectation of Privacy;

8) Unconstitutionally Seizure of Property;

9) Application for search and seizure warrant did not provide the issuing judge with sufficient facts for determination of Probable Cause;

10) Violation of "Knock and Announce", invalid Arrest without warrant; invalid warrantless searches, Property seized upon invalid arrest and no warrant issued, invalid seizure under plain view doctrine, no justification for the warrantless search or seizure of the plaintiff by Exigent Circumstances, invalid inventory searches, search warrant not based on probable cause, search warrant insufficiently particular;

11) Excessive force, invalid pat-down "Terry" Frisk, invalid and insufficient warrant, defendants exceeded scope of warrant, no reasonable suspicion to detain the plaintiff;

12) Incodent to Arrest invalid, invalid warrantless Arrest, Compensatory damages, Mental and Emotional distress, Psychological injuries;

13) Liability under § 1983.

Wherefore, the plaintiff represents that in order to state all the material facts with legal citing in support he must submit a Brief in support of Plaintiff Cross-Summary Judgment, Statement of facts and Arguments in the length of 51 pages.

The plaintiff respectfully request that the Court grant him suggested extension.

RESPECTFULLY SUBMITTED

Luis Fernandez Pro SE
M.W.C.I.
1153 East St. South.
Suffield, CT 06080

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following defendants Attorneys this 13 day of February, 2004:

Thomas R. Gerarde ct. 05640
Eric D. Eddy ct. 25242
Howd & Ludorf
65 Whethersfield Ave.,
Hartford, CT 06114

Luis Fernandez
Pro Se