# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**

2004 MAR -3 P 2:28
US DISTRICT COURT
BRIDGEPORT CT

Luis Fernandez

V.

Robert Pacquette, et al

PRISONER
CASE NO. 3:02CV2090
(JBA)(JGM)

Feb. 13 2004

## PLAINTIFF'S CROSS-SUMMARY JUDGMENT

Plaintiff Luis Fernandez request this Court to grant him Cross-Summary Judgment as to opposition to Defendants Summary Judgment, were the plaintiff's supporting facts show that he is legally correct and entitled to Judgment as to defendants liability for damages in this § 1983 Civil Complaint. See Plaintiff's brief and affidavits in support.

Respectfully Submitted

Luis Fernandez
ID. 279900
M.W.C.I.
1153 East St. South,
Suffield, CT 06080

1 of 2

## CERTIFICATION

This is to Certify that the foregoing has been Mailed to the following defendants Attorneys this 13 day of February, 2004.

Attorneys'
Thomas R. Gerede
ct 05640
Eric D. Eddy
ct. 25242
Howd & Ludorf
65 Wethersfield Ave.,
Hartford, CT 06114

_____
Luis Fernandez
Pro Se