UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR -3 P 2: 28
US DISTRICT COURT
BRIDGEPORT CT

Luis Fernandez

V.

CHIEF ROBERT PAQUETTE, et al

PRISONER
Case No. 3:02CV2090
(JBA)(JGM)

Feb. 13, 2004

## PLAINTIFF ACTUAL NOTICE OF MANUAL FILING EXHIBITS

Plaintiff pursuant under Rule 56(A)(3) request to take notice of the following manually filed Exhibits in support of Plaintiff Cross-Summary Judgment Affidavits and brief dated February 13, 2004:

1- EXHIBIT "1"- NOTICE OF RESPONDING TO PLAINTIFF'S REQUESTS FOR ADMISSIONS DATED NOV. 5, 2003.

2- EXHIBIT "2"- NOTICE OF RESPONDING TO PLAINTIFF'S REQUESTS FOR ADMISSIONS DATED NOV. 11, 2003.

3- EXHIBIT "3"- RESPONSES TO PLAINTIFF'S THIRD REQUEST FOR ADMISSIONS DATED DEC. 8, 2003.

1 of 5

4- EXHIBIT "4"- RESPONSES TO PLAINTIFF'S FOURTH REQUEST FOR ADMISSION DATED DEC. 31, 2003.

5- EXHIBIT "5"- RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUEST FOR PRODUCTION DATED NOV. 19, 2003.

6- EXHIBIT "6"- RAYMOND P. YAMIN, ASS. CORPORATION COUNSEL DATED JUNE 12, 2002.

7- EXHIBIT "7"- RAYMOND P. YAMIN, ASS. CORPORATION COUNSEL DATED JUNE 25, 2002.

8- EXHIBIT "8"- AFFIDAVIT IN SUPPORT OF WITNESS STATEMENT DATED FEB. 2, 2004.

9- EXHIBIT "9"- OFF. GEORGE Chelso, REQUEST FOR EXAMINATION OF PHYSICAL EVIDENCE DATED 1/13/00.

10- EXHIBIT "10"- INCIDENT REPORT NO. 00-297 DATED 1/7/00 - FRI.

11- EXHIBIT "11"- CHIEF ROBERT PAQUETTE, CITY OF DANBURY, SPECIAL INVESTIGATION DIVISION REPORT DATED 1/7/00.

12 - EXHIBIT - "12" - SPECIAL INVESTIGATION DIVISION EVIDENCE OFFICER DET. MERULLO #292 CASE #00-297 DATED 1/7/00.

13 - EXHIBIT - "13" - DANBURY POLICE DEPARTMENT SPECIAL INVESTIGATIONS DIVISION EVIDENCE OFFICER DET. J. KROPINSKY CASE #00-297 DATED 1/7/00.

14 - EXHIBIT - "14" - RETURN FOR AND INVENTORY PROPERTY SEIZED ON SEARCH AND SEIZURE WARRANT CASE #00-297 DATE 1/7/00 RETURN DATED 1/10/00 DET. J. MERULLO #292 PAGE 6 of 6.

15 - EXHIBIT - "15" - PETITION FOR FORFEITURE OF PROPERTY IN DRUG CASES PUB. ACT 89-269; C.G.S. 54-3h DATE 1/7/00, CASE #00-297 AFFIANT SIGNATURE DET. J. MERULLO #292 AND NOTARY.

16 - EXHIBIT - "16" - DANBURY POLICE DEPARTMENT FORFEITURE WARNING NOTICE

16- EXHIBIT "16"- CASE #00-297 DATE 1/7/00 SEIZED FROM: RAMIREZ ANGEL 128 OSBORNE St. 2d floor. DANBURY, CT 06810 DET. J. MERULLO #292.

17. EXHIBIT "17"- DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION DIRECTED TO THE PLAINTIFF DATED NOV. 14, 2003.

These Exhibits are true Copies filed in support of plaintiff Cross-Summary Judgment.

RESPECTFULLY SUBMITTED
_____
Luis FERNANDEZ, Pro Se
M.W.C.I.
1153 East St. South.
Suffield, CT 06080

## CERTIFICATION

This is to Certify that the forgoing has been Mailed to the following defendants Attorneys this 13 day of February, 2004:

Thomas R. Gerarde
Howd & Ludorf
65 Wethersfield Ave.,
Hartford, CT 06114

Luis Fernandez
Pro Se