UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Mar 10  3 48 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

LUIS FERNANDEZ

v.

CHIEF ROBERT PAQUETTE, et al.

Case No.   PRISONER
3:02CV2090 (JBA) (JGM)

### RULING ON MOTION FOR EXTENSION OF TIME

The plaintiff seeks an extension of time until March 9, 2004, to respond to defendants' motion for summary judgment. On February 27, 2004, the court permitted the plaintiff until March 27, 2004, to file a response to the motion for summary judgment. The Motion for Extension of Time [**doc. # 61**] is DENIED as moot.

SO ORDERED in New Haven, Connecticut, this 10th day of March, 2004.

Joan G. Margolis
United States Magistrate Judge