UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR -9 P 12:57
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

LUIS FERNANDEZ

V.

Chief P. Robert Paquette, et al.

PRISONER
Case No. 3:02CV2090
(JBA)(JGM)

March 5, 2004

## PROOF OF SERVICE

The plaintiff, Luis Fernandez, states under the penalty of perjury that he mailed on Feb. 13, 2004 a copy of the Opposition To Defendants Motion for Summary Judgment, Plaintiff's Cross-Summary Judgment, Affidavit(s), Brief Attached Relying on facts, evidence and witnesses that will support a verdict by a jury, Request for Permission to file overlong brief for Cross-Summary Judgment and Renew Motion for Appointment of Counsel, to defendants Attorney Thomas R. Gerarde, ct 056410, Howd & Ludorf, 65 Wethersfield Ave, Hartford, CT 06114 and the Office of the Clerk, U.S.D.C., 915 Lafayette Blvd, Bridgeport, CT 06604, by placing them in the Main Hall Mailbox At MacDougall W.C.I., Suffield, CT. on Feb. 13, 2004.

1 of 2

RESPECTFULLY SUBMITTED

Luis Fernandez Pro SE
M.W.C.I.
1153 East St. South,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorney on this 5 day of March, 2004.

Attorney Thomas R. Gerarde
Ct. 056410
Howd & Ludorf,
65 Wethersfield Ave,
Hartford, CT 06114

Luis Fernandez
Pro SE

2 of 2