UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.: 3:02CV2090 (JBA)(JGM) |
| v. | : | |
| | : | |
| CHIEF ROBERT PAQUETTE, ET AL | : | MARCH 8, 2004 |

### MOTION FOR ENLARGEMENT OF TIME

    The undersigned defendants hereby move for an enlargement of time to respond to the plaintiff's cross-motion for summary judgment. The plaintiff's motion is dated February 13, 2004. However, the corresponding postage on the motion (see attached as **Exhibit A**) indicates that the motion was not placed in the mail until March 3, 2004. The defendants received the motion on March 4, 2004. The defendants now ask for an additional thirty (30) days to respond, starting from the date of their receipt of the motion, and in addition to the standard 20 days allotted for a response to summary judgment. This would place the due-date for the response at April 22, 2004.

    The plaintiff's motion consists of a fifty-five (55) page, handwritten, legal memorandum, addressing a large number of complicated issues of law, with seventeen (17) accompanying exhibits, consisting of multiple reports and affidavits. The defendants require this additional amount of time in view of the large size of the plaintiff's motion, and the correspondingly large amount of time necessary for considering and drafting an appropriate and articulate response.

This Court has already granted the plaintiff an enlargement of time to March 27, 2004, to respond to the defendants' January 26, 2004 motion for summary judgment.

ORAL ARGUMENT IS NOT REQUESTED

The plaintiff is currently incarcerated at a high security prison. Communication with the plaintiff is difficult, and given the urgency of this pleading, determining whether or not the plaintiff consents to this motion is impractical. This Court has not insisted that the defendants contact the plaintiff on prior motions. Nor did the plaintiff contact the defendants prior to filing his own request for extension of time.

        DEFENDANTS,
        CHIEF ROBERT PAQUETTE,
        DETECTIVE SGT. FISHER,
        DETECTIVE RAMOS,
        DETECTIVE JOHN MERULLO,
        DETECTIVE JOHN KRUPINSKY,
        DETECTIVE MARK TROHALIS,
        OFFICER KARL MURPHY
        OFFICER SELNER and
        OFFICER RIOLO

By_____
  Eric D. Eddy
  ct25242
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 (Fax)
  E-Mail:  eeddy@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 8th day of March, 2004.

Mr. Luis Fernandez  
Inmate Number 279900  
MacDougall-Walker  
 Correctional Institution  
1153 East Street, South  
Suffield, CT 06080

                                                             _____  
                                                             Eric D. Eddy