

S. Fernandez #277900
McDougall W.C.I.
1153 East St South,
Suffield, CT 06080

ATTORNEY Thomas R. Gerarde
Howd & Ludorf,
65 Wethersfield Ave,
Hartford, CT 06114