UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.:  3:02CV2090 (JBA)(JGM) |
| v. | : | |
| | : | |
| CHIEF ROBERT PAQUETTE, ET AL | : | OCTOBER 16, 2003 |

### OBJECTION TO MOTION FOR APPOINTMENT
### PRO BONO COUNSEL

The undersigned defendants hereby object to the plaintiff's motion for appointment of pro bono counsel, dated September 23, 2003.  This is the third time the plaintiff has filed such a motion.  This Court denied the plaintiff's first request for counsel on June 27, 2003, and denied his second request on September 5, 2003.  (See attached Ruling on Motion for Appointment of Counsel).  The plaintiff has not set forth any additional evidence and/or arguments that would merit overturning the Court's two prior rulings.

ORAL ARGUMENT IS NOT REQUESTED

       DEFENDANTS,
       CHIEF ROBERT PAQUETTE,
       DETECTIVE SGT. FISHER,
       DETECTIVE RAMOS,
       DETECTIVE JOHN MERULLO,
       DETECTIVE JOHN KRUPINSKY,
       DETECTIVE MARK TROHALIS,
       OFFICER KARL MURPHY
       OFFICER SELNER and
       OFFICER RIOLO


By_____
   Eric D. Eddy
   Ct25242
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail:  tgerarde@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via US Mail to the following pro se party this 16th day of October, 2003.

Luis Fernandez
Inmate Number 279900
Connecticut Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

                                                   _____
                                                  Eric D. Eddy