S. Fernandez #277900
McDougall W.C.I.
1153 East St South,
[field], CT 06080



Attorney Thomas R. Gerarde
Howd & Ludorf,
65 Wethersfield Ave,
Hartford, CT 06114