UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 9 P 12:57
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Luis Fernandez

PRISONER
No. 3:02 CV 2090
(JBA)(JGM)

V.

March 5, 2004

Robert Paquette, et al

## PLAINTIFF ACTUAL NOTICE IN RESPONSE TO THE COURT NOTICE TO PRO SE LITIGANT RECEIVED ON MARCH 4, 2004 FILED FEB. 27, 2004

The plaintiff, Actual Notifies this Court of the mailing and filing the response within twenty-one (21) days of the date 2/4/04 the defendants filed a Motion for Summary Judgment. The plaintiff relies on Affidavits, Exhibits, brief, witnesses, a statement, subpoenas, and a Cross-Summary Judgment dates Feb. 13, 2004 opposing to defendants' motion. The evidence presented by the plaintiff is genuine of material facts for trial supported with case logs and the Conn. General Statute laws for presenting it to a Jury. The plaintiff has also included a review Motion for Appointment of Counsel which the Court has further stated of Considering.

1 of 2

Wherefore, the plaintiff has complyed with Rule 56(A)1, 2 and 3, F.R.C.P., within the 21 days to respond even within the 30 days scheduled and in support the plaintiff submitts a Proof of service date March 5, 2004.

RESPECTFULLY SUBMITTED

Luis Fernandez   PRO SE
M.W.C.I.
1153 East St. South,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorney on this 5 day of March, 2004.

Attorney Thomas R. Gerarde
Ct. 05640
Howd & Ludorf,
65 Wethersfield Ave,
Hartford, CT 06114

Luis Fernandez
PRO SE