UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 MAR -9 P 12:57
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Lois Fernandez

PRISONER
CASE NO. 3:02 CV 2090
(JBA)(JGM)

V.

Chief Robert Paquette, et al

March 5, 2004

## PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR CONTINUANCE TO RESPOND TO SUMMARY JUDGMENT

The plaintiff, pursuant under Rule 7(A), D. Conn. L. Civ. R. responding within 9 days of the date 2/4/04 the Motion for Summary Judgment filed by the defendants now respond to defendants' objection to plaintiff motion for continuance to respond to Summary Judgment as devoided and not correct to the answering of the discovery, admission and interrogatories were some were not answered by the defendants and the majority objected without merits. The plaintiff complying with the 30 days of the order 2/4/04 signed by Judge Joan G. Margolis under local Rule 56(A)1,2,3 and 56(E), Fed. R. Civ. P., supporting and opposing to defendants motion for summary judgment, Plaintiffs' Cross Summary Judgment, Affidavit(s), Brief attached relying on

1 of 3

facts, evidence and witnesses that will support a verdict by a Jury, Request for Permission to file overlong brief for Cross-Summary Judgment and Renew Motion for Appointment of Counsel on Feb. 13, 2004. (See Proof of Service date March 5, 2004).

The defendants have not provided a response to the majority of the plaintiff First set of interrogatories, Second set of interrogatories, third set of request for Admissions and to the production request date 1/22/04 were only objections and refusals to respond questions defendants used as to answering the plaintiffs' requests.

Wherefore, the plaintiff has fully complyed with the obligations under local Rule 56(A)1,2,3 and 56(E), Fed. R. Civ. P. within thirty (30) days of Judge Margolis 2/4/04 Order, Moreover defendants continue to disrespect local rule of discovery as an attempt to try and make the plaintiff miss a court order when knowing of the plaintiff Pro Se statutes and several obstructions to access the courts herein while currently incarcerated in a bais Correctional system.

RESPECTFULLY SUBMITTED

Luis Fernandez  Pro Se
M.W.C.I.
1153 East St. South
Suffield, CT 06080        2 of 3

## CERTIFICATION

I hereby Certify that A copy of the foregoing was Mailed to the following defendants Attorney on this 5 day of March, 2004.

Attorney Thomas R Gemmele
ct. 056410
Howd & Ludorf,
65 wethersfield Ave,
Hartford, CT 06114

Luis Fernandez
Pro Se