UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 23 P 5:15
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

LUIS FERNANDEZ                    PRISONER
                                  CASE NO. 3:02CV2090
V.                                (JBA)(JGM)

CHIEF Robert Paquette, et al  :   MARCH 15, 2004

## OBJECTION TO DEFENDANTS MOTION FOR ENLARGEMENT OF TIME DATED MARCH 8, 2004

The plaintiff Objects to defendants MOTION for enlargment of dated March 8, 2004 to respond to the plaintiff's Cross-MOTION for Summary Judgment date Feb. 13, 2004. The Department's of Correctional are not equipt with UPS mailing services, Federal Express mailing services or Next day mail services. The U.S. Mailing system is out of the reach of the plaintiff and Indigent Inmates such as the plaintiff are not Allowed to Mail Certify-mail. The defendants have alleged they received plaintiff Cross-MOTION for Summary, exhibits, witness(es) statements, Affidavits, Renewed Motion for Appointment of Counsel, And Brief in Support of Motion for Cross-MOTION for Summary date Feb. 13, 2004 on March 4, 2004 were starting from this date March 4, 2004 they have 20 days for A response to

1 of 3

the Cross-Motion for Summary Judgment, placing the due-date for the response at March 24, 2004.

The Courts' last order or ruling on motions was on Feb. 23, 2004 (see attached as Ex 1) were defendants allegation of the plaintiff being granted an enlargment of time until March 27, 2004 to respond to the defendants dated 1/26/04 Motion for Summary Judgment is not true.

The defendants have also taken steps to object to plaintiff's Motion for Continuance to Respond to Summary Judgment (see attached as Ex 2) when in record the plaintiff has consented to defendants prior requestes for enlargment of time.

The plaintiff is currently in a security prison level 4 facility equal to other inmates who are not a security risk and are not a safety issue. The only impractical issue here is defendants own abuse of legal proceedings. The defendants had in the past contacted the plaintiff while in Cheshire D.O.C. which is no reason now for ignoring to contact the plaintiff if defendants need too, were there are no obstacles as for not doing so.

Wherefore, the plaintiff objection to defendants Motion for Enlargement of time dated March 8, 2004 should be granted.

RESPECTFULLY SUBMITTED

Luis Fernandez  PRO SE
M.C.I.
1153 East Street South,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was send, via mail to the following defendants Attorney on this 15 day of March, 2004.

Eric D. Eddy,
ct 25242
Howd & Ludorf,
65 Wethersfield Ave.,
Hartford, CT 06114

Luis Fernandez
PRO SE



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Feb 23  12 19 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

LUIS FERNANDEZ

v.

CHIEF ROBERT PAQUETTE, et al.

Case No.  PRISONER
3:02CV2090 (JBA) (JGM)

## RULING ON MOTION TO COMPEL

The plaintiff seeks to compel the defendants to respond to his November 19, 2003 request for production of documents. The defendants state that they responded to the request for production of documents on January 22, 2004, but the responses were mailed to the plaintiff at Cheshire Correctional Institution. The defendants did not receive notice of the plaintiff's transfer to MacDougall Correctional Institution until January 26, 2004. The defendants state that they have re-mailed their responses to the request for production to the plaintiff at MacDougall Correctional Institution.

In view of these facts, the plaintiff's Motion to Compel [doc. # 56] is DENIED as moot.

SO ORDERED in New Haven, Connecticut, this 23rd of February, 2004.

Joan G. Margolis
United States Magistrate Judge



Ex. 2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LUIS FERNANDEZ          :   PRISONER

v.                :   NO.: 3:02CV2090 (JBA)(JGM)

CHIEF ROBERT PAQUETTE, ET AL   :   FEBRUARY 19, 2004

### DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR CONTINUANCE TO RESPOND TO SUMMARY JUDGMENT

  The undersigned defendants hereby object to the plaintiff's motion for continuance to respond to the defendants' summary judgment, dated February 9, 2004. (see copy of plaintiff's motion attached as **Exhibit A**). The plaintiff's motion was placed in the mail on February 17, 2004. (see copy of envelope attached as **Exhibit B**). The defendants did not receive this motion until February 18, 2004.

  As basis for his motion for continuance, the plaintiff argues that he has not received discovery from the defendants, and therefore is not able to respond to the defendants' motion for summary judgment. On the contrary, the defendants have expended considerable time and money in answering the plaintiff's multiple discovery requests. To date the plaintiff has served the defendants with multiple sets of interrogatories, multiple sets of requests for admissions, and a set of production requests. The defendants responded to the plaintiff's first set of interrogatories on 1/05/04; to his second set of interrogatories on 1/05/04; to his first set of requests for admission on 11/26/03; to his second set of requests for admissions on 12/05/03; to his third set of requests for admission on 1/07/04; to his fourth set of requests for admission on 1/22/04; and to his production requests on 1/22/04.

