UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT    BRIDGEPORT
Mar. 25, 2004
Kevin F. Rowe, Clerk
By: D. Baldwin
Deputy Clerk

Luis Fernandez

v.

Chief Robert Paquette, et al

: PRISONER
: Case No. 3:02CV2090
: (JBA)(JGM)
:
: March 23, 2004

## PLAINTIFF ACTUAL NOTICE OF MANUAL FILING EXHIBITS

Plaintiff's pursuant under Rule 56 (A)(3) request to take notice of the following manually filed Exhibits in support of Plaintiff opposition in Summary Judgment to Defendant's Objection to Motion for Appointment of Pro Bono Counsel Dated March 11, 2004:

1. EXHIBIT "A" ——— Plaintiff Affidavit IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY Judgment

2. EXHIBIT "B" ——— Docket PROCEEDING page 2 of 4 date 10/1/03

3. EXHIBIT "C" ——— AFFIDAVIT IN SUPPORT OF WITNESS STATEMENT

1 of 3

4. EXHIBIT "D" —————— Plaintiff's Attempts to Obtain Counsel in this Case.

5. EXHIBIT "E" —————— Connecticut Department of Correction Request For Mental Health Services.

These exhibits are true copies filed in support of Plaintiff opposition in Summary Judgment to Defendant's Objection to Motion for Appointment of Pro Bono Counsel Dated March 11, 2004.

RESPECTFULLY SUBMITTED

Luis Fernandez  PRO SE
M.W.C.I.
1153 East Street South,
Suffield, CT 06080

## CERTIFICATION

I hereby Certify that A Copy of the foregoing was Mailed to the following defendants Attorney this 23 day of March, 2004.

Attorney,
Thomas R. Gerarde,
CT 05640
Howd & Ludorf,
65 Wethersfield Ave.,
Hartford, CT 06114

Luis Fernandez
Pro Se