UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 25 P 6:47
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Luis Fernandez

V.

Chief Robert Paquete, et al

PRISONER
Case 3:02CV2090
(JBA)(JGM)

March 23, 2004

## PLAINTIFF OPPOSITION IN SUMMARY JUDGMENT TO DEFENDANT'S OBJECTION TO MOTION FOR APPOINTMENT OF PRO BONO COUNSEL DATED MARCH 11, 2004

Plaintiff Luis Fernandez, pursuant to 172 S.E. 2d 816, 817, also Fed. R. Civ. Proc. 56, Request this Court to grant him opposition in Summary Judgment to Defendant's Objection to Motion for Appointment of Pro Bono Counsel Dated March 11, 2004 were a question of law is involved. See Plaintiff's brief, Affidavit and Exhibits in support.

RESPECTFULLY SUBMITTED

Luis Fernandez  Pro Se
1153 East Street South,
Suffield, CT 06080

1 of 2

## CERTIFICATION

I hereby Certify that a Copy of the foregoing was Mailed to the following defendants Attorney this 23 day of March, 2004.

Attorney,
Thomas R. Gerarde
Ct. 05640
Howd & Ludorf,
65 Wethersfield Ave.,
Hartford, CT 06114

_____
Luis Fernandez
PRO SE