UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*United States District Court*
*District of Connecticut*
*FILED AT BRIDGEPORT*
*Mar. 25, 2004*
*Kevin F. Rowe, Clerk*
*By: D. Baldwin*

Luis Fernandez

v.

Chief Robert Paquette, et al.

PRISONER
Case. 3:02CV2090
(JBA) (JGM)

March 23, 2004

## PLAINTIFF'S AFFIDAVIT FOR OPPOSITION IN SUMMARY JUDGMENT TO DEFENDANT'S OBJECTION TO MOTION FOR APPOINTMENT OF PRO BONO COUNSEL DATED MARCH 11, 2004

Luis Fernandez declares under penalty of perjury:

1. I am the plaintiff in the above-entitled case. I make this declaration in support for the Plaintiff OPPOSITION IN SUMMARY Judgment to Defendant's Objection to MOTION FOR APPOINTMENT OF PRO BONO Counsel DATED MARCH 11, 2004, were a question of law is involved and where the Courts discretion entitles the plaintiff Granting Summary Judgment.

2. I am not able to afford counsel and have established defendants actions under color of law to make PRIMA FACIE under 28 U.S.C. §1915. See Exhibit "B" Granting Motion to Proceed IN FORMA PAUPERS, Attached.

3. English is a second language for me were legal issues involved in this case are complex. See Exhibit "A", Attached.

4. I am not able to investigate while confined in prison.

5. I am in a Department of Correctional School Unit for GED where the library is limited and there are very limited legal English/Spanish materials to adequately access the Courts.

6. My knowledge of the law is very limited were the need for expert witnesses for the conflicting testimony requiring skill in presentation of evidence already marked as Exhibits in the Complaint 1 threw 17 and witnesses will be in dispute of the facts in this case. See Exhibits "A" and "C", Attached.

7. I am currently suffering from depression and was evaluated of paranoid disorder. See Exhibit "E", Attached.

8. The District Court should consider the complexity of the case which is Constitutional in nature.

9. I have demostrated that am not able to obtain counsel and Inmate Legal Assistance Attorney Jenna M. Edmundson, cannot provide assistance since this case is relative to a criminal case. See Exhibit "D", Attached.

10. The ends of Justice would best be served in this case if an Attorney was Appointed to represent the plaintiff.

11. Thus, no material facts are in dispute as to my presentation of Exceptional Circumstances for the Court's Consideration in Appointment of Pro Bono Counsel.

Wherefore, the Court should grant opposition in Summary Judgment Against Defendants Objection to Motion For Appointment of Pro Bono Counsel dated March 11, 2004.

RESPECTFULLY SUBMITTED

Luis Fernandez  Pro Se
1153 East Street South,
Suffield, CT 06080

I declare under the penalty of perjury that the foregoing is true and correct to the best of knowledge.

Signed this 23 day of March, 2004.

Luis Fernandez Pro se

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorney this 23 day of March, 2004.

Attorney,
Thomas R. Gerarde, ct 05640
Howd & Ludorf,
65 Whethersfield Ave,
Hartford, CT 06114

Luis Fernandez
Pro se