# AFFIDAVIT IN SUPPORT OF WITNESS STATEMENT

I make the following statement without fear, threat or promise to the best of knowledge and ability.

On the date of January 7, 2000, I BRISTOUT BOURGUIGNON went to DANBURY, CONNECTICUT to meet my friend Luis FERNANDEZ who I knew for about 10 years. My friend Luis who came down here to visit a friend down the danbury area. He contacted me and told me he was in town an he told me to meet him around 4:15 pm at the motor vehicle in Danbury. When I got down there around 4:00 my friend Luis told me that in his cellular phone to meet him in the gas station next to the danbury DMV and he will be there in 10 to 15 minutes and to waited there for him. He told that he was in, a white Pathfinder without tints. We were going to the danbury M to hang out. After, ten or 15 minutes I see my friend Luis in the white Nissan Pathfinder with friend and th I notice that I saw a lot of people with guns and veral police cars blocked his car and pulling him ou the car through this car window and threw him do hard on the pavement floor. Then I saw them han cuffed him and then I saw two other police offic with guns pulled his pants and illegally searched his N body and taking his money from his wallet. Because of this incident I was dramatize and scared so I kept w distance. Then I saw one of the police cars parke

in the GAS station while tho two other officers with guns pointed at my friend Luis and they draged and shoved him and slam him into the police car and then I left the area and went back home. The Next day I was not able to contact my friend Luis at the house sin what I have seen on January 7, 2000.

Pursuant to 28 U.S.C. § 1746, I declare under Penalty of Perjury that the foregoing is true and correct.

WITNESS /s/ Bristout Bourguignon
BRISTOUT BOURGUIGNON

Sworn to before this 2nd
2nd day of February 2004

/s/ Jacqueline Bachan
NOTARY PUBLIC

JACQUELINE BACHAN
NOTARY PUBLIC
MY COMMISSION EXPIRES 8/31/2006