UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.: 3:02CV2090 (JBA)(JGM) |
| v. | : | |
| | : | |
| CHIEF ROBERT PAQUETTE, ET AL | : | MARCH 30, 2004 |

## **APPEARANCE**

Please enter the appearance of John J. Radshaw, III, as attorney for the defendants, Chief Robert Paquette, Detective Sgt. Fisher, Detective Ramos, Detective John Merullo, Detective John Krupinsky, Detective Mark Trohalis, Officer Karl Murphy, Officer Selner and Officer Riolo, in addition to the appearances already on file by this firm.

        DEFENDANTS,
        CHIEF ROBERT PAQUETTE,
        DETECTIVE SGT. FISHER,
        DETECTIVE RAMOS,
        DETECTIVE JOHN MERULLO,
        DETECTIVE JOHN KRUPINSKY,
        DETECTIVE MARK TROHALIS,
        OFFICER KARL MURPHY
        OFFICER SELNER and
        OFFICER RIOLO


By_____
   John J. Radshaw, III
   ct19882
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail:  jradshaw@hl-law.com

2

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 30th day of March, 2004.

Mr. Luis Fernandez  
Inmate Number 279900  
MacDougall-Walker  
 Correctional Institution  
1153 East Street, South  
Suffield, CT 06080

                                                                                  _____  
                                                                                  John J. Radshaw, III