UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.: 3:02CV2090 (JBA)(JGM) |
| v. | : | |
| | : | |
| CHIEF ROBERT PAQUETTE, ET AL | : | MARCH 30, 2004 |

### MOTION TO STRIKE PLAINTIFF'S AFFIDAVIT IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The defendants, Chief Robert Paquette, Detective Sgt. Fisher, Detective Ramos, Detective John Merullo, Detective John Krupinsky, Detective Mark Trohalis, Officer Karl Murphy, Officer Selner and Officer Riolo, hereby move to strike the plaintiff's "Affidavit in Opposition to Defendants' Motion for Summary Judgment". (affidavit attached as **Exhibit A**).  The plaintiff's affidavit, which is an attempt to respond to the defendants' Local Rule 56(a)1 Statement (see defendants' January 26, 2004 motion for summary judgment), fails to conform to the requirements set forth in Local Rule 56(a)2.  Furthermore, the plaintiff's affidavit fails to cite to any evidence, in the form of affidavits, sworn testimony, and/or other admissible evidence, in support of those allegations set forth in the affidavit.[1]

The plaintiff's affidavit in opposition does not adhere to Local Rule 56(a)2.  The defendants forwarded the requisite "Notice to Pro Se Litigant", in accordance with Local Rule 56(B), on January 26, 2004.  This Court forwarded an additional copy of the notice to the plaintiff on February 27, 2004.  Nonetheless, the plaintiff has not submitted a proper 56(a)2 statement.

---

[1] The defendants have voiced similar arguments pertaining to both the plaintiff's opposition affidavit and his opposition to summary judgment in their March 27, 2004 Reply brief.

ORAL ARGUMENT IS REQUESTED

The plaintiff has not filed a Local Rule 56(a)2 Statement, "which states in separately numbered paragraphs corresponding to the paragraphs contained in the moving party's Local Rule 56(a)1 Statement whether each of the facts asserted by the moving party is admitted or denied.  The Local Rule 56(a)2 Statement must also include in a separate section entitled 'Disputed Issues of Material Fact' a list of each issue of material fact as to which it is contended there is a genuine issue to be tried." (Rule 56(a)2).

The plaintiff's affidavit in opposition merely contains conclusory statements, denials and blank assertions by the plaintiff.  In addition to failing to file a statement in the proper Rule 56(a)2 format, the plaintiff has also neglected to support his allegations with any evidence, in the form of affidavits, sworn testimony, and/or other admissible evidence.  Many of the plaintiff's allegations are not statements of fact, but legal arguments, lacking citation to case law.  In short, the plaintiff's affidavit fails to place any material facts in dispute, in accordance with Local Rule 56(a) and the standard of review for summary judgment.  Local Rule 56(a)1 states: "All material facts set forth in said statement will be deemed admitted unless controverted by the statement required to be filed and served by the opposing party in accordance with Local Rule 56(a)."

Additionally, the Court has ordered that the plaintiff must file his opposition brief to summary judgment, and accompanying Local Rule 56(a)2 Statement by March 27, 2004.  (See Court order attached as **Exhibit B**).  This deadline has now passed, and the plaintiff is barred from filing an opposition brief and Rule 56(a)2 Statement.

WHEREFORE, for the foregoing reasons, the defendants move to strike the plaintiff's opposition affidavit, as it: (1) fails to conform with Local Rule 56(a)2; and (2) fails to cite to any evidence in the form of affidavits, sworn testimony, and/or other admissible evidence.

DEFENDANTS,
CHIEF ROBERT PAQUETTE,
DETECTIVE SGT. FISHER,
DETECTIVE RAMOS,
DETECTIVE JOHN MERULLO,
DETECTIVE JOHN KRUPINSKY,
DETECTIVE MARK TROHALIS,
OFFICER KARL MURPHY
OFFICER SELNER and
OFFICER RIOLO


By_____
  John J. Radshaw, III
  ct19882
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 (Fax)
  E-Mail:  jradshaw@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 30th day of March, 2004.

Mr. Luis Fernandez
Inmate Number 279900
MacDougall-Walker
 Correctional Institution
1153 East Street, South
Suffield, CT 06080

                                                                      _____
                                                                        John J. Radshaw, III