UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez

V.

Chief Robert Paquette, et al.

FILED 2004 MAR 29 P 5:06
U.S. DISTRICT COURT
BRIDGEPORT, CONN

PRISONER
Case No. 3:02CV2090
(JBA)(JGM)

March 24, 2004

## MOTION FOR SPECIAL PROSECUTOR

Plaintiff quoting U.S. Const. Art. II, §3 and citing 28 U.S.C. §§ 516, 547 requests this Court to appoint a federal Prosecutor's in this case to decide whether to bring charges and what charges to bring against defendants were a federal Prosecutor responsibility "to take care that the laws be faithfully executed." U.S. v. Armstrong, 517 U.S. 456, 464 (1996).

The Court should consider appointing a federal Prosecutor who has far-reaching authority to decide whether to investigate. U.S. v. Derrick, 163 F.3d 799, 824-25 (4th Cir. 1998)(district court's comments on government investigation of grand jury witness on unrelated matter were unjustified intrusion into prosecutorial discretion).

1 of 2

Also, the Appointment Federal Prosecutor has the broad Prosecutorial discretion to bring proper charges under any statute violated by the defendants, without regard to penalty, as long as prosecution not discriminatory. Citing, U.S. v. Batchelder, 442 U.S. 114, 123-25 (1979); U.S. v. Sherman, 150 F.3d 306, 318 (3d Cir. 1998) (Prosecution proper under 18 U.S.C. § 1621 even though 18 U.S.C. § 1623 is more specific); and U.S. v. Lawrence, 179 F.3d 343, 347 (5th Cir. 1999) (Prosecutor decides whether to bring charges and what charges to bring).

RESPECTFULLY SUBMITTED

_____
Luis Fernandez    Pro Se
M.W.C.I.
1153 East Street South,
Suffield, CT 06080

## CERTIFICATION

I hereby Certify that a Copy of the foregoing was mailed to the following defendants Attorney on this day 24 of March, 2004.
Attorney,
Thomas R. Gerarde
65 Wethersfield Ave,
Hartford, CT 06114

_____
Luis Fernandez
Pro Se

2 of 2