UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 MAR 31  P 12: 51

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| v. | : | NO.: 3:02CV2090 (JBA)(JGM) |
| CHIEF ROBERT PAQUETTE, ET AL | : | MARCH 24, 2004 |

### REQUEST FOR PERMISSION TO FILE OVERLONG BRIEF IN OPPOSITION TO THE PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

The defendants, Chief Robert Paquette, Detective Sgt. Fisher, Detective Ramos, Detective John Merullo, Detective John Krupinsky, Detective Mark Trohalis, Officer Karl Murphy, Officer Selner and Officer Riolo, hereby request permission from the Court to file an overlong legal brief in response to the plaintiff's cross-motion for summary judgment. The plaintiff has filed a 55 page brief in support of his motion for cross-summary judgment. The brief addresses multiple claims. Specifically, the plaintiff has cross-moved for summary judgment on his following claims:

(1) violation of the 4th Amendment in that the plaintiff's arrest was not based on probable cause;

(2) a "False Evidence" claim;

(3) a False Arrest / Malicious Prosecution claim;

(4) an Excessive Force claim;

(5) violation of the 5th, 6th, 8th, 9th, 13th and 14th Amendments to the US Constitution;

(6) violation of Article I, Sections 7, 8, and 20 of the Connecticut state constitution;

(7) violation of Title VII; and

(8) violation of 18 U.S.C. § 1621, 18 U.S.C. § 3109; 28 U.S.C. § 1746; C.G.S. § 54-36h(b); Rule 41(d); and PA 89-269.

Some of these claims in and of themselves are comprised of multiple sub-claims,

ORAL ARGUMENT IS NOT REQUESTED

each raising their own set of complicated legal issues. Furthermore, the plaintiff has attached seventeen Exhibits to his cross-motion, composed of multiple police reports, hearing transcripts and discovery materials. As a practical consequence of the size of the plaintiff's motion, the defendants must file an overlong brief in order to address the host of legal claims and factual allegations contained in the plaintiff's motion.

The defendants represent that they must submit a memorandum of law in opposition to the plaintiff's cross-motion in the length of 37 pages.

WHEREFORE, the defendants respectfully request that the Court grant their suggested extension.

DEFENDANTS,
CHIEF ROBERT PAQUETTE,
DETECTIVE SGT. FISHER,
DETECTIVE RAMOS,
DETECTIVE JOHN MERULLO,
DETECTIVE JOHN KRUPINSKY,
DETECTIVE MARK TROHALIS,
OFFICER KARL MURPHY
OFFICER SELNER and
OFFICER RIOLO

By _____
Eric D. Eddy
ct25242
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: eeddy@hl-law.com

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 24th day of March, 2004.

Mr. Luis Fernandez
Inmate Number 279900
MacDougall-Walker
 Correctional Institution
1153 East Street, South
Suffield, CT 06080

                                                                                                         _____
                                                                                                          Eric D. Eddy