UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.:  3:02CV2090 (JBA)(JGM) |
| v. | : | |
| | : | |
| CHIEF ROBERT PAQUETTE, ET AL | : | MARCH 30, 2004 |

**<u>DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO
PLAINTIFF'S MOTION FOR SPECIAL PROSECUTOR</u>**

The undersigned defendants hereby object to the plaintiff's Motion for Special Prosecutor dated March 24, 2004.

The plaintiff seeks appointment of a Special Prosecutor to investigate and prosecute alleged crimes and discriminatory treatment of the plaintiff by defendants. Although it is not clear, but given his multiple and repeated efforts to have *pro bono* counsel appointed, it seems the plaintiff believes that such an appointment is necessary because other attorneys have refused to investigate the alleged crimes and discriminatory treatment.

It is undisputed that the Attorney General is appointed by the President of the United States with the advice and consent of the United States Senate, and serves as the head of the Department of Justice, the only available prosecuting authority. *See* 28 U.S.C. § 503. The discretion of the Attorney General in choosing to prosecute, or not, is absolute. *See* 28 U.S.C. § 501 *et seq.*; <u>Confiscation Cases</u>, 74 U.S. 454, 458-59 (1868); <u>Powell v. Katzenbach</u>, 359 F.2d 234, 234-35 (D.C. Cir. 1965), *cert. denied*, 384 U.S. 906 (1966). The Federal Courts will not interfere with the Attorney General's prosecutorial discretion unless it is abused to such an extent as to be arbitrary and capricious and violative of due process. *See* <u>United States v. Welc</u>h, 572 F.2d 1359,

ORAL ARGUMENT IS NOT REQUESTED

1360 (9th Cir. 1978), *cert. denied,* 439 U.S. 842 (1978); Weisberg v. U.S. Dept. of Justice, 489 F.2d 1195, 1201 (D.C. Cir. 1973), *cert. denied*, 416 U.S. 993 (1974); *cf.* U.S. CONST., ART. II, § 1. It is undisputed that the present matter reveals no such circumstances, and as such, the plaintiff's Motion to Appoint Special Prosecutor must be dismissed.

    WHEREFORE, the defendants respectfully request that the Court deny the plaintiff's Motion for Special Prosecutor dated March 24, 2004.

                                DEFENDANTS,
                                CHIEF ROBERT PAQUETTE,
                                DETECTIVE SGT. FISHER,
                                DETECTIVE RAMOS,
                                DETECTIVE JOHN MERULLO,
                                DETECTIVE JOHN KRUPINSKY,
                                DETECTIVE MARK TROHALIS,
                                OFFICER KARL MURPHY
                                OFFICER SELNER and
                                OFFICER RIOLO

                              By_____
                                John J. Radshaw, III
                                ct19882
                                Howd & Ludorf
                                65 Wethersfield Avenue
                                Hartford, CT  06114
                                (860) 249-1361
                                (860) 249-7665 (Fax)
                                E-Mail:  jradshaw@hl-law.com

## **CERTIFICATION**

   This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 30th day of March, 2004.

Mr. Luis Fernandez
Inmate Number 279900
MacDougall-Walker
 Correctional Institution
1153 East Street, South
Suffield, CT 06080

                _____
                John J. Radshaw, III