UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 16 P 1:09
US DISTRICT COURT
BRIDGEPORT

LUIS FERNANDEZ :

V. : CASE NO. 3:02CV2090 (CSBA)(JGM)

Chief of Police R. Paquette, et.al. : April 9, 2004

## PLAINTIFF MOTION TO STRIKE AFFIDAVIT OF DET. JOHN KRUPINSKY

The plaintiff hereby pursuant to Conn. Code of evidence sec. 4-3, 6-5 and 9-1 moves to strike Affidavit of Det. J. Krupinsky dated 1/22/04 submitted by the defendants in support of the defendants summary Judgment. The Affidavit outweighed by factors such as confusion of the issues where exhibit 'C' is not the proffered item that its proponent claims it to be as the proof provided by the plaintiff Exhibit 1 paragraph 4, 5 and 6 (see Plaintiff Notice of manual filing Exhibits in support of MOTION TO STRIKE), which has been denied by the defendants. The Aforesaid Affidavit was allegedly made to identify the evidence table of the flow chart of item seized and location seized from by defendant Det. J. Krupinsky dated 1/7/00 case no. 00-00297 found in the second floor apt., 128 Osborne, St, Danbury, CT on 1/7/00 who is a defendant in this case civil complaint. Specifically, defendant Det. J. Krupinsky claims that the Attached

1 of 3

Copy labeled "Exhibit C" in defendants summary Judgment "is an accurate and true copy of the evidence table of items found in the second floor Apt. 128 Osborne St., Danbury, CT on 1/7/00."

The plaintiff had served the defendants with a Responses to plaintiff's Third Request for Admission dated dec. 8, 2003 were the defendants deny that the Exhibits 4, 5 and 6 in paragraphs 4, 5, and 6 are copies of the flow chart of item seized and location seized from by defendant Det. J. Krupinsky dated 1/7/00 Case No. 00-00297 (see Plaintiff Notice of Manual filing Exhibits date April 9, 2004 Ex. "1" in support of motion to strike) showing the denials of the Authentication of these documents satisfied by evidence sufficient to support a finding that the offered "Exhibit C" outweighed by facts such as confusion of the issues to the Courts review of plaintiff cross-summary Judgment when is not the proffered item that its proponent defendants J. Krupinsky claims it to be as the proof provided by the plaintiff in Exhibit 1 paragraph 4, 5, and 6 (see, Plaintiff Notice of Manual filing Exhibits date April 9, 2004 Ex. "1"), which defendants deny the SAME evidence label documents in "Exhibit C" supporting defendants Summary Judgment to be Authentic copies of the flow Chart of item seized and location seized from by defendant Det. J. Krupinsky dated 1/7/00 Case No. 00-00297 under Admission Rule.

Wherefore, the plaintiff moves to strike Affidavit of

of Det. J. Krupinsky dated 1/22/04 As outweighed by factors such as confusion of the issues, not the proffered item that its proponent claim it to be were the plaintiff has provided proof in support of granting this Motion

RESPECTFULLY SUBMITTED

Luis Fernandez
ID. 279900
M.W.C.I.
1153 east st. south,
suffield, CT 06080

## CERTIFICATION

I hereby certify that A copy of the foregoing was mailed to the following defendants Attorney on this 9 day of April, 2004.

Eric D. Eddy
Ct. 25242
Howd & Ludorf,
65 wethersfield Ave,
Hartford, CT 06114

Luis Fernandez
Pro Se