

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LUIS FERNANDEZ      :    PRISONER
           :    NO.: 3:02CV2090 (JBA)(JGM)
v.             :
           :
CHIEF ROBERT PAQUETTE, ET AL   :    JANUARY 7, 2004

## RESPONSES TO PLAINTIFF'S THIRD REQUEST FOR ADMISSIONS DATED DECEMBER 8, 2003

    Pursuant to Fed. R. Civ. P. 36, the defendants, Chief Robert Paquette,

Detective Sgt. Fisher, Detective Ramos, Detective John Merullo, Detective John

Krupinsky, Detective Mark Trohalis, Officer Karl Murphy, Officer Selner and

Officer Riolo, hereby file responses to plaintiff's Third Request for Admissions dated

December 8, 2003. Defendants received third set of admissions on December 19,

2003. The defendants respond as follows:

## REQUEST FOR ADMISSIONS

    1.   The document attached and marked as Exhibit '1' herein this third
Request for Admission is an authentic copy of Arraigment [sic] Report and Affidavit
Warrantless Arrest page 1 of 3 dated January 8, 2000, signed by Mark Trohalis #461
who is a defendant in this case civil complaint.

**RESPONSE:** The defendants admit that the document attached and marked as
Exhibit 1 is a copy of page 1 of an Arraignment Report and Affidavit, dated January 8,
2000.

2.      The document Attached and marked as Exhibit '2' herein this third Request for Admission is an Authentic Copy of Arraigment [sic] Report and Affidavit Warrantless Arrest page 2 of 3 dated January 8, 2000, signed by Mark Trohalis #461 who is a defendant in this Case Civil Complaint.

**RESPONSE:**  The defendants admit that the document attached and marked as Exhibit 2 is a copy of page 2 of an Arraignment Report and Affidavit, dated January 8, 2000.

3.      The document Attached and marked as Exhibit '3' herein this third Request for Admission is an Authentic copy of Arraigment [sic] Report and affidavit Warrantless Arrest page 3 of 3 dated January 8, 2000, signed by Mark Trohalis #461 who is a defendant in this case civil Complaint.

**RESPONSE:**  The defendants admit that the document attached and marked as Exhibit 3 is a copy of page 3 of an Arraignment Report and Affidavit, dated January 8, 2000.

4.      The document Attached and Marked as Exhibit '4' herein this third Request for Admission is an Authentic Copy of the Flow Chart of Item seized and location seized from by defendant Detective John Krupinsky dated 1/7/2000, Case No. 00-00297, Item #s 1 threw [sic] 6.

**RESPONSE:**   The defendants deny the document attached and marked as Exhibit 4 is a copy of a flow chart of items seized by Detective John Krupinsky.

5.      The document Attached and Marked as Exhibit '5' herein this third Request for Admission is an Authentic copy of the Flow Chart of Item seized and location seized from by defendant Detective John Krupinsky dated 1/7/2000, Case No. 00-00297, Item #s 7 threw [sic] 15.

**RESPONSE:**   The defendants deny that the document attached and marked as

2

Exhibit 5 is a copy of a flow chart of items seized by Detective John Krupinsky.

6.    The document Attached and Marked as Exhibit '6' herein this third Request for Admission is an Authentic copy of the Flow Chart of Item seized and location seized from by defendant John Krupinsky dated 1/7/2000, Case No. 00-00297, Item #s 16 threw [sic] 24.

**RESPONSE:**  The defendants deny that the document attached and marked as Exhibit 6 is a copy of a flow chart of items seized by Detective John Krupinsky.

7.    The document Attached and Marked as Exhibit '7' herein this third Request for Admission is an Authentic copy of the Flow Chart of Items secured by defendant Detective Merullo #292 dated 1/7/2000 from location: 128 Osborne St., Attic, Time Commenced: 1650 and Time Secured: 1830, Case No. 00-297, item #s 1 threw [sic] 8.

**RESPONSE:**  The defendants deny that the document attached and marked as Exhibit 7 is a copy of a flow chart of items seized by Detective Merullo.

