Luis Fernandez : FILED
: 2004 APR 16 P 2:03
: Case No. 3:02-CV-02090
V. : U.S. DISTRICT COURT (SRU)(JGM)
: BRIDGEPORT, CONN

Chief of Police Robert Paquette, et al : April 9, 2004

## PLAINTIFF MOTION TO STRIKE AFFIDAVIT OF DET. JOHN MERULLO

The plaintiff hereby pursuant to Conn. Code of evidence sec. 4-3, 6-5 and 9-1 moves to strike Affidavit of Det. J. Merullo dated 1/22/04 in support of defendants summary judgment. The Affidavit outweighed by factors such as confusion of the issue(s) were "Exhibit F", is not the proffered item that its proponent claims it to be as the proof provided by the plaintiff Exhibit 1 paragraph 7, (see Plaintiff Notice of Manual filing Exhibits April 9, 2004 in support of Motion To Strike), which has been denied by the defendants. The aforesaid Affidavit was allegedly made to identify the evidence table of the flow chart of item seized and location seized from by defendant Det. J. Merullo on 1/7/00 Case No. 00-297 found in the Attic bedroom of the second-floor Apt. 128 Osborne St. Danbury, CT on 1/7/00, who is a defendant in this case civil complaint. Specifically, defendant Det. J. Merullo claims that "the attached copy of the evidence table, labeled "Exhibit F", is an

1 of 3

accurate and true copy of the evidence table of items found in the Attic bedroom of the second-floor Apt. 128 Osborne St., Danbury, CT on 1/7/00," in defendants Summary Judgment.

The plaintiff served the defendants with a Third Request for Admission date 12/8/03 were the defendants in responses paragraph 7 <u>deny</u> that the "Exhibit 7" to be a copy of the flow chart of items seized and location seized from by the defendant Det. J. Merullo on 1/7/00 case no. 00-297 (<u>SEE</u> Plaintiff NOTICE of MANUAL FILING Exhibits April 9, 2004 Ex. 1 paragraph 7) showing the <u>denial</u> of the Authentication of this document satisfied by evidence sufficient to support a finding that the "Exhibit F" outweighed by facts such as confusion of the issues to the Courts review of Plaintiff Cross-Summary Judgment when is not the proffered item that its proponent defendant Det. J. Merullo claims it to be as the proof provided by the plaintiff in Exhibit 1 paragraph 7 (<u>SEE</u> Plaintiff NOTICE of MANUAL FILING Exhibits April 9, 2004 Ex. 1 paragraph 7), which defendants deny the <u>SAME</u> evidence label documents in "Exhibit F" supporting defendants summary judgment to be authentic copy of the flow chart of item Seized and location Seized from by defendant Det. J. Merullo on 1/7/00 case no. 00-297 under Admission Rule.

<u>Wherefore</u>, the plaintiff moves to strike Affidavit of JOHN Merullo dated 1/22/04 as outweighed by factors such as confusion of the issues, not the

proffered item that its proponent claims it to be were the plaintiff has provided proof is support of granting this motion.

RESPECTFULLY SUBMITTED

_____
Luis Fernandez  Pro SE
M.W.C.I.
1153 East St. South,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants attorney on this 9 day of April, 2004.

Eric D. Eddy
Cl. 25242
Howd & Ludorf,
65 Wethersfield Ave,
Hartford, CT 06114

_____
Luis Fernandez
Pro SE