UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez           :

V.                       :    FILED PRISONER
                              2004 APR 16
                              CASE NO. 3:02cv2090
                              U.S. DISTRICT (JBA)(JGM)
                              BRIDGEPORT, CONN

Robert Paquette, et al   :    April 9, 2004

## PLAINTIFF MOTION TO STRIKE AFFIDAVIT OF DETECTIVE MARK TROHALIS DATED 1/22/04

The plaintiff hereby pursuant to Conn Code of evidence sec. 4-3, 6-5 and 9-1 moves to strike Affidavit of detective Mark Trohalis dated 1/22/04 submitted by the defendants in support of the defendants Summary Judgment. The Affidavit outweighed by factors such as confusion of the issues were 'Exhibit B' is not the proffered item that its proponent claims it to be as the proof provided by the plaintiff Exhibit '1' paragraph '1', (see, Plaintiff manual filing Exhibits in support of Motion To Strike) which has been admitted by the defendants.

The Aforesaid Affidavit was Allegedly made to Identify the documents Arraignment Report and Affidavit warrantless Arrest pages 1 threw 3 dated January 8, 2000, signed by Mark Trohalis #461 who is a defendant in this case civil Complaint. Specifically, defendant Det. Mark Trohalis Claims that the attached copy of the Arraignment Report And Affidavit, labeled "Exhibit 'B'" in defendants Summary Judgment "is an accurate and true copy of the

1 of 3

Arraignment Report and Affidavit of the January 7, 2000 Arrest of Angel Ramirez and Luis Fernandez, singed on January 8, 2000."

The plaintiff had served the defendants with a Responses to plaintiff's Third Request For Admission Dated Dec. 8, 2003 were the defendants admit that the attached and marked as Exhibit "1" is a copy of page 1 of an Arraignment Report and Affidavit dated January 8, 2000. The attached marked Exhibit "1" responses to Plaintiff's Third Request for Admission dated Dec. 8, 2003 with Exhibits 1, 2, 3 and 8 (see, Plaintiff Notice of Manual filing Exhibits date April 9, 2004 in support of Motion to strike), showing the Admitted and Authentications of these documents satisfied by evidence sufficient to support a finding that the offered Exhibit "B" outweighed by factors such as Confusion of the issues to the Courts review of Plaintiff Cross-Summary Judgment when is not the proffered item that its proponent claims it to be as the proof provided by the plaintiff showing the Allegation of Accused to be "Fernandez, Luis" with no record instead of the Reading of Accused "Ramirez, Angel" whose warrant issued for Attached marked Exhibit "1" against defendants Constitutional violations which has been Admitted by the defendants under Admission Rule. Wherefore, the plaintiff moves to strike Affidavit of defendant M. Truhalis dated 1/22/04 as outweighed by factors such as Confusion of the issues, not the proffered item that its proponent claim it to be were

2 of 3

the plaintiff has provided proof in support of granting this motion.

RESPECTFULLY SUBMITTED

_____
Luis Fernandez Pro SE
ID. 279900
M.W.C.I.
1153 East Street South,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 9 day of April, 2004.

ERIC D. EDDY
ct. 25242
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114

_____
Luis Fernandez
Pro SE