UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUIS FERNANDEZ            :   PRISONER

V.                        :   3:02CV2090 (JBA)(JGM)

Robert Paquette, et al    :   April 9, 2004

## PLAINTIFF REQUEST FOR PERMISSION TO FILE OVERLONG RESPOND & OBJECTION TO DEFENDANTS OPPOSITION TO THE PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT DATED MARCH 24, 2004

The Plaintiff, Luis Fernandez, hereby request permission from the Court to file an overlong Response & Objection to defendants opposition to the Plaintiff's Cross-Motion for Summary Judgment dated March 24, 2004. The defendants has filed a 39 page Memorandum in opposition to the Plaintiff's Cross-Motion for Summary Judgment. The Memorandum addresses some of the claims the plaintiff has Cross-Moved for Summary Judgment on this following factual claims:

1. Damages Compensatory and Punitive;

2. Declaratory Judgment and Injunction Relief;

3. Violation of the Fourth Amendment unreasonable searches and seizures;

4. Arrest without a warrant or probable cause;

5. Excessive force claim;

6. Violation of First, Fifth, Sixth, Eighth, Ninth, Thirteenth and Fourteenth Amendment to U.S.C.;

7. Violation of Article I, sec. 7, 8 and 20 of the Conn. Constitution;

8. Violation of Title VII

9. Violation of Conn. Gen. Stat. § 54-36h, Violation of 18 U.S.C. § 1621, Violation of 28 U.S.C. § 1746;

10. Violation of Rule 41 (d), lack of sufficient probable cause to arrest;

11. Violation of objective, subjective and legitimate expectation of privacy;

12. Unconstitutional seizure of property, failure to provide the issuing Judge with sufficient facts for determination of probable cause, violation of a "Knock and Announce", invalid arrest without a warrant;

13. False Arrest / Malicious Prosecution;

14. Invalid warrantless searches, Property seized upon invalid Arrest and no warrant issued, invalid Seizure under plain view doctrine;

15. No Justification for the warrantless search or seizure of the plaintiff by exigent circumstances;

16. Invalid inventory searches, search warrant insufficiently particular, invalid Pat-down "Terry" Frisk, invalid and insufficient warrant, exceeded scope of warrant;

17. No reasonable suspicion to detain the plaintiff, incident to Arrest invalid, invalid warrantless Arrest;

18. Mental, Emotional distress, psychological injuries.

Do to defendants Motion, the plaintiff must file an overlong respond and objection to address defendants Allegation contained in the motion. The Plaintiff represents that he as pro-se must submit the Respond and Objection to Defendants opposition in the length of 64 pages. Wherefore, the Plaintiff pro se respectfully request that the Court grant his suggested extension

3 of 4

RESPECTFULLY SUBMITTED

_____
LUIS FERNANDEZ  Pro SE
ID. 279900
M.W.C.I.
1153 East Street South,
Suffield, CT 06080

## CERTIFICATION

I hereby Certify that the foregoing was Mailed (Copy) to the following defendants Attorney on this 9 day of April, 2004:

ERIC D. Eddy
Ct. 25242
Howd & Ludorf
65 Wethersfield Ave,
Hartford, CT 06114

_____
LUIS FERNANDEZ
ID. 279900