United States District Court
District of Connecticut
FILED AT BRIDGEPORT
April 14, 2004
Kevin F. Rowe, Clerk
By _____
Deputy Clerk

FILED
2004 MAR 31 P 12: 50
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.: 3:02CV2090 (JBA)(JGM) |
| v. | : | |
| | : | |
| CHIEF ROBERT PAQUETTE, ET AL | : | MARCH 24, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that the defendants have manually filed the following exhibits to the defendants' Request for Permission to File Overlong Brief in Opposition to the Plaintiff's Cross-Motion for Summary Judgment dated March 24, 2004:

1. **EXHIBIT A** – Plaintiff's Complaint;

2. Case Law.

These exhibits have not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes.

DEFENDANTS,
CHIEF ROBERT PAQUETTE,
DETECTIVE SGT. FISHER,
DETECTIVE RAMOS,
DETECTIVE JOHN MERULLO,
DETECTIVE JOHN KRUPINSKY,
DETECTIVE MARK TROHALIS,
OFFICER KARL MURPHY
OFFICER SELNER and
OFFICER RIOLO


By _____
Eric D. Eddy
ct25242
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: eeddy@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 24th day of March, 2004.

Luis Fernandez
Inmate Number 279900
Connecticut Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

_____
Eric D. Eddy

3