UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez

**FILED**

2004 APR 27 P 3: 55
U.S. DISTRICT COURT
BRIDGEPORT, CONN

PRISONER
CASE NO. 3:02CV2090
(JBA) (JGM)

V.

Robert Paquette, et al          :          April 19, 2004

PLAINTIFF'S RESPOND & OBJECTION TO DEFENDANT'S
REPLY TO THE PLAINTIFF'S OPPOSITION TO SUMMARY
JUDGMENT

The Plaintiff respond & objects to defendant's reply
to the plaintiff's opposition to summary Judgment. The
plaintiff opposition to defendants Motion for summary
Judgment provides Affidavits and brief statement relying
on facts, evidence and witness(es) that will support
A verdict by A Jury; and Plaintiff Affidavit in
opposition to defendants' Motion for Summary Judgment
is relevant to the issues in this case even if only
in A slight degree. see Plaintiff's RESPOND & objection
to Motion to STRIKE Plaintiff's Affidavit in opposition to
defendant's Motion for Summary Judgment date April 19, 2004.
Citing STATE V. MILLER, 202 Conn. 463, 482, 522
A. 2d 249 (1987).

The district Court Can properly rely on plaintiff
Opposing brief statement date Feb. 13, 2004 submitted
with citation to the Affidavit (s) of witness (es)

1 of 3

Competent to testify as to the facts at trial and evidence already marked Exhibit 'A' in the Complaint admitted by defendants including the list of Exhibit 1 three 17 of plaintiff Actual notice of manual filing Exhibits date Feb 13, 2004 in support of Plaintiff Cross-summary Judgment Affidavit and opposing brief statement demonstrating more than a genuine issue for trial.

The plaintiff opposing brief states the Constitutional Violations which are Admitted by the defendants in the Memorandum of law in support of defendants Motion for Summary Judgment dated 1/26/04 <u>see</u> page 29. Also, the plaintiff opposing brief statement lists in a separate section as Argument each issue of material facts that have been leftout by the defendant where factual Allegations are not Correct and incomplete which the plaintiff Contends must be tried. The Affidavits, Responses to discovery Request in the list of Exhibits 1 three 17, Pro Se Complaint Exhibit 'A' Admitted by the defendants (<u>see</u> Plaintiff Actual notice of manual filing Ex.s Exhibit <u>1</u>) and opposing brief statement Containing the citations further, evidence that would be Admissible at trial filed and served were plaintiff opposing brief statement is in Conformity with Fed. R. Civ. P. 56 (e). <u>Citing</u> <u>VITAL</u> V. <u>INTERFAITH MEDICAL CTR.</u> 168 F.3d 615 (2d cir. 1999); And <u>McPherson</u> V. <u>Coombe</u>, 174 F.3d 276 (2d cir. 1999).

The defendant do not dispute plaintiff opposing brief statement in conformity with Fcb. R. Civ. P. 56(e) date Feb 13, 2004 submitted in support of cross-summary judgment when fact shows the plaintiff is legally correct and entitled to judgment.

Wherefore, defendants reply to the plaintiff opposition to summary judgment is denied when factual disputes have been submitted and presented for a reasonable jury verdict in favor of the plaintiff.

RESPECTFULLY SUBMITTED

Luis Fernandez    Pro SE
M. W. C. I.
1153 East Street South,
Suffield, CT 06080

CERTIFICATION

I hereby certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. mail to the following defendants attorney on this 19 day of April, 2004.

John J. Radshaw, III
Howd & Ludorf
65 Wethersfield Ave.,
Hartford, CT 06080

Luis Fernandez
Pro Se

3 of 3