UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Luis Fernandez

2004 APR 27 P 3:54   PRISONER

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Case No. 3:02CV2090
(JBA)(JGM)

V.

Chief Robert Paquette, etal :   April 19, 2004

## PLAINTIFF'S RESPOND & OBJECTION TO MOTION TO STRIKE PLAINTIFF'S AFFIDAVIT IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff hereby respond & objects to defendants Motion to strike plaintiff's AFFIDAVIT IN OPPOSITION to Defendant's Motion for Summary Judgment dated 3/24/04. The opposition to defendants 56(A)1 statement of material fact was made in Affidavit and brief statement in support of plaintiff Cross-Summary Judgment explaining why the facts as alleged by the defendants show that the plaintiff is legally Correct and Entitled to Judgment. See Plaintiff April 9, 2004 respond & Objections to defendants opposition to the Plaintiff Cross-Motion for Summary Judgment 3/24/04. The plaintiff Affidavit in support of Cross-Summary Judgment is relevant to the existence of any fact that is material to the determination of the proceeding more probable or less probable than it would be without the evidence. Citing: Connecticut Code of Evidence SEC 4-1, see State v. Prioleau, 235 Conn. 274, 305, 664 A 2d 743 (1995).

1 of 3

Also, Affidavit in support of Cross-summary Judgment as having tendency to support facts is relevant to the issues in this case even if only in a slight degree. Citing State v. Miller, 202 Conn. 463, 482, 522 A.2d 249 (1987)

The plaintiff in support of Cross-summary Judgment Affidavit and brief statement provided a list of Exhibits 1 thru 17 of evidence admissable at trial material to the determination of the proceeding. See Ex A herein attached marked Plaintiff actual notice of manual filing exhibits 2/13/04. Citing State v. Marra, 222 Conn. 506, 521, 610 A.2d 1113 (1992)

Its undisputed in fact that Plaintiff Affidavit in Opposition contains conclusory statements where even to a slight degree is sufficient to be relevant establishing facts for which it is offered or render the fact more probable than not. Courts have upheld opinion evidence admissible at trial can be submitted by Affidavit. Citing Paton v. LaPrade, 524 F.2d 862 (3d Cir. 1975). The plaintiff opposing brief states the constitutional violations which are admitted by the defendants in the Memorandum of Law in Support of defendants Motion For Summary Judgment dated 1/26/04 see page 29. Furthermore, the plaintiff submitted pursuant Rule 56(e), Fed. R. Civ. P. supporting and opposing Affidavits made on Personal knowledge of material facts left out, undisputed and factual allegations not correct and incomplete; and witness statement setting forth facts as would be admissible

2 of 3

in evidence, were Affiants are competent to testify to the matter stated therein. The Court may permit Affidavits to be supplemented or opposed by depositions, Answer to interrogatories, or further Affidavits. The Plaintiff Response opposing to defendants motion for Summary Judgment in cross-move for summary judgment with Affidavits or as otherwise provided in this Rule 56 (E), Fed. R. Civ. P. Setting forth specific facts have been left out, factual allegations are not correct and incomplete showing there is genuine issues for trial that would support a verdict by a jury.

RESPECTFULLY SUBMITTED

_____
Luis Fernandez   Pro Se
M.W.C.I.
1153 East street south,
Suffield, CT 06080

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorney on this 19, day of April, 2004.

John J. Radshaw, III
Howd & Ludort,
65 Wethersfield Ave.,
Hartford, CT 06114

_____
Luis Fernandez
Pro Se

3 of 3



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez

v.

CHIEF ROBERT PAQUETTE, et al

: PRISONER
: CASE NO. 3:02CV2090
: (JBA)(JGM)
:
: Feb. 13, 2004

## PLAINTIFF ACTUAL NOTICE OF MANUAL FILING EXHIBITS

Plaintiff pursuant under Rule 56(A)(3) request to take notice of the following manually filed exhibits in support of Plaintiff Cross-summary Judgment Affidavits and brief dated February 13, 2004:

1- EXHIBIT "1" - NOTICE OF RESPONDING TO PLAINTIFF'S REQUESTS FOR ADMISSIONS DATED NOV. 5, 2003.

