UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.: 3:02CV2090 (JBA)(JGM) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CHIEF ROBERT PAQUETTE, ET AL | : | JULY 8, 2004 |

### MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. Rule 7(e), Eric D. Eddy moves the Court for permission to withdraw his appearance filed on behalf of the defendants, Chief Robert Paquette, Detective Sgt. Fisher, Detective Ramos, Detective John Merullo, Detective John Krupinsky, Detective Mark Trohalis, Officer Karl Murhpy, Officer Selner and Officer Riolo, in the above-captioned matter.

Attorney David W. Colwick of the law firm of Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT has entered his appearance on behalf of the defendants, Chief Robert Paquette, Detective Sgt. Fisher, Detective Ramos, Detective John Merullo, Detective John Krupinsky, Detective Mark Trohalis, Officer Karl Murhpy, Officer Selner and Officer Riolo.

368009

DEFENDANTS,
CHIEF ROBERT PAQUETTE,
DETECTIVE SGT. FISHER,
DETECTIVE RAMOS,
DETECTIVE JOHN MERULLO,
DETECTIVE JOHN KRUPINSKY,
DETECTIVE MARK TROHALIS,
OFFICER KARL MURHPY,
OFFICER SELNER and
OFFICER RIOLO


By: _____
   ERIC D. EDDY
   Ct25242
   Updike, Kelly & Spellacy, P.C.
   One State Street
   P.O. Box 231277
   Hartford, CT 06123
   (860) 548-2600
   (860) 548-2680 (fax)

368009

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this _____ day of July, 2004.

Mr. Luis Fernandez
Inmate Number 279900
MacDougall-Walker
Correctional Institution
1153 East Street, South
Suffield, CT 06080

David W. Colwick, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

                                                ERIC D. EDDY

368009