UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.: 3:02CV2090 (JBA)(JGM) |
| v. | : | |
| CHIEF ROBERT PAQUETTE, ET AL | : | JULY 8, 2004 |

### MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. Rule 7(e), Eric D. Eddy moves the Court for permission to withdraw his appearance filed on behalf of the defendants, Chief Robert Paquette, Detective Sgt. Fisher, Detective Ramos, Detective John Merullo, Detective John Krupinsky, Detective Mark Trohalis, Officer Karl Murhpy, Officer Selner and Officer Riolo, in the above-captioned matter.

Attorney David W. Colwick of the law firm of Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT has entered his appearance on behalf of the defendants, Chief Robert Paquette, Detective Sgt. Fisher, Detective Ramos, Detective John Merullo, Detective John Krupinsky, Detective Mark Trohalis, Officer Karl Murhpy, Officer Selner and Officer Riolo.

368009