UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez                                    PRISONER
                                                  Case 3:02CV2090
V.                                                (JBA)(JGM)

Chief of Police Robert Paquette, et al :    April 9, 2004

## PLAINTIFF MOTION TO STRIKE AFFIDAVIT OF CHIEF OF POLICE ROBERT PAQUETTE, DANBURY POLICE DEPARTMENT

The plaintiff hereby pursuant Connecticut Code of evidence sec. 4-3 moves to exclusion of Affidavit of chief of Police Robert Paquette, Danbury Police Department in support of defendants Summary Judgment. The Affidavit outweighed by factors such as confusion of the issue(s) qualified immunity. The Aforesaid Affidavit was allegedly made for qualified immunity undisputing the Constitutional violations claim or any claim in this civil complaint § 1983. Specifically, defendant Chief of Police Robert Paquette claims "he did not have personal involvement in the actual investigation of or the application process for the search warrant for the second floor Apt. 128 Osborne St, Danbury CT. and/or Arrest of Luis Fernandez on 1/7/00", in defendants Summary Judgment. The plaintiff has provided Exhibits Admitted in the Complaint and in Actual Notice of Manual filing Exhibits date Feb. 13, 2004 and in brief

1 of 3

supporting Cross-summary Judgment date Feb. 13, 2004 were the Chief of Police Robert Paquette should have known of or knew of that subordinates actions violated clearly established Constitutional Rights, citing BERG v. County of ALLEGHENY, 219 F.3d 261, 269 (3rd cir. 2000); Also, Camilo-Robble v. HOYOS, 151 F.3d 1, 61 (1st cir. 1998), which he does not dispute in the Affidavit for support of defendants summary judgment outweighed by factors such as confusion of the issues of qualifying immunity.

Wherefore, the plaintiff pursuant Conn. Code of Evidence SEC. 4-3 citing, FARRELL v. St. VINCENT's Hospital, supra, 203 Conn. 563. Moves to Exclusion of Affidavit of Chief of Police Robert Paquette, Danbury Police Dept., in support of defendants Summary Judgment where defendant Robert Paquette does not disputes his subordinates actions of violating clearly established Constitutional Rights which as the chief of Police defendant Robert Paquette knew of or should have known of and is liable were this motion should be granted.

RESPECTFULLY SUBMITTED

Luis Fernandez Pro Se
M.W.C.I., 1153 East St. South,
Suffield, CT 06080

## CERTIFICATION

I hereby Certify that a Copy of the foregoing was mailed to the following defendants Attorney on this 9 day of April, 2004.

Eric D Eddy
Howd & Ludorf
65 Wethersfield Ave,
Hartford, CT 06114

Luis Fernandez
ID 279900