UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUIS FERNANDEZ

v.

CHIEF P. ROBERT PAQUETTE
DETECTIVE SERGEANT FISHER
DETECTIVE RAMOS
DETECTIVE JOHN MENULLO
DETECTIVE KRUPINSKY
DETECTIVE MARK TROHALIS
OFFICER KARL MURPHY
OFFICER SELNER
OFFICER RIOLO.

PRISONER
CASE NO. 3:02cv2090 (JBA)(JGM)

## J U D G M E N T

This cause came on for consideration on cross motions for summary judgment before the Honorable Janet Bond Arterton, United States District Judge.

The Court has considered the motions and all the related papers. On September 30, 2004, the Court filed its Ruling on Pending Motions granting defendants' motion and denying plaintiff's motion.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 4th day of October, 2004.

KEVIN F. ROWE, Clerk

By s/s Cynthia Earle

Cynthia Earle
Deputy Clerk

Entered on the Docket _____