UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez : FILED PRISONER
Pro se
  : Case 3:02CV2090
    (JBA)(JGM)
V. :
  2004 SEP 30 P 5:10
  U.S. DISTRICT COURT
  BRIDGEPORT, CONN.

  : Sept. 20, 2004

Chief Robert Paquette, et al

## MOTION FOR Freedom of Information

The plaintiff pro se holding to "less stringent standards than formal pleadings drafted by lawyers", citing Hughes v. Rowe, 449 U.S. 5, 101 S.ct. 173 (1980); 3 PLM 91 (April 1981), respectfully request pursuant to ACT 5 U.S.C. 552 and Privacy Act of 1974, 5 U.S.C. 552A and pursuant to the State Freedom of Information ACT C.G.S. 1-15 through 1-21 the following:

1. A copy of all the listed electronically filed orders by the defendants Attorneys', this Court and any others submitted regarding this case;

2. A copy of all the Motions submitted since the case on 2002 by the plaintiff and defendants Attorneys';

3. A copy of the Federal Rules of Civil procedures up-dated for the Connecticut District;

1 of 2

4. Any and other orders electronically filed and/or documents received by this Court.

Wherefore, if this Motion for Freedom of Information is denied either in whole of in part, please inform the plaintiff pro se as to the reason(s) why.

RESPECTFULLY SUBMITTED,

_____
Luis Fernandez Pro Se
M.C.I.
1153 East St. South,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the defendants Attorneys' on Sept. 20, 2004:

Attorney David W. Colwick,
Howd & Ludorf,
65 Wethersfield Ave.,
Hartford, CT 06114

_____
Luis Fernandez
Pro Se

C.C.

2 of 2