UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis FERNANDEZ           :         PRISONER
PRO SE                            FILED Case 3:02CV2090
                         :        2004 SEP 30 P 5:16 (JBA)(JGM)
V.                       :        U.S. DISTRICT COURT
                                  BRIDGEPORT, CONN
                         :        Sept. 20, 2004
CHIEF Robert Paquette, et al

## PLAINTIFF MOTION FOR EXCEPTION

Plaintiff Luis FERNANDEZ understands the standards for Pro Se Complaints are held to less stringent standards citing Hugh v. Poe, 453 F.2d 1471, viewed without regard for technicalities, see, Jones v. Rundle, 453 F.2d 147. The plaintiff files a Motion for Exception since plaintiff pleaded Pro se for the protection of his Civil Rights, this pleading must be viewed without regard for technicalities holding Pro Se less stringent standards than formal pleadings drafted by lawyers. Citing, HAINES v. KERNER, 92. And Hugh v. Rowe, 449 U.S. 5, 101 S.ct. 173 (1980).

RESPECTFULLY SUBMITTED,

Luis FERNANDEZ Pro se
M.C.I.  1153 East st. south,
Suffield, CT 06080

1 of 2

# CERTIFICATION

This is to Certify that a Copy of the foregoing has been sent, via U.S. Mail to the following defendants Attorneys this 20 day of Sept., 2004.

Attorney David W. Colwick,
Howed & Ludorf,
65 Wethersfield Ave.,
Hartford, CT 06114

_____
Luis Fernandez
Pro Se