# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Luis Fernandez
Pro Se

FILED
2004 OCT -6 P 4:
U.S. DISTRICT COURT

PRISONER
CASE 3:02CV2090
(JBA)(JGM)

V.

Chief Robert Paquette, et al

Sept. 23, 2004

## AFFIDAVIT OF LUIS FERNANDEZ IN SUPPORT OF MOTION FOR APPROVAL OF REAL ESTATE ATTACHMENT

I, Luis Fernandez, being duly sworn and deposed on oath to the best of knowledge hereby do attest to the truthfulness of the following:

1. My name is Luis Fernandez, I currently reside at MacDougall C.I. 1153 east st. south, Suffield, CT. I am representing myself as the plaintiff pro-se in this case.

2. On January 7, 2000, I was falsely and maliciously charged with Criminal drug activity by the Defendants. I never was on the warrants issued by a Judge in the Superior Court of Danbury, Connecticut.

3. The Superior Court of Danbury Connecticut nolled this charge. As a result of the case, I lost my liberty and was removed of my pants in public.

1 of 3

4. The Defendants in this case knew of or should have known of my Innocents because of NO warrants made for my Arrest NOR did I was in the U.S. during A surveillance which evidence is the records of Admition to the UNITED STATES, Attached And Marked As Exhibit "A" hereon.

5. My Arrest without A warrant or probable cause deprivations of liberty (others) Are of $120 Million dollars Approx. were also psychiatric Counseling do to stress Emotional And paranoia At the Dept. of Correctional WALKER in Suffield was I evaluate cause from the illegal Arrest ON January 7, 2000.

6. The defendant has NO insurance to the best of knowledge And As far As I know, their earnings, bank Assets, holding of property business, inheritances belongings to defendants are the only assets they own.

Signed to the best of Knowledge this 23 day of Sept., 2004.

LUIS FERNANDEZ
Pro se

## CERTIFICATION

I hereby Certify that a copy of the foregoing has been sent, via U.S. mail to the following defendants Attorneys this 23 day of sept. 2004.

Attorney David W. Colwick,
Howard B Ludorf,
65 Wethersfield, Ave.,
Hartford, CT 06114

Luis Fernandez
Pro Se

C.C.

3 of 3



McDonald

```
+++++ RECEIVED FROM NATIONAL LETS +++ 03/10/04 17:36 ++++++++ 0613
IAR.VTINS0924
15:37 03/10/2004 08023
15:37 03/10/2004 09080 CT0003401
*00PSC35073
TXT
***  LAW ENFORCEMENT SENSITIVE  ***

IAQ RECEIVED:03/10/04 05:01:11 PM

ORI/ CT0003401    ATN/TROHALIS,MARK              PHN/2037974683
NAM/ FERNANDEZ, LUIS
DOB/ 19760722    CUS/Y    OFF/2401    PUR/C    POB/DR    SEX/M
FBI/             ARN/            SOC/041800114
REM/ SUBJECT IS CURRENTLY INCARCERATED ON SERIOUS FELONY CHARGES,
     IF POSSIBLE WOULD LIKE ALL INFO ON SUBJECT

**** QUERY MESSAGE TEXT ENDS - L.E.S.C. RESPONSE BEGINS  ****
THIS IS NOT A GOVERNMENT DETAINER!  THIS INFORMATION IS FOR
LAW ENFORCEMENT USE AND IS BEING PROVIDED FOR INFORMATIONAL
PURPOSES ONLY. THIS RESPONSE IS NOT SUPPORTED BY FINGERPRINTS.

****  BASED ON THE INFORMATION PROVIDED  *****
THE FOLLOWING I.C.E. RECORD APPEARS TO RELATE:

NAM/ FERNANDEZ, LUIS
DOB/ 19760722
CITIZENSHIP/SPAIN    --> SPAIN
I94 ADMISSION #/58003984605
PASSPORT/ 007260
PORT OF ENTRY/NYC
CLASS OF ADMISSION/WT VW
DATE ADMITTED/ 19991110
ADMITTED UNTIL/20000209
DATE DEPARTED/ 19991107
ARN/ 101615688 ;101615124
FBI/ 755346MB7
SID/ CT00938943
LKA/ 104 CORONA QUEEN, NEW YORK CITY, NEW YORK


I.C.E. RECORDS INDICATE THAT THE SUBJECT WAS LEGALLY
ADMITTED TO THE UNITED STATES AS A NON-IMMIGRANT. IF
THIS PERSON HAS REMAINED LONGER IN THE UNITED STATES
WITHOUT I.C.E. PERMISSION, THIS PERSON MAY BE IN
VIOLATION
OF IMMIGRATION LAWS. IF DATE DEPARTED IS INDICATED, NO
COMPUTER RECORD OF A CURRENT RE-ENTRY WAS FOUND,
HOWEVER THIS DOES NOT PRECLUDE THE POSSIBILITY OF A
RECENT RE-ENTRY.

THIS PERSON MAY BE REMOVABLE IF CONVICTED OF CERTAIN
CRIMINAL OFFENSES.

************************************************************
                      IMPORTANT NOTICE
************************************************************
IT APPEARS THAT THIS PERSON HAS CONVICTIONS WHICH COULD BE
CLASSIFIED AS AGGRAVATED FELONIES. AS SUCH, THIS PERSON MAY
```

BE AMENABLE TO ARREST FOR IMMIGRATION VIOLATIONS.

```
***************************************************
REQUESTING ORI INFORMATION:

AGENCY/DANBURY PD DETECTIVE DIVISION
PHONE/ (203)797-4611

LESC QUERY ID:   01419546   ***   LIMITED OFFICIAL USE   ***

END OF RESPONSE . . . .
```