# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Luis Fernandez  :  FILED          PRISONER
Pro se                            Case 3:02CV2090
                 2004 OCT -6 P 4:29   (CJBA)(JGM)
V.               U.S. DISTRICT COURT

Chief Robert Paquett, et al        Sept. 23, 2004

## PLAINTIFF SUMMARY JUDGMENT FOR APPOINTMENT OF PRO BONO COUNSEL

Plaintiff Luis Fernandez pro se holding to "less stringent standards than formal pleading drafted by lawyers," Citing, Hughes V. Rowe, 449 U.S. 5, 101 S.Ct. 173 (1980), pursuant to 172 S.E. 2d 816, 817, Also Fed. R.Civ. Proc. 56, Respectfully moves this Court to grant him Summary Judgment for Appointment of Pro Bono Counsel were a question of law is involved. (see Plaintiff's brief, Affidavit and Exhibits in support).

RESPECTFULLY SUBMITTED,

_____
Luis Fernandez  Pro se
1153 east St South,
Suffield, CT 06080

1 of 2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorney on this 23 day of Sept., 2004.

Attorney David W. Colwick,
Howd & Ludorf,
65 Wethersfield Ave.,
Hartford, CT 06114

_____
Luis Fernandez
PRO SE

C.C.