UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez
Pro SE

V.

Chief Robert Paquette, et al

: FILED    PRISONER
2004 OCT -6 P 4: 29   Case 3:02CV2090
U.S. DISTRICT COURT    (JBA)(JGM)

Sept. 23, 2004

## PLAINTIFF'S AFFIDAVIT IN SUPPORT SUMMARY JUDGMENT FOR APPOINTMENT OF PRO BONO COUNSEL

Luis Fernandez, declares under penalty of perjury:

1. I am the plaintiff in the above-entitle case. I make this declaration in support for the plaintiff Summary Judgment for Appointment of Pro Bono Counsel, were a question of law is involved and where the Courts discretion entitles the plaintiff Granting Summary Judgment.

2. I am not able to afford Counsel and have established defendants actions under color of law to make Prima Facie under 28 U.S.C. § 1915. see, Attached and Marked as Exhibit "A" herein MOTION for Plaintiff Manual Filing Exhibits the Granting of Motion to Proceed In forma Paupers.

1 of 4

3. English is a second language for me were legal issues involved in this case are complex. See, Attached and Marked As Exhibit "B" herein MOTION FOR PLAINTIFF MANUAL FILING Exhibits in support Plaintiff Affidavit IN OPPOSITION to defendants Motion for SUMMARY Judgment.

4. I am not able to investigate while confined in Prison.

5. I am currently in custody of the State of Connecticut Dept. of Correction which states that "the D.O.C. is not obligated to provide inmates with access to Court by maintaining law libraries or legal forms in the various Correctional institutions nor D.O.C. serves as method of providing inmates access to Courts," From Deputy Commissioner BRIAN K. Morphy see, Attached and Marked As Exhibit "C" herein MOTION for Plaintiff MANUAL Filing Exhibits which obstructs my pro se statuts for filing challenges both direct and civil Rights actions see case log <u>ALLAH V. SEIVERLING</u>, 229 F.3d 220 (3rd Cir. 2000) Attached And Marked As Exhibit "D" herein MOTION for Plaintiff MANUAL Filing Exhibits.

6. My knowledge of the law is very limited were the need for expert witness(es) for the conflicting testimony requiring skill in presentation of evidence Already Marked As Exhibits in the Complaint 1 thru

17 and witness(es) will be in dispute of the facts in this case, see in support Attached and Marked as Exhibits "B" and "E" herein MOTION FOR Plaintiff Manual filing Exhibits.

7. I am suffering from depression and have been evaluated as suffering paranoid disorder, see Attached and Marked as Exhibit "F" herein MOTION FOR Plaintiff Manual filing Exhibits.

8. The district Court should consider the complexity of the case which is constitutional in nature.

9. I have demonstrated that am not able to obtain Counsel and Inmate legal Assistance Attorney Jenna M. Edmunson, cannot provide assistance since this case is relative to a Criminal Case. See Attached and Marked as Exhibit "G" herein MOTION FOR Plaintiff Manual filing Exhibits.

10. The ends of Justice would best be served in this case if an Attorney was appointed to represent the plaintiff.

11. Thus, NO material facts are in dispute as to my presentation of exceptional circumstances for the Court's consideration in appointment of Pro Bono Counsel.

Wherefore the Court should grant Summary Judgment for Appointment of Pro Bono Counsel.

RESPECTFULLY SUBMITTED,

Luis Fernandez   Pro se
1153 east St. South,
Suffield, CT 06080

I declare under the penalty of perjury that the foregoing is true and correct to the best of knowledge.

Signed this 23 day of Sept, 2004.

Luis Fernandez Pro se

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorneys this 23 day of Sept., 2004.

Attorney David W. Colwick,
Howd & Ludorf,
65 Wethersfield Ave.,
Hartford, CT 06114

Luis Fernandez
Pro Se