# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Luis Fernandez
Pro se

FILED
2004 OCT -6 P
U.S. DISTRICT COURT

PRISONER
Case 3:02CV2090
(CJBA)(JGM)

V.

CHIEF ROBERT PAQUETTE, et al.

SEPT. 23, 2004

## NOTICE TO DEFENDANTS AND/OR DEFENDANTS COUNSELS OPPOSING MOTION FOR SUMMARY JUDGMENT AS REQUIRED BY D. Conn L.R. 56 (B)

The purpose of this Notice, which is required by the Court, is to notify you that the plaintiff pro se have filed a Motion for Summary Judgment Asking the Court to Appoint Pro Bono Counsel in behalf of the plaintiff. The plaintiff pro se argues there are question of law involved were, the Court discretion can Appoint Pro Bono Counsel.

The Plaintiff pro se Motion holding to "less stringent standards than formal pleading drafted by lawyers", May Be Granted And Appointment of Counsel Pro Bono without further Notice If you Do not file papers As required by Rule 56 of the Fed. R. Civ. Procedure And Rule 56 of the Local Rules of Civil Procedure.

1 of 3

The papers you file must show that (1) you disagree with the plaintiff pro se version of facts; (2) you have evidence contradicting the plaintiff pro se version; and (3) the evidence you rely on would be sufficient to support a verdict in your favor, if believed. To make this showing, you must file one or more affidavits disputing the plaintiff pro se version of the facts. An affidavit is a sworn statement by a witness that the facts contained in the affidavit are true to the best of the witness's knowledge and belief. To be considered by the Court, an affidavit must be signed and sworn to in the presence of a notary public or other person authorized to administer oaths. In addition to affidavits, you may also file deposition transcripts, responses to discovery requests, and other evidence that supports your claims.

If you fail to submit evidence contradicting the plaintiff's pro se version of the facts, pro bono counsel may be appointed without further notice. It is therefore very important that you read the plaintiff's pro se motion, affidavits, brief and other evidentiary materials to see if you agree or disagree with the plaintiff's pro se version of the relevant facts. It is also very important that you review the Rule 56 of the local Rules of Civil Procedure carefully. If you fail to follow these instructions, the plaintiff's motion may

2 of 3

be granted.

You must file your opposition papers with the clerk of the court and mail a copy to the plaintiff's pro se within 21 days of the filing of the plaintiff's pro se motion with the Clerk of the Court. This 21-day period is extended an additional three days if any of the conditions of Rule 6(e) of the Fed. R. Civ. Pro. are met (for example, if you received the plaintiff's pro se motion by mail or overnight delivery service).

RESPECTFULLY SUBMITTED,

Luis Fernandez  Pro se
1153 East st South,
Suffield, CT 06080

### CERTIFICATION

I hereby certify that a copy of the foregoing has been sent, via mail to the following defendants attorneys' this 23 day of Sept. 2004.

Attorney David W. Colwick,
Howd & Ludorf,
65 Wethersfield Ave.,
Hartford, CT 06114

C.C.

Luis Fernandez
Pro se