UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.: 3:02CV2090 (JBA)(JGM) |
| v. | : | |
| | : | |
| CHIEF ROBERT PAQUETTE, ET AL | : | OCTOBER 7, 2004 |

**<u>OBJECTION TO PLAINTIFF'S MOTIONS FOR FREEDOM OF INFORMATION AND EXCEPTION</u>**

  The defendants hereby object to plaintiff's Motions for Freedom of Information and Exception (Documents 110 and 111) as moot, given that judgment has entered in favor of all defendants on October 4, 2004 (see Document 109).

ORAL ARGUMENT IS NOT REQUESTED

DEFENDANTS,
CHIEF ROBERT PAQUETTE,
DETECTIVE SGT. FISHER,
DETECTIVE RAMOS,
DETECTIVE JOHN MERULLO,
DETECTIVE JOHN KRUPINSKY,
DETECTIVE MARK TROHALIS,
OFFICER KARL MURPHY
OFFICER SELNER and
OFFICER RIOLO


By __/s/ Thomas R. Gerarde____
   Thomas R. Gerarde
   ct05640
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail:  tgerarde@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 7th day of October, 2004.

Mr. Luis Fernandez  
Inmate Number 279900  
MacDougall-Walker  
 Correctional Institution  
1153 East Street, South  
Suffield, CT 06080

    /s/ Thomas R. Gerarde  
Thomas R. Gerarde