**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

LUIS FERNANDEZ                           :        PRISONER
                                                      :        NO.:  3:02CV2090 (JBA)(JGM)
v.                                                   :
                                                      :
CHIEF ROBERT PAQUETTE, ET AL       :        OCTOBER 14, 2004


**OBJECTION TO PLAINTIFF'S MOTION FOR SANCTIONS AND MOTION FOR**
**SUMMARY JUDGMENT FOR APPOINTMENT OF COUNSEL**


The defendants hereby object to plaintiff's Motion for Sanctions dated September

27, 2004 and Motion for Summary Judgment for Appointment of Pro Bono Counsel

(Document No. 113) as moot, given that judgment has entered in favor of all defendants

on October 4, 2004 (see Document 109).


                                        THE DEFENDANTS,
                                        CHIEF ROBERT PAQUETTE,
                                        ET AL

                                        /s/ John J. Radshaw, III
                                        John J. Radshaw, III, ct19882
                                        HOWD & LUDORF
                                        65 Wethersfield Avenue
                                        Hartford, CT  06114
                                        (860) 249-1361
                                        (860) 249-7665 (Fax)


ORAL ARGUMENT IS NOT REQUESTED

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 14th day of October, 2004.

Mr. Luis Fernandez
Inmate Number 279900
MacDougall-Walker
  Correctional Institution
1153 East Street, South
Suffield, CT 06080

/s/ John J. Radshaw, III
John J. Radshaw, III