# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Luis Fernandez  
Pro Se  

V.

Chief Robert Paquette, et al

: FILED  
: 2004 OCT 13 P 5:10  
: U.S. DISTRICT COURT  
: BRIDGEPORT, CONN.  
:  
:  

PRISONER  
Case 3:02CV2090  
(CJBA)(JGM)  

Sept. 27, 2004

## MOTION FOR SANCTION

The plaintiff Luis Fernandez, pro se holding to "less stringent standards than formal pleadings drafted by lawyers," Citing, Hughes V. Rowe, 449 U.S. 5, 101 S.Ct. 173 (1980), Moves Pursuant to Rule 37(b) provides sanction against defendants Chief Robert Paquette, et al, for failing to comply with Rule 34 F.R.C.P. Obstructing the discovery of uncover facts, documents, and relevant information about plaintiff case for presentation to the Court violating plaintiff pro se fundamental Right and Constitution of the State of Conn. ART. 1 § 20. (see Accompany Brief in Support).

A. On about Nov. 19, 2003, the plaintiff pro se moved pursuant to Rule 34, F.R.C.P. REQUEST FOR PRODUCTION OF DOCUMENTS were defendants filed for ENLARGMENT OF TIME ON DEC. 4, 2003 to object or otherwise respond to plaintiff's Request for Production of Documents date Nov. 19, 2003, Attached and Marked as Exhibit "1" herein.

1 of 5

B. This Honorable Court had ordered thereon Dec. 1, 2003, denied as moot defendants MOTION FOR Extension of time to respond to discovery, see [doc. ## 38, 39], Attached and Marked as Exhibit "2" herein RULING ON PENDING MOTIONS filed Dec. 16, 2003.

C. The plaintiff without success attempted to persuade the defendants to turn over the requested materials without resorting to a Motion to Compel, but disobedience to comply with Request for Production per Rule 34, F.R.C.P. by defendants is obvious to obstruct Pro Se litigation.

D. The defendants disobedience and obstruction lead the plaintiff no other choice but to ask this honorable Court to Compel Production of Documents on January 27, 2004, Attached and Marked as Exhibit "3" herein Plaintiff MOTION TO Compel Production of Documents, Affidavit, Brief and Proof of Service.

E. On Feb. 10, 2004, in response to plaintiff MOTION to Compel Production of documents date 1/27/04, defendants filed an objection to Plaintiff's MOTION To Compel Production of Documents, see Attached and Marked as Exhibit "4" herein.

F. Furthermore, Allegedly defendants on January 22, 2004 filed Responses and objections to plaintiff's Request for Production date Nov. 19, 2003 were the only documents Attached - Warrant Affidavit and Application;

2 of 5

And Arraignment Report and Affidavit, see Attached and marked As Exhibit "5" herein Responses and Objections To Plaintiff's Request For Production Date Nov. 19, 2003.

G. The defendants then after 4 days Moved for Summary Judgment per Rule 56, Attaching or Manual Filing Exhibits documents <u>not</u> disclosed to the plaintiff pro se while within the possession, Custody or Control of the of the defendants which Are Material As preparation to the plaintiff Case As the following:

1. Evidence Table of Det. John Krupinsky,

2. Evidence Table of Det. John Menullo,

3. Incident Report of Mark Trohalis,

4. Plaintiff's Judgment file,

5. Plaintiff's Criminal Conviction History.

Which plaintiff's submitts defendants NOTICE OF MANUAL FILING dated January 26, 2004 As Exhibit "6" herein Attached and Marked in Support of Sanction per Rule 37(b).

H. Also, In defendants dated March 24, 2004 Request FOR PERMISSION TO FILE OVERLONG

BRIEF IN OPPOSITION TO THE PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT. Attached or submitted Exhibits documents not disclosed to the plaintiff pro se while within the possession, custody or control of the defendants which are material as preparation to the plaintiff case as following:

1. Luis Fernandez Immigration,

2. BRISTOUT BOUGGUIGNON Immigration.

Which plaintiff's presents herein Attached and Marked as Exhibit "7" in support of Sanction per Rule 37(b).

RESPECTFULLY Submitted,

_____
Luis Fernandez
Pro se
M.C.I.
1153 east st. south,
suffield, CT 06080

## CERTIFICATION

This is to Certify that a copy of the foregoing has been sent, via U.S. Mail to the following defendants Attorneys this 27 day of Sept. 2004.

Attorney David W. Colwick,
Howd & Ludorf,
65 Wethersfield Ave.,
Hartford, CT 06114

_____
Lois Fernandez
Pro Se