

"Ex. 1"

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS FERNANDEZ | : PRISONER |
| | : NO.: 3:02CV2090 (JBA)(JGM) |
| v. | : |
| | : |
| CHIEF ROBERT PAQUETTE, ET AL | : DECEMBER 4, 2003 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 9(b), the defendants, Chief Robert Paquette, Detective Sgt. Fisher, Detective Ramos, Detective John Merullo, Detective John Krupinsky, Detective Mark Trohalis, Officer Karl Murphy, Officer Selner and Officer Riolo, hereby move the Court for an enlargement of time of thirty-eight (38) days, up to and including January 26, 2004, in which to answer, object or otherwise respond to plaintiff's Request for Production of Documents dated November 19, 2003, which was postmarked on November 26, 2003, and received by the defendants on December 1, 2003. The requested additional time takes into account the discrepancy in time between the date of certification, the mailing postmark and the date of receipt, and will be necessary to coordinate the information required to prepare an appropriate response.

It is the business custom of Howd & Ludorf to date-stamp all incoming mail. Counsel for the defendants did not receive Plaintiff's Request for Production of Documents until December 1, 2003. Attached is a copy of the date-stamped Request for Production of Documents which is dated November 19, 2003 but certified by the

ORAL ARGUMENT IS NOT REQUESTED

plaintiff that he mailed his document on November 17, 2003. Also attached is a copy of the envelope postmarked on November 26, 2003. The defendants are concerned with the discrepancy between the date that the plaintiff certified his pleading and the date upon which the pleading was received. The defendants understand there may be administrative difficulties with the mail system at the plaintiff's prison, and that such administrative difficulties may cause a delay in the receipt of mail. However, a fourteen-day interval is a sizeable delay and compromises the defendants' ability to respond to the request in a timely manner.

The plaintiff in this matter is representing himself in a pro se capacity and is presently serving a twenty-eight (28) year sentence at the Connecticut Correctional Institution in Cheshire. Communication with the pro se plaintiff may only be made through his prison counselor. The prison counselor may only be reached through a phone number. The prisoner/plaintiff is therefore not easily accessible by telephone. The defendants contacted Mr. Fernandez by telephone on December 4, 2003, and Mr. Fernandez has no objection to the present motion. The defendants have not sought any prior enlargements of time to respond to this discovery request.

WHEREFORE, the defendants request that their Motion for Enlargement of Time, up to and including January 26, 2004, be granted.

>DEFENDANTS,
>CHIEF ROBERT PAQUETTE,
>DETECTIVE SGT. FISHER,
>DETECTIVE RAMOS,
>DETECTIVE JOHN MERULLO,
>DETECTIVE JOHN KRUPINSKY,
>DETECTIVE MARK TROHALIS,
>OFFICER KARL MURPHY
>OFFICER SELNER and
>OFFICER RIOLO
>
>By _____
>Eric D. Eddy
>ct25242
>Howd & Ludorf
>65 Wethersfield Avenue
>Hartford, CT 06114
>(860) 249-1361
>(860) 249-7665 (Fax)
>E-Mail: eeddy@hl-law.com

3

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 4th day of December, 2003.

Luis Fernandez
Inmate Number 279900
Connecticut Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

_____
Eric D. Eddy

RECEIVED
DEC 0 1 2003
BY: EDE

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| VS | : | NO:3:02CV2090(JBA)(JGM) |
| CHIEF ROBERT PAQUETTE, ET AL | : | NOVBEMBER 19,2003 |
| | : | |

## REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff, pursuant to Rule 34, F.R.C.P., requests that the defendants respond within 30 days by either allowing plaintiff to inspect and copy or by providing plaintiff with a copy of the following documents.[attach page if necessary to a request].

1. Any and all complaints or misconduct reports received by the defendants or their agents within the past 2 years from January,2000 concerning illegal arrest, abuse of authority, excessive force, and other against any citizen of the U.S. or other person within the Danbury city, Connecticut.

   ANSWER:

2. Any and all policies concerning illegal arrests abuse of authority, excessive force while or off-duty which a police officer, Detective has to refrain from.

   ANSWER:

-1-

3. Any and all court decisions or consent decree against defendants or their agents concerni illegal arrests, abuse of authority, excessive force against any citizen of the U.S. or other person within the Danbury city, Connecticut.

ANSWER:

4. Any and all warrant(s) dated 1/6/00 or copies of same, relating to case docket No.CR00-0108162-s, Incident Report#00-297.

ANSWER:

5. A copy of any records of Police Officers relating to warrant(s) dated 1/6/00, case docke NO.CR00-0108162-S, Incident report#00-297.

ANSWER:

6. Any and all policies, concerning access to or possession of confiscating property relati to U.S. citizen or other person within the Danbury city arrest(s) or illegal arrest(s0.

ANSWER:

7. Any and all books, tangible objects, papers, photographs, or documents within the possession, custody or control of any of the defendants which is material as preparation to the plaintiff or which were obtain from, or purportedly belong to the plaintiff on 1/7/00 arrest the date for warrant(s) dated 1/6/00 was executed.

ANSWER:

8. Any and all written, recorded, or oral statements made by the plaintiff, or a co-defendant, before or after warrant(s) dated 1/6/00 execution arrest on 1/7/00 to any of the defendants under the direction of, or cooperation with the defendants concerning this case.

ANSWER:

9. Copy's of the plaintiff prior criminal record before case docket No.CR00-0108162-S, if any which are within the possession, custody, or control of the defendants, the existence of which is known, or by exercise of due diligence may become known, to the defendants.

ANSWER:

10. Any and all statute, rule or case law the defendants relied upon in believing the warrant dated 1/6/00 executed on 1/7/00 which was use to arrest the plaintiff considered to be lawful.

ANSWER:

THE PLAINTIFF

_____
LUIS FERNANDEZ
ID 279900
CHESHIRE C.I.,
900 highland ave.,
CHESHIRE, CT 06410

CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. mail in a legal envelope to the following defendants Attorney this 17 day of November, 2003.

ERIC D. EDDY
HOWD & LUDORF,
65 wethersfiled ave.,
Hartford, CT. 06114

_____
LUIS FERNADNDEZ
THE PLAINTIFF

-4-

Inmate Name FERNANDEZ
Inmate Number 239800
Cheshire Correctional Institution
900 Highland Ave.
Cheshire, CT 06410 SB148

LEGAL MAIL
**APPROVED**

This correspondence originated
from an inmate at a
Connecticut correctional facility

ERIC D EDDY,
HOWD & LUDORF,
65 Wethersfield Ave.,
Hartford, CT 06114

061147-1102