Case 3:02-cv-02090-JBA    Document 116-6    Filed 10/13/2004    Page 1 of 4

"Ex 6"

Case 3:02-cv-02090-JBA    Document 116-6    Filed 10/13/2004    Page 1 of 4

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.: 3:02CV2090 (JBA)(JGM) |
| v. | : | |
| | : | |
| CHIEF ROBERT PAQUETTE, ET AL | : | JANUARY 26, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the defendants have manually filed the following exhibits to the defendants' Local Rule 56(a)1 Statement and Motion for Summary Judgment dated January 26, 2004:

1. **EXHIBIT A** – Search and Seizure Warrant;

2. Affidavit of Chief of Police Robert Paquette;

3. **EXHIBIT B** – Arraignment Report and Affidavit;

4. **EXHIBIT C** – Evidence Table and Affidavit of Detective John Krupinsky;

5. **EXHIBIT D** – Affidavit of Detective Mark Trohalis;

6. **EXHIBIT E** – Affidavit of John Merullo;

7. **EXHIBIT F** – Evidence Table and Affidavit of John Merullo;

8. **EXHIBIT G** – Defendants' January 22, 2004 Responses to Plaintiff's Fourth Request for Admissions Dated December 31, 2004;

9. **EXHIBIT H** – Incident Report and Affidavit of Mark Trohalis;

10. **EXHIBIT I** – Plaintiff's Judgment File;

11.  **EXHIBIT J** – Plaintiff's Criminal Conviction History;

12.  Plaintiff's Complaint;

13.  Case Law.

These exhibits have not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes.

                              DEFENDANTS,
                              CHIEF ROBERT PAQUETTE,
                              DETECTIVE SGT. FISHER,
                              DETECTIVE RAMOS,
                              DETECTIVE JOHN MERULLO,
                              DETECTIVE JOHN KRUPINSKY,
                              DETECTIVE MARK TROHALIS,
                              OFFICER KARL MURPHY
                              OFFICER SELNER and
                              OFFICER RIOLO

By _____
Thomas R. Gerarde
ct05640
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail:  tgerarde@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 26th day of January, 2004.

Luis Fernandez
Inmate Number 279900
Connecticut Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

_____
Thomas R. Gerarde

3