Ex. 7