UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez
Pro se

FILED
2004 OCT 13 P 4:42
U.S. DISTRICT COURT
HARTFORD, CONN.

PRISONER
Case 3:02CV2090
(CJBA) (JGM)

V.

Oct. 8, 2004

Chief Robert Paquette, et al

## MOTION FOR PROOF OF SERVICE

Luis Fernandez, Pro se Citing KERR V. CHARLES F. VATTEROTT & Co., 184 F.3d 938 (1999), states under the penalty of perjury to the best of knowledge that he mailed a copy of the Motions For Freedom of Information date Sept. 20, 2004 and For Exception date Sept. 20, 2004, to defendants' counsel David W. Colwick, Howed & Ludorf, 65 Wethersfield Ave., Hartford, CT. 06114, by placing them in an envelope and placed them in the Main Hall prison's "legal Mail Box" at the Macdougal Correctional Ins., Suffield, Conn., on Sept. 20, 2004.

RESPECTFULLY SUBMITTED,

_____
Luis Fernandez
Pro Se

1 of 2

The Plaintiff pro se, having been duly sworn, states that the PROOF OF SERVICE INFORMATION is true to the best of his Knowledge.

_W. Renee H_____
NOTARY PUBLIC

W. RENEE HASKINS
NOTARY PUBLIC
MY COMMISSION EXPIRES 12/31/2005

10-8-04
DATE NOTARY

_____
Plaintiff Pro se
Luis FERNANDEZ
ID 279900
M.W.C.I
1153 east st. South,
Suffield, CT 06080

Oct. 8, 2004
Date

## CERTIFICATION

I hereby Certify that the foregoing has been sent via U.S. Mail to the following defendants Attorney's this day of

Att. David W. Colwick
Howard B Ludorf,
65 Wethersfield Ave,
Hartford, CT 06114

_Luis Fernandez_
Pro se

2 of 2