UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez                :   FILED    PRISONER
Pro Se                                        Case 3:02 CV 2090
                                   2004 OCT 14 P 4:39 (JBA)(JGM)
                                   U.S. DISTRICT COURT
V.                                 
                              :    OCT. 12, 2004

Chief Robert Paquette, et al

## MOTION FOR PROOF OF SERVICE

Luis Fernandez, pro se holding to "less stringent standards than formal pleading drafted by lawyers", citing Hughes V. Rowe, 449 U.S. 5, 101 S.ct 173 (1980), submitts this Proof of Service and citing, Kerr V. Charles F. Vatterott & Co., 184 F.3d 938 (1999), stating to the best of knowledge under the penalty of perjury that he mailed a copy of the MOTIONS FOR APPROVAL OF REAL ESTATE ATTACHMENT date Sept. 23, 2004 and NOTICE, Plaintiff SUMMARY Judgment for APPOINTMENT OF PRO BONO Counsel, Brief, Affidavit and Exhibits, date Sept. 23, 2004, to defendants' Counsel DAVID W. Colwick, Howed & Ludorf, 65 Wethersfield Ave., Hartford, CT 06114, by placing them in an envelope and placed them in the Main hall Prison's "legal MAIL BOX", at the MACDOUGAL Correctional Ins., Suffield, Conn. on Sept. 23, 2004; and mailed a copy of the MOTIONS FOR SANCTION date Sept. 27, 2004

1 of 3

AND PLAINTIFF'S MOTION FOR CLERICAL ERRORS, IN JUDGMENTS, ORDERS OR OTHER PART OF THE RECORD) date Sept. 27, 2004, to defendants Counsel DAVID W. Colwick, Howed & Ludorf, 65 Wethersfield Ave., Hartford, CT 06114, by placing them in an envelope and placed them in the MAIN hall Prison's "legal MAIL BOX" at the MACDOUGALL Correctional INS., Suffield, CT on Sept. 27, 2004.

The plaintiff Luis Fernandez pro se having been duly sworn, states that the Proof of Service INFORMATION is true to the best of his knowledge.

RESPECTFULLY SUBMITTED

_Luis Fernandez_ pro se
M.C.I.
1153 east St. South,
Suffield, CT 06080

Oct 12, 2004
DATE

_[signature]_
NOTARY PUBLIC

10-12-04
DATE NOTARY

W. RENEE HASKINS
NOTARY PUBLIC
MY COMMISSION EXPIRES 12/31/2005

2 of 3

## CERTIFICATION

I hereby Certify that the foregoing has been sent via U.S. Mail to the following defendants Attorneys on this 12 day of Oct. 2004.

Attorney DAVID W. Colwick,
Howed & Ludorf,
65 Wethersfield Ave.,
Hartford, CT 06114

Luis Fernandez
Pro Se