UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT FILED

Oct 18   3 50 PM '04

U.S DISTRICT COURT
NEW HAVEN. CONN.

LUIS FERNANDEZ

V.

ROBERT PACQUETTE, ET AL.

PRISONER
CASE NO. 3:02CV2090 (JBA)(JGM)

RULING ON PENDING MOTIONS

Presently before the Court are the plaintiff's motions for approval of real estate

attachment and for appointment of counsel.   On September 30, 2004, the court granted

the defendants' motion for summary judgment and denied plaintiff's motion for summary

judgment.   On October 4, 2004, the Clerk entered judgment in the case for the

defendants.   Accordingly, the plaintiff's Motions [**docs. ## 112, 113**] are **DENIED** as moot.

SO ORDERED at New Haven, Connecticut, this 18th day of October, 2004.

Joan G. Margolis
United States Magistrate Judge