UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez
Pro-SE

FILED
2004 OCT 26 P 3:58
U.S. DISTRICT COURT

PRISONER
Case 3:02CV2090
(CJBA)(JGM)

V.

Chief Robert Paquette, et al

OCT. 13, 2004

## MOTION FOR DISQUALIFICATION OF U.S.D. J. JANET BOND ARTERTON.

Comes now Plaintiff Luis Fernandez pro se holding to "less stringent standards than formal pleading drafted by lawyers," Citing Hughes v. Rowe, 449 U.S. 5, 101 S.Ct. 173 (1980), requests that this matter not be assigned to the U.S.D.J. Janet Bond ARTERTON. In support of this request, plaintiff states as follows:

1. On Oct. 31, 2002 at New Haven, Connecticut United States District Judge Janet Bond ARTERTON in Luis Fernandez v. Jane Alexander, et al case No. 3:01CV1807 (CJBA) construed plaintiff's motion as a claim pursuant to Rule 60(b)(6). Judge Janet Bond ARTERTON decided over the plaintiff's motion [doc.#6], denied without prejudice. In doing so, the Judge manifest abuse of discretion even after identifying the

1 of 3

defects in plaintiff Complaint in its Oct., 2001 Ruling and a Claim pursuant to Rule 60(b)(6) so ordered.

2. Also, Judge Janet Bond ARTERTON, Judgments and Ruling would be impartial or retaliatory towards the plaintiff in this Case while aware of a Claim pursuant to Rule 60(b)(6) Against the decision in Case docket 3:01CV1807 (JBA) [doc. #6].

3. The relevant inquiry is not whether Judge Janet Bond ARTERTON is, in fact impartial. Instead, it is whether a reasonable person evaluating the circumstances presented here might question His Honor's impartiality.

4. Biased in fact, the filing of a facially sufficient Motion or Affidavit requires that the Judge recuse him/her-self, without inquiry into the truth of the Matter of fact averred. <u>Johnson</u> v. <u>Mississippi</u>, 403 U.S. 212 (1971); And <u>WARD</u> v. <u>Village of Monroeville</u>, 409 U.S. 57 (1972).

Wherefore, Plaintiff Luis Fernandez, Pro se submits that regardless of Any biases or predispositions that Judge Janet Bond ARTERTON may harbor, this history reasonably calls His Honor's impartiality into question and merits Assignment to Another

2 of 3

Judge of this Court or Another Court with Jurisdiction.

RESPECTFULLY SUBMITTED,

_____
Luis Fernandez Pro Se
M. C. I.
1153 east st. south,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the defendants Attorneys on this 13 day of Oct. 2004.


Attorney DAVID W. Colwick,
Howd & Ludorf,
65 Wethersfield Ave.,
Hartford, CT 06114

_____
Luis Fernandez
Pro Se