FORM 2

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Luis Fernandez, Pro se

FILED
2004 OCT 27 P 5: 13
U.S. DISTRICT COURT

v.

Chief P. Robert Paquette, et al.

CIVIL CASE NO. 3:02CV2090 (JBA)(JGM)

## MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), __Luis Fernandez__ (appealing party) respectfully requests leave to file the within notice of appeal out of time. __Luis Fernandez__ (appealing party) desires to appeal the judgment in this action entered on __10/6/04__, but failed to file a notice of appeal within the required number of days because:

EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER OF DAYS.

The Excusable Neglect or Good Cause is do to the pending Motions before the Court, Motions for Freedom of Information #110, #111, Sanctions, #113 and Motions for clerical errors dates OCT.13,2004 And Sept. 27,2004 And Disqualification of U.S.D.J. date OCT.13,2004, pending. As excusable Neglect or Good cause for An extension of 30 days. To file Notice of Appeal.

Signature: Luis Fernandez

Print Name: Luis Fernandez

Address: M.C.I, 1153 east St. South, Suffield, CT. 06080

Date: OCT.13,2004

Telephone Number: NONE

Note: You may file this form, together with a copy of Form 1 (Notice of Appeal) if you are seeking to appeal a judgment and did not file a copy of Form 1 (Notice of Appeal) within the required time. These forms must be received in the Office of the Clerk of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.