UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez
Pro-se

FILED
2004 OCT 27 P [?]
U.S. DISTRICT COURT
BRIDGEPORT, CONN

PRISONER
CASE 3:02CV2090
(JBA)(JGM)

V.

Chief Robert Paquette, et al

Oct. 14, 2004

## MOTION TO STAY

Now Comes, the plaintiff pro se holding to "less stringent standards than formal pleading drafted by lawyers." Citing Hughes v. Rowe, 449 U.S. 5, 101 S. Ct. 173 (1980), Moves for a stay pending Appeal pursuant Rule 62, F.R.C.P.; Rule 8, F.R.A.P.

The plaintiff pro se is appealing the Judgment entered in favor of the defendants on Oct. 4, 2004 [doc. #109] and wants a stay of the Judgment until this Court enters an order denying or granting the Motions for Freedom of Information date Sept. 20, 2004, MOTION FOR EXCEPTION date Sept. 20, 2004, MOTION FOR APPROVAL OF REAL ESTATE ATTACHMENT Sept. 23, 2004, PLAINTIFF SUMMARY JUDGMENT FOR APPOINTMENT OF PRO BONO COUNSEL date Sept. 23, 2004 (brief Affidavit and Exhibits), PLAINTIFF'S MOTION FOR CLERICAL ERROR'S IN JUDGMENTS, ORDERS OR OTHER PARTS OF THE RECORD date Sept. 27, 2004

(brief, Affidavit and Exhibits), MOTIONS FOR SANCTION date Sept. 27, 2004 filed before the entry of the Judgment in favor of the defendants on Oct. 4, 2004. [doc #109] and MOTIONS FOR CLERICAL ERRORS IN JUDGMENTS, ORDERS OR OTHER PARTS OF THE RECORD date Oct. 13, 2004 (brief, Affidavit and Exhibits), MOTION FOR DISQUALIFICATION OF U.S.D. J. JANET BOND ARTERTON date Oct. 13, 2004, which the plaintiff pro se filed within the ten days After entry of Judgment entered on the Docket (10/6/04), the Court has the discretion to continue to stay enforcement of the Judgment until the Motion before it are decided pursuant under Rule 62(b), F.R.C.P. see Also Ohio-Sealy Mattress MFG. Co. v. SEALY, INC, 585 F.2d 821 (7th Cir. 1978).

Do note, the plaintiff pro se had previously been granted leave to Proceed as an indigent see [doc# 1-1] date 1/7/03 entered, where is not be required to file a bond as part of the STAY.

Conclusion:

Under pursuant Rule 4(A)(4), F.R.A.P., the time period for the plaintiff pro se filing the NOTICE of Appeal will be tolled (suspended) until the Court enters an orders granting or denying any of the MOTIONS filed, while the

plaintiff pro se stay pending appeal under pursuant Rule 4(A)(4), F.R.A.P.

RESPECTFULLY SUBMITTED,

_____
Luis Fernandez Pro Se
M.C.I.
1153 east St. South,
Suffield, CT 06080

C.C.

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the defendants Attorneys on this 14 day of OCT, 2004.

ATTORNEY DAVID W. Colwick,
Howd & Ludorf,
65 wethersfield Ave.,
Hartford, CT 06114

_____
Luis Fernandez
# 279900
Pro se