ORAL ARGUMENT IS NOT REQUESTED

Specifically, the defendant argues that he may not respond to the defendants' motion for summary judgment until the defendants have answered his production requests. The plaintiff also points out that he has filed a motion to compel in reference to his production requests. As stated above, the defendants responded to the plaintiff's production requests on 1/22/04. The defendants have also filed an objection to the plaintiff's motion to compel, dated February 10, 2004. The defendants originally mailed their responses to the plaintiff's first address: at the Connecticut Correctional Institution, 900 Highland Avenue, Cheshire, CT, not knowing that the plaintiff had been transferred to a new facility at the McDougall-Walker Correctional Institution in Suffield, CT. The plaintiff did not place his notice of change of address in the mail until January 23, 2004. The defendants did not receive notice of the plaintiff's change of address until January 26, 2004. Upon receiving his motion to compel, the defendants forwarded an additional copy of their production request responses to the plaintiff's new address.

The defendants have fully complied with the plaintiff's production requests. There exists no reason for the plaintiff's requested continuance. The Court has ordered that the plaintiff must file his response to the defendants' motion for summary judgment within thirty (30) days of Judge Margolis' 2/04/04 order. (see court order attached as **Exhibit C**).

WHEREFORE, the defendants request that the plaintiff adhere to the time limitations as set forth in the Court's February 4, 2004 order.

2

DEFENDANTS,
CHIEF ROBERT PAQUETTE,
DETECTIVE SGT. FISHER,
DETECTIVE RAMOS,
DETECTIVE JOHN MERULLO,
DETECTIVE JOHN KRUPINSKY,
DETECTIVE MARK TROHALIS,
OFFICER KARL MURPHY
OFFICER SELNER and
OFFICER RIOLO


By_____
Eric D. Eddy
ct25242
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail:  eeddy@hl-law.com

3

## CERTIFICATION

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 19th day of February, 2004.

Mr. Luis Fernandez  
Inmate Number 279900  
MacDougall-Walker  
 Correctional Institution  
1153 East Street, South  
Suffield, CT 06080

 

_____  
Eric D. Eddy

RECEIVED
FEB 18 2004
BY:_____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez

v.

Robert Pacquette, et al

: PRISONER
: Case No. 3:02CV2090
: (JBA)(JGM)
:
:
: Feb. 9, 2004
:

## MOTION FOR CONTINUANCE TO RESPOND DEFENDANTS SUMMARY JUDGMENT

Plaintiff request the Court a continuance of 30 days pursuant under to Rule 56(A) pending discovery to respond defendants summary judgment dated January 26, 2004.

In support the plaintiff states that:

1) Defendants have not provided an adequate response to plaintiff request for PRODUCTION OF DOCUMENT pursuant to Rule 34, F.R.C.P. Nov. 19, 2003.

2) The Plaintiff has moved pursuant Rule 34(b) and 37(A), F.R.C.P. compelling the defendants to produce for inspection and copying the documents requested on Nov. 19, 2003.

1 of 2

Wherefore, the plaintiff MOTION FOR CONTINUANCE of 30 days should be granted for responding to defendants summary judgment dated January 26, 2004.

RESPECTFULLY SUBMITTED

Luis Fernandez
M.W.C.I.
1153 East St. South
Suffield, CT 06080

CERTIFICATION

This is to Certify that the foregoing has been mailed to the following defendants Attorney this 9 day of Feb. 2004.

Attorney
ERIC D. EDDY
HOWD & LUDORF
65 Wethersfield Ave.,
Hartford, CT 06114

Luis Fernandez
PRO SE

C.C./File

2 of 2

Luis Fernandez #279900
MACDOUGALL C.I.
1153 EAST STREET SOUTH
SUFFIELD, CT. 06080

Legal mail

FREE POSTAGE

Attorney
ERIC D. EDDY
Howd & Ludorf
65 Wethersfield Ave,
Hartford, CT 06114

Sharon A. Moore
___

From: CMECF@ctd.uscourts.gov
Sent: Wednesday, February 11, 2004 12:34 PM
To: CMECF@ctd.uscourts.gov
Subject: Activity in Case 3:02-cv-02090-JBA Fernandez v. Paquette, et al "Order on Motion for Miscellaneous Relief"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Connecticut

Notice of Electronic Filing

The following transaction was received from Jaiman, R. entered on 2/11/2004 at 12:33 PM EST and filed on 2/4/2004
**Case Name:** Fernandez v. Paquette, et al
**Case Number:** 3:02-cv-2090
**Filer:**
**Document Number:** 57

**Docket Text:**
RULING and ORDER denying [52] Motion for nonsuit, granting [55] Motion for Leave to File. Any response to the motion for summary judgment including affidavits or other documentary evidence must be filed within 30 days of the date of this order . Signed by Judge Joan G. Margolis on 2/4/04. (Jaiman, R.)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=2/11/2004] [FileNumber=109120-0]
[9d278a56a14e03554477bd456c600c4c80be6352e3fa18077763729333e17fd4d69b
2a538230acbbb9ac9a0f0af340595e2eb61bd6913573f919002f5b2d7e57]]

**3:02-cv-2090 Notice will be electronically mailed to:**

Eric D. Eddy    eeddy@hl-law.com, smoore@hl-law.com

Thomas R. Gerarde    tgerarde@hl-law.com,

**3:02-cv-2090 Notice will not be electronically mailed to:**

Luis Fernandez
279900
MacDougall-Walker Correctional Institution

2/11/2004