8.    The document Attached and Marked as Exhibit '8' herein this third Request for Admission is an Authentic copy of the Petition For Forfeiture of Property in Drug Cases Public Act 89-269, Conn. Gen. Stat. § 54-36h Made to Angel Ramirez dated January 7, 20000, State of Connecticut v. Angel Ramirez, Civil Docket # CV# None, Police Case # 00-297, Inventory control # 00-297, Police Department Danbury Police Department, Name/Address of Defendant/Subject Angel Ramirez 128 Osborne St. 2nd flr Danbury CT 06810, Town of Seizure Danbury, Warrant issued? None, AFFIDAVIT TO: A Judge of the Superior Court in the Judicial District of Danbury, 00 pages Affidavit-petition Consist of, Subscribed and sworn to before Notary on 7th day of January, 2000 per section 1-24 of the Connecticut General Statutes.

**RESPONSE:**  The defendants admit that the document attached and marked as Exhibit 8 is a copy of a form for the petition for forfeiture of property.

3

9.     The document Attached and Marked as Exhibit '9' herein this third Request for Admission is an Authentic copy of the RETURN FOR AND INVESTORY Property seized on search and seizure warrant, page 6 of 6 Date of seizure Fri, Jan. 7, 2000, Judicial District of Danbury, G.A. 3, at (Address of Court) 146 White Street, Danbury, Police Case No. 00-297 and Companion Case No. 00-296, Items # 1 threw [sic] 14, Date of this Return Mon, Jan. 10, 2000, signed (Defendant) Detective John Merullo #292, Danbury Police/SID.

**RESPONSE:**   The defendants deny that the document attached and marked as Exhibit 9 is the sixth (6th) page of an inventory of property seized during the execution of a search warrant for the second floor apartment at 128 Osborne Street, Danbury on January 7, 2000.

10.     The document Attached and Marked as Exhibit '10' herein this third Request for Admission is an Authentic Copy of the RETURN FOR AND INVENTORY PROPERTY seized on search and seizure warrant, page 6 of 6 Date of seizure Fri, Jan. 7, 2000 Judicial District of Danbury, G.A. 3, at (Address of Court) 146 White Street, Danbury, Police Case No. 00-297 and Companion Case No. 00-296, PAGE #2 Items #15 threw [sic] 24, TIEMS [sic] (Attic) #s 1 threw [sic] 7, Date of this Return Mon, Jan. 10, 2000, signed (Defendant) Detective John Merullo #292, Danbury Policy/SID.

**RESPONSE:**   The defendants deny that the document attached and marked as Exhibit 10 is the sixth (6th) page of an inventory of property seized during the execution of a search warrant for the second floor apartment at 128 Osborne Street, Danbury on January 7, 2000.

DEFENDANTS,
CHIEF ROBERT PAQUETTE,
DETECTIVE SGT. FISHER,
DETECTIVE RAMOS,
DETECTIVE JOHN MERULLO,
DETECTIVE JOHN KRUPINSKY,
DETECTIVE MARK TROHALIS,
OFFICER KARL MURPHY
OFFICER SELNER and
OFFICER RIOLO


By _____
Eric D. Eddy
ct25242
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail:  eeddy@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, via certified mail, to the following pro se party this 7th day of January, 2004.

Luis Fernandez
Inmate Number 279900
Connecticut Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

_____
Eric D. Eddy

Ex. 1

# ARRAIGNMENT REPORT AND AFFIDAVIT
## Warrantless Arrest



JUDICIAL DISTRICT OF  **DANBURY**

The undersigned, an officer of the _____ **Danbury Police Department** _____ having been duly sworn,

deposes and says: That I am the officer who prepared this police report consisting of _____ **3** _____ pages.