2- EXHIBIT "2" - NOTICE OF RESPONDING TO PLAINTIFF'S REQUESTS FOR ADMISSIONS DATED NOV. 11, 2003.

3- EXHIBIT "3" - RESPONSES TO PLAINTIFF'S THIRD REQUEST FOR ADMISSIONS DATED DEC. 8, 2003.

4. EXHIBIT "4" - RESPONSES TO PLAINTIFF'S FOURTH REQUEST FOR ADMISSION DATED DEC. 31, 2003.

5. EXHIBIT "5" - RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUEST FOR PRODUCTION DATED NOV. 19, 2003.

6. EXHIBIT "6" - RAYMOND P. YAMIN, ASS. CORPORATION COUNSEL DATED JUNE 12, 2002

7. EXHIBIT "7" - RAYMOND P. YAMIN, ASS. CORPORATION COUNSEL DATED JUNE 25, 2002

8. EXHIBIT "8" - AFFIDAVIT IN SUPPORT OF WITNESS STATEMENT DATED Feb. 2, 2004.

9. EXHIBIT "9" - OFF. GEORGE Chelso, REQUEST FOR EXAMINATION OF PHYSICAL EVIDENCE DATED 1/13/00.

10. EXHIBIT "10" - INCIDENT REPORT NO. 00-297 DATED 1/7/00 - FRI.

11. EXHIBIT "11" - CHIEF ROBERT PAQUETTE, CITY OF DANBURY, SPECIAL INVESTIGATION DIVISION REPORT DATED 1/7/00.

2 of 5

12 - EXHIBIT - "12" - SPECIAL INVESTIGATION DIVISION EVIDENCE OFFICER DET. MERULLO #292 CASE #00-297 DATED 1/7/00.

13 - EXHIBIT - "13" - DANBURY POLICE DEPARTMENT SPECIAL INVESTIGATIONS DIVISION EVIDENCE OFFICER DET. J. KRUPINSKY CASE #00-297 DATED 1/7/00.

14 - EXHIBIT - "14" - RETURN FOR AND INVENTORY PROPERTY SEIZED ON SEARCH AND SEIZURE WARRANT CASE #00-297 DATE 1/7/00 RETURN DATED 1/10/00 DET. J. MERULLO #292 PAGE 6 of 6.

15 - EXHIBIT - "15" - PETITION FOR FORFEITURE OF PROPERTY IN DRUG CASES Pub. Act 89-269; C.G.S. 54-3h Date 1/7/00, CASE #00-297 AFFIANT SIGNATURE DET. J. MERULLO #292 AND NOTARY.

16 - EXHIBIT - "16" - DANBURY POLICE DEPARTMENT FORFEITURE WARNING NOTICE

3 of 5

16- EXHIBIT "16"- CASE # 00-297 DATE 1/7/00 SEIZED FROM: RAMIREZ ANGEL 128 OSBORNE St. 2d FLOOR, DANBURY, CT 06810 DET. J. MERULLO #292.

17. EXHIBIT "17"- DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION DIRECTED TO THE PLAINTIFF DATED NOV. 14, 2003.

These Exhibits are true Copies filed in support of plaintiff Cross-summary Judgment.

RESPECTFULLY SUBMITTED

Luis FERNANDEZ, Pro se
M.W.C.I.
1153 EAST St. South.
Suffield, CT 06080

## CERTIFICATION

This is to Certify that the forgoing has been mailed to the following defendants Attorneys this 13 day of February, 2004:

Thomas R. Gerarde
Howd & Ludorf
65 Wethersfield Ave.,
Hartford, CT 06114

Luis Fernandez
Pro Se