That the information contained therein was secured as a result of: (1) my personal observation and knowledge; or, (2) information relayed to me by other members of my police department or of another organized police department; or, (3) information secured by myself or another member of an organized police department from the person or persons named or identified therein, as indicated in this attached report. That this report is an accurate statement of the information so received by me.

| CASE/INCIDENT NO | ARREST DATE | ARREST TIME | PLACE OF ARREST | | |
|---|---|---|---|---|---|
| 00-297 | 01/07/00 | 1649 | 128 Osborne St. | | |

| ACCUSED (Last, First MI) | DOB | PREVIOUS RECORD | |
|---|---|---|---|
| *Fernandez, Luis* | 7-22-76 | Y/N ☒N | |

ADDRESS (No, Street, City, State)
128 Osborne St.  Danbury  CT

| CHARGE 1 | CHARGE 2 | CHARGE 3 | CHARGE 4 | CHARGE 5 | CHARGE 6 |
|---|---|---|---|---|---|
| 21a-279a | 21a-278a | 21a-278(a)b | *21a-279(c)* | | |

ARREST CIRCUMSTANCES

On the above date at approximately 1600 hrs members of the Special Investigation Division established surveillance of 128 Osborne Street, Danbury, Connecticut. The surveillance was set up so that search warrants for the second floor apartment at this location and for the person of Angel Ramirez and the vehicle used by Ramirez, a 1996 Nissan Pathfinder Sport Utility Vehicle bearing Connecticut registration 569NVH could be executed. The warrants for this investigation were obtained January 6, 2000 after review by a Judge at the Danbury Superior court.

Present during the surveillance were Detective Sgt. Fisher, and Detectives, Ramos, Merullo, Krupinsky, Trohalis and Officer Karl Murphy. During the surveillance Detective Merullo had a clear unobstructed view of the house and driveway of the location. Shortly after surveillance was established the white Nissan Pathfinder bearing Connecticut registration 569NVH arrived and parked in the driveway. A small, thin Hispanic male, identified during the investigation as "Alex", and described as having a scar on his face was operating the vehicle. This Hispanic male was later identified as Luis Fernandez. Fernandez was observed talking on a cellular telephone and then exited the vehicle and entered the second floor apartment. Surveillance was maintained and a short time later two Hispanic males exited the second floor apartment and entered into the Nissan Pathfinder. The two Hispanic males were identified as Angel Ramirez and Luis Fernandez. Ramirez entered into the operators seat and Fernandez was seated in the front passenger seat. The vehicle then left 128 Osborne St. and was kept under constant surveillance. As the vehicle traveled on

Signed (Officer) _____ *M. Trali 461* _____

Subscribed and sworn to before me this _____ **8th** _____ day of _____ **January** _____ 19 *2000*

PG ___ **1** ___ OF ___ **3** ___

©1994 Hunt & Hanahan Computer Designs

## ARRAIGNMENT REPORT AND AFFIDAVIT



JUDICIAL DISTRICT OF    DANBURY

| CASE/INCIDENT NO | ARREST DATE | ARREST TIME | ACCUSED (Last, First MI) | DOB |
|---|---|---|---|---|
| 00-297 | 01/07/00 | 1649 | Fernandez, Luis | 7-22-76 |

Tamarack Ave. it was decided to executed the warrant for the vehicle. The vehicle was stopped on Tamarack Ave., both Fernandez and Ramirez were detained at this time. Officers Selner, Riolo and Murphy stayed with the suspects and vehicle as Detectives obtained the apartment keys from the ignition keys. The Detectives then went immediately to the second floor apartment to execute the search warrant for the apartment. The keys obtained from the ignition unlocked the apartment door, upon entering no one was in the apartment, this was approximately 1649 hours. When entering the apartment you walk into the kitchen, off the kitchen was the bedroom of Angel Ramirez and Moya Mercedes, the bedroom door was opened, the apartment then consisted of a living room, a bathroom with a stairway to a attic bedroom, this bedroom was found to be Luis Fernandez . Detective Krupinsky was designated as the evidence officer at this time to complete a flow chart of items seized and locations seized from. At approximately 1655 hours Det. Sgt. Fisher and Det. Merullo began a search of the bedroom of Angel Ramirez and Moya Mercedes, this bedroom was designated bedroom #1 on the evidence flow chart. Sgt. Fisher in bedroom #1, on the floor between the closet and tall dresser Fisher found a Nike shoe box which was found to contain the following: 1)one black plastic bag which contained three clear ziplock bags which contained a white rock type substance, these bags weighed a combined approximate weight of 15.2 ounces. 2) one black plastic bag which contained a clear ziplock bag which contained a white rock type substance, this bag weighed approximately 13.3 ounces. This bag was field tested by detective Krupinsky and a positive reaction for cocaine was obtained. 3)one ziplock bag which contained ten smaller plastic bags, each contained a white powder. 4) one electronic, digital scale. 5) sixty-two (62) two dollar bills. 6)Various personal checks made out to Cash. At this time Officer Murphy was advised to transport the targets of the investigation, Ramirez and Fernandez to Police Headquarters, that they were to be placed in custody. Officer Murphy was also advised to have the Nissan Pathfinder towed to Police Headquarters so that a attempt to seize the vehicle under State asset forfeiture could be conducted.

A continued search of the bedroom turned up the following: 1) a gray metal box which contained $5,085 and a piece of mail addressed to Angel Ramirez of 128 Osborne St. Danbury, and two electronic pagers. This metal box was found in a unlocked drawer which was under the bed. Under the mattress to the bed one loaded 9 mm handgun, KBI Inc brand, serial number B46120 was found. Additionally ammunition, passport for Angel Ramirez, calculator, and a additional clear plastic bag which contained a white rock substance was found on a paper pad on the small dresser, clearly in the open so that it could easily be seen. The pad was found to contain a list of drug records. $700 in U.S. currency was found in the bedroom, a picture of Al Pachino as Tony Montana in the movie Scar Face, thirty-six (36) small plastic bags each containing white powdered substance (approx. 1.2 ounces) records of occupancy for Angel Ramirez and Moya Mercedes, additional digital scales, and fifteen (15) small plastic bags which were found in a

Signed (Officer)    M. T____ 461

Subscribed and sworn to before me this ____8th____ day of ____January____ 18 2000

| PG | 2 | OF | 3 |

©1994 Hunt & Hanahan Computer Designs

# ARRAIGNMENT REPORT AND AFFIDAVIT
## Warrantless Arrest

Ex. 3

| CASE/INCIDENT NO | ARREST DATE | ARREST TIME | ACCUSED (Last, First MI) | DOB |
|---|---|---|---|---|
| 00-297 | 01/07/00 | 1649 | *Fernandez, Luis* | 7-22-76 |

shirt pocket, each bag contained a white powdered substance. All the previous listed items were found in the bedroom of Angel Ramirez and Moya Mercedes.

A search of the attic bedroom of Luis Fernandes turned up a plastic bag which contained a plant like material, which was subsequently field tested and a positive reaction for marijuana was obtained, $461 of U.S. Currency, records of occupancy for Fernandez for 128 Osborne St., records of identification for Fernandez and a 40 page Metro Mobile cellular telephone bill for Fernandez for the amount of $891. The search of the apartment was concluded at 1830 hours. Copies of the search warrant for the apartment, the Nissan Pathfinder and the person of Angel Ramirez were left on the kitchen table and additionally copies were given to the targets of the investigation at Police Headquarters.

At Police Headquarters Angel Ramirez was found to have $333 on his person, this money along with all money seized were checked for Danbury Police evidence monies. A five dollar bill taken from his person was found to be Danbury Police evidence money, this money was secured with the other monies and tagged as evidence.

The telephone pager seized from Angel Ramirez's person was found to be telephone pager number 289-4343. This number was utilized by both Ramirez and fernandez during the course of the investigation to facilitate the sales of cocaine. That upon seizing this telephone pager it continually went off. Return calls by Detective Merullo to these persons found that the people were looking for both "Sandy" (Angel Ramirez) and "Alex" (Luis Fernandez) too purchase quantities of cocaine. Additionally people contacting the telephone pager were attempting to contact "Sandy" and "Alex" at the cellular telephone Ramirez and Fernandez had in their possession when stopped in the vehicle.

A total of $6751 (six thousand seven hundred fifty-one dollars) was seized and a total approximate weight of the cocaine seized was 30.2 ounces.

Both Ramirez and Fernandez were processed without incident and held on 250,000 bond. Passports for each individual was also seized.

A check for the firearm seized was conducted and preliminary checks showed it is not stolen in Connecticut. A additional check with the Department of Alcohol, Tobacco and Firearms will be conducted.

During the course of the investigation both Ramirez and Fernandez were observed conducting cocaine sales using several different vehicles including the Nissan Pathfinder. It was also learned that both Ramirez and Fernandez utilize the telephone pager mentioned within this report to coordinate cocaine sales.

Signed (Officer) _M. ___ 461_

Subscribed and sworn to before me this _____8th_____ day of _____January_____ 18 2000

PG __3__ OF __3__

©1994 Hunt & Hanahan Computer Designs

---

# ARRAIGNMENT REPORT AND AFFIDAVIT
## Warrantless Arrest

**JUDICIAL DISTRICT OF  DANBURY**

| CASE/INCIDENT NO | ARREST DATE | ARREST TIME | ACCUSED (Last, First MI) | DOB |
|---|---|---|---|---|
| | | | | |



# DANBURY POLICE DEPARTMENT

## SPECIAL INVESTIGATIONS DIVISION

Name Angel Ramirez / Luis Fernandez    Location 128 Osborne Street, Danbury, Ct    Case 00-00297    Date 01/07/00
Time Commenced                          Time Secured 1830                          Evidence Officer Det. John Krupinsky

| Item # | Description Of Evidence | Location Evidence Found | Found By | Time | Remarks |
|---|---|---|---|---|---|
| 1. | 2 House keys | In vehicle Ct. reg. 599 NVH | 292 | 1630 | |
| 2. | One wallet containing $328.00 cash | Person of Angel Ramirez | 292 | 1635 | |
| 3. | One Electronic pager | Person of Angel Ramirez | 292 | 1635 | |
| 4. | One Cell Phone | In vehicle Ct. Reg. 599 NVH | 292 | 1635 | |
| 5. | One Nike Shoe Box Containing the following items: | Bedroom # 1 floor left rear of room | 425 | 1655 | |
| | A. One black plastic bag containing 3 ziplock bags each containing white rock sub | | | | Approx. 15.2 oz |
| | B. One black plastic bag containing one ziplock bag containing a white rock sub. | | | | Approx. 13.3 oz |
| | C. One ziplock bag containing 10 smaller plastic bags each containing white powder | | | | Approx. .4 oz |
| | D. One Electronic Scale | | | | |
| | E. 62 Two Dollar Bills | | | | |
| | F. Various checks and papers | | | | |
| 6. | Grey metal box containing the following : | Drawer under the bed in bedroom # 1 | 292 | 1700 | |
| | A. $5,085 in cash | | | | |

Exhibit C



# DANBURY POLICE DEPARTMENT
## SPECIAL INVESTIGATIONS DIVISION

Name  Angel Ramirez / Luis Fernandez  Location  128 Osborne Street, Danbury,Ct  Case  Case 00-00297

Date  Time Commenced  Time Secured 1830  Evidence Officer Det. John Krupinsky  Date 01/07/00

| Item # | Description Of Evidence | Location Evidence Found | Found By | Time | Remarks |
|---|---|---|---|---|---|
| | B. Two Electronic pagers | | | | |
| | C. U.S. Mail | | | | |
| 7. | One KBI Inc. 9mm Handgun S# B46120 and two clips one containing ammo | Bedroom # 1 between mattress | 292 | 1705 | |
| 8. | One passport | Bedroom # 1 tall dresser | 425 | 1710 | |
| 9. | Box of blazer 9mm ammo | Bedroom # 1 tall dresser | 425 | 1710 | |
| 10. | Jewelry box containing 12   9mm rounds | Bedroom # 1 tall dresser | 425 | 1715 | |
| 11. | Passport Angel Ramirez | Bedroom # 1 tall dresser | 425 | 1715 | |
| 12. | Bail receipt for Jose Medina | Bedroom # 1 tall dresser | 425 | 1715 | |
| 13. | Electronic Calculator | Small dresser Bedroom # 1 | 467 | 1720 | |
| 14. | One small plactic bag containing white powder | Small dresser Bedroom # 1 | 467 | 1720 | |
| 15. | Appointment book containing drug records and the following: | Small dresser Bedroom # 1 | 467 | 1725 | |
| | A. $700.00 in cash | | | | |
| | B. Picture of Al Pachino " Scar face " | | | | |

Exhibit C

Ex. 6

# DANBURY POLICE DEPARTMENT

## SPECIAL INVESTIGATIONS DIVISION

| | Name | Location | Case |
|---|---|---|---|
| | Date | Time Commenced | Time Secured | Evidence Officer |

Name Angel Ramirez / Luis Fernandez     Location  128 Osborne Street, Danbury,Ct     Case 00-00297     Date 01/07/00
Time Commenced          Time Secured 1830          Evidence Officer Det. John Krupinsky

| Item # | Description Of Evidence | Location Evidence Found | Found By | Time | Remarks |
|---|---|---|---|---|---|
| 16. | Plastic bottle containing 36 small plastic bags of white powder ( bundled 5 to a bag ) | In shoe in closet of Bedroom # 1 | 292 | 1715 | Approx. 1.2oz |
| 17. | Two Id's and a wallet | Small dresser Bedroom # 1 | 446 | 1715 | |
| 18. | Paper containing telephone numbers | Small dresser Bedroom # 1 | 446 | 1715 | |
| 19. | Two Electronic scales / one containing a two dollar bill and phone cards | Kitchen Cabinet | 467 | 1735 | |
| 20. | Records of occupancy | Bedroom # 1 | 446 | 1740 | |
| 21. | Yankee Gas Bill in the names of Angel Ramirez and Idenyzes Moya | Bedroom # 1 | 446 | 1740 | |
| 22. | 6 Boxes of sandwich bags used for packaging | Kitchen Cabinet | 467 | 1740 | |
| 23. | $46.00 in U S Currency | From the person of Luis Fernandez | 446 | 1800 | |
| 24. | 15 Small plastic bags containing white powder sub | Shirt pocket located in closet of Bedroom # 1 | 425 | 1720 | Approx. .5 oz |

Exhibit C



# SPECIAL INVESTIGATIONS DIVISION

Name: Luis Fernandez    Location: 128 Osborne St. attic    Case #00-297

Date: 1/7/2000    Time Commenced: 1650    Time Secured: 1830    Evidence Officer :Det. Merullo #292

| ITEM | DESCRIPTION OF EVIDENCE | LOCATION OF EVIDENCE FOUND | FOUND BY | TIME | REMARKS |
|---|---|---|---|---|---|
| 1 | 1 plastic bag containing plant material | Attic bedroom of Luis Fernandez – Seized from shoebox | 292 | 1712 | Field test positive for marijuana by 292 |
| 2 | $450 in United States currency | Attic bedroom of Luis Fernandez Seized from shoe box – contained in a Polo Sport Ralph Lauren case | 292 | 1714 | Box of cigars was found next to shoe Box – cigars used to make BLUNTS Seized for asset forfeiture |
| 3 | $11 in United States currency | Attic bedroom of Luis Fernandez Seized from shoe | 292 | 1720 | Seized for asset forfeiture |
| 4 | 1 envelope addressed to Alex Edwar 128 Osborne St. Danbury,CT | Attic bedroom of Luis Fernandez Seized from shoe box | 292 | 1725 | Luis Fernandez was known as Alex During coarse of investigation. |
| 5 | 1 Spanish Passport # 007260to Luis Manuel Fernandez Arias, Florida drivers License, NY learner permit, Dominican I | Attic bedroom of Luis Fernandez Seized from Shoe Box | 292 | 1735 | |
| 6 | CT MVD title, MVD registration papers & SS card for Luis Fernandez | Attic Bedroom of Luis Fernandez | 461 | 1820 | |
| 7 | Bell Atlantic Mobile bill acc#103644827 40 pages | Kitchen of 128 Osborne St. 2nd flr. Portable Butcher block / cabinet | 467 | 1820 | Bill is dated on 12/22/99 |
| 8 | $46.00 | Person of Luis Manuel Fernandez | 446 | 1840 | Seized for asset forfeiture |
| 9 | | | | | |

Exhibit E



Exhibit D 

# State of Connecticut
## SUPERIOR COURT

Petition For Forfeiture
of Property in Drug Cases
Public Act 89-269; C.G.S. 54-36h

| CIVIL DOCKET | STATE OF CONNECTICUT V. |
|---|---|
| CV# | Angel Ramirez |

| NAME/ADDRESS OF DEFENDANT/SUBJECT | CORRESPONDING CRIMINAL CASE # |
|---|---|
| Angel Ramirez<br>128 Osborne St. 2nd flr<br>Danbury CT 06810 | |

| TOWN OF SEIZURE | DATE OF SEIZURE |
|---|---|
| Danbury | Fri, Jan 07, 2000 |

| POLICE DEPARTMENT | POLICE CASE # | INVENTORY CONTROL # |
|---|---|---|
| Danbury Police Department | 00-297 | 00-297 |

| WARRANT ISSUED? |
|---|
| |

**AFFIDAVIT**

To: A Judge of the Superior Court in the Judicial District of _____ Danbury _____

This affividavit-petition consists of    00 pages.

Subscribed and sworn to before me this    7th    day of    January    2000    per

Section 1-24 of the Connecticut General Statutes.

*Det. John Merullo* *292*

Det. John Merullo  292

Affiant Signature

*Sgt R Salazar*

Notary

©1997 Hanahan Computer Designs LLC



**RETURN FOR AND INVENTORY**
**PROPERTY SEIZED ON SEARCH AND SEIZURE WARRANT**

Page 6 Of 6

INVENTORY CONTROL NO.

| JUDICIAL DISTRICT OF | G.A. | AT (Address of Court) | | |
|---|---|---|---|---|
| Danbury | 3 | 146 White Street, Danbury | | DATE OF SEIZURE |
| | | | | Fri, Jan 7, 2000 |

| DOCKET NO. | UNIFORM ARREST NO. | POLICE CASE NO. | COMPANION CASE NO. |
|---|---|---|---|
| CR- | | 00-297 | 00-296 |

Then and there by virtue and pursuant to the authority of the foregoing warrant, I searched the person, place, or thing named therein, to wit:

PERSON

PLACE or THING

The second floor apartment located at 128 Osborne Street, Danbury, Connecticut.128 Osborne Street is a two family houe,color yellow, with white trim and the number 128 appears on the front of the house.128 Osborne Street is the 7th house on the right from the intersection of Locust Ave.and Osborne Street when traveling east bound.Entry to the second floor apartment is made from a exterior wood stairway located on the left side of the house when facing the house rom the roadway.

and found thereon or therein, seized, and now hold in custody, the following property...

X   Total Cash Seized:      $6,753.00       consisting of

ITEMS:
#1-2 house keys
#2-1 wallet containing $328.00 in United States currency & $5.00 for Ramirez
#3-1 Electronic pager
#4-1 Cell phone
#5-1 Nike Shoe box containing
a.1 black plastic bag containing 3 ziplock bags each containing white rock like susbtance
b.1 black plastic bag containing 1 ziplock bag containing white rock susbtance
c.1 ziplock bag containing 10 smaller plastic bags each containing white powder
d.1 1 electronic scale
e. 63 ($126.00) $2 dollar bills
f. Various checks &papers
6.Grey metal box containing:
a.$5,085.00 in United States currency
b.2 electronic pagers
c.U.S.Mail
7.1 KBI Inc.9mm Handgun S#B46120 & 2 clips, 1 containing ammo
8.1 passport
9.box of blazer 9mm ammo
10.-jewelry box containing 12 9mm rounds
11.-pastport Angel Ramirez
12.-bail receipt for Jose Medina
13.-electronic calculator
14.-1 small plastic bag containing white powder

and I gave a copy of such warrant to        Angel Ramirez & Luis Fernandez        the owner or occupant of the dwelling, structure, motor vehicle or place designated therein, or to
the person named therein, on (Date):        01/07/00

| DATE OF THIS RETURN | SIGNED (Officer) | |
|---|---|---|
| Mon, Jan 10, 2000 | | Danbury Police/SID |

Note: Form JD-CR-61 Pages 1-6 must be supplemented by Form JD-CR-52



# RETURN FOR AND INVENTORY
## PROPERTY SEIZED ON SEARCH AND SEIZURE WARRANT

Page 6 Of 6

| INVENTORY CONTROL NO. | | |
|---|---|---|

| JUDICIAL DISTRICT OF | G.A. | AT (Address of Court) | DATE OF SEIZURE |
|---|---|---|---|
| Danbury | 3 | 146 White Street, Danbury | Fri, Jan 7, 2000 |

| DOCKET NO. | UNIFORM ARREST NO. | POLICE CASE NO. | COMPANION CASE NO. |
|---|---|---|---|
| CR- | | 00-297 | 00-296 |

Then and there by virtue and pursuant to the authority of the foregoing warrant, I searched the person, place, or thing named therein, to wit:

**PERSON**

**PLACE or THING**

The second floor apartment located at 128 Osborne Street, Danbury, Connecticut.128 Osborne Street is a two family houe,color yellow, with white trim and the number 128 appears on the front of the house.128 Osborne Street is the 7th house on the right from the intersection of Locust Ave and Osborne Street when traveling east bound.Entry to the second floor apartment is made from a exterior wood stairway located on the left side of the house when facing the house rom the roadway.

and found thereon or therein, seized, and now hold in custody, the following property...

| Total Cash Seized: | | consisting of |
|---|---|---|

PAGE#2
ITEMS:
- 15.-appointment book containing drug records & the following
    - a.$700.00
    - b.Picture of Al Pachino "Scar Face"
- 16.-plastic bag containing 36 small plastic bags of white powder (bundled 5 to bag)
- 17.-2 ID's & wallet
- 18.paper containing telephone numbers
- 19.-2 electronic scales/1 containing a $2 bill & phone cards
- 20.-records of occupancy
- 21.-Yankee Gas Bill in the names of Angel Ramirez & Idenyzes Moya
- 22.-6 boxes of sandwich bags used for packaging
- 23.-$46.00 in United States currency
- 24.-15 small plastic bags containing white powder

TIEMS(ATTIC)
- 1.-1 plastic bag conntaining plant material
- 2.$450.00 in United States currency
- 3.-$11.00 in United States currnecy
- 4.1 envelope addressed to Alex Edwart 128 Osborne St. Danbury,CT
- 5.-1 Spanis passport #007260 to Luis Mauel Fernandez Arias, Florida drivers license,NY learner permit,DomincanID,
- 6.-CT MVD title,MVD registration papers & SS card for Luis Fernandez
- 7.-Bell Atlantic Mobile bill acc#103644827 40 pages

and I gave a copy of such warrant to ___ Angel Ramirez & Luis Fernandez ___ the owner or occupant of the dwelling, structure, motor vehicle or place designated therein, or to the person named therein, on (Date); ___ 01/07/00

| DATE OF THIS RETURN | SIGNED Officer's Signature and department | |
|---|---|---|
| Mon, Jan 10, 2000 | | Danbury Police / Sid |

Note: Form JD-CR-61, pages 1-6 must be supplemented by Form JD-CR-52

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez               :        PRISONER
                                      Case.No. 3:02CV2090
V.                           :        (JBA)(JGM)

Chief of Police R. Paquette, et al:   April 9, 2004

PLAINTIFF'S NOTICE OF MANUAL FILING
EXHIBIT

Please take notice that the plaintiff have manually
filed the following Exhibit '1' in support of MOTION
TO STRIKE AFFIDAVITS of Chief of Police Robert
Paquette, John Merullo, Mark Trohalis, and John
Krupinsky dated 1/22/04 submitted in defendants
Summary Judgment:

1. Exhibit '1' ————— RESPONSES TO PLAINTIFF'S
                      THIRD REQUEST FOR
                      ADMISSION DATED DEC.
                      8, 2003. pages 1 thru 6
                      with Exhibits 1 thru 10
                      Attached and Marked.

These Exhibits or Exhibit is a true copy filed in
support of MOTION TO STRIKE AFFIDAVITS of Chief
of Police Robert Paquette, J. Merullo, M. Trohalis and
J. Krupinsky dated 1/22/04 submitted in defendants

1 of 2

Summary Judgment.


RESPECTFULLY SUBMITTED

Luis Fernandez    Pro Se
ID. 279900
M. W. C. I.
1153 East St. South
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a Copy of the foregoing was mailed to the following defendants Attorney on this 9 day of April, 2004.

ERIC D. EDDY
Ct. 25242
Howd & Ludorf
65 Wethersfiled Ave,
Hartford, CT 06114

Luis Fernandez
Pro Se

2 of 2