UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez
Pro se

FILED
2004 OCT 28 A 8:35
US DISTRICT COURT

PRISONER
Case 3:02CV2090
(JBA) (JGM)

V.

Chief Robert Paquette, et al

OCT. 13, 2004

## BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR CLERICAL ERROR'S IN JUDGMENTS ORDERS, OR OTHER PARTS OF THE RECORD

Now comes the plaintiff pro se holding to "less stringent standards than formal pleading drafted by lawyers," citing Hughes v. Rowe, 449 U.S. 5, 101 S.Ct. 173 (1980) moves pursuant Rule 60, F.R.C.P. which a party may be relieved from Judgment as in this case entered on docket 10/6/04 [doc #109] ordered and Adjudged before U.S.D.J. Janet Bond Arterton which Attached the plaintiff submits AFFIDAVIT OF VERIFICATION IN SUPPORT OF MOTION FOR CLERICAL ERRORS IN Judgments, orders, or other Parts of the Record. with Exhibits "A" thrues "H", Rule 60, F.R.C.P. permits a Judgment or order to be corrected or vacated under certain circumstances citing IN RE MENRY Queen Transfer Corp, 266 F.Supp. 605, 607 (S.D.N.Y. 1967); Bershad v. McDonough, 469 F.2d 1333 (7th Cir. 1972).

1 of 5

SUPPORTING FACTS:

1) This Court is aware of plaintiff pro se pleading that must be viewed without regard for technicalities holding to less stringent standards than formal pleadings drafted by lawyers, citing Hugh v. Poe, 453 F.2d 1471, Jones v. Rundle, 453 F.2d 147, Haines v. Kerner, 92 and Hugh v. Rowe, 449 U.S. 5, 101 S.Ct. 173 (1980) (see, Plaintiff Affidavit in support, para. 1.).

2) The Court has the inherent equitable power to make additional orders where a judgment has not achieved its purpose, citing United States v. United Shoe Machinery Corp., 391 U.S. 244, 248-49, 88 S.Ct. 1496 (1968); King-Seeley Thermos Co. v. Aladdin Industries, Inc., 418 F.2d 31, 35 (2d Cir. 1971) (see, plaintiff Affidavit in support para. 1 thru 32 with Ex. "A" thru "H"), where the plaintiff pro se has proved by preponderance of the evidence showing Exhibits and Affidavit, witness that material factual issues are more likely true than not which should have been left for the jury to decide.

3) The Court held the plaintiff to unusually difficult standards in establishing factual disputes in view of plaintiff Affidavit, complaint with Exhibits, witness statement, Cross-Summary Judgment with

2 of 5

Exhibits, Reply to Defendants Objection to Plaintiff Cross-Summary with Exhibits, Plaintiff Luis Fernandez IMMIGRATION ADMITTION Conceded by defendants and defendants Affidavits which should have been left for the jury to deceed. Citing Wilson v. Williams, 997 F.2d 348, 350-51 (7th Cir. 1993) (see Plaintiff Affidavit in support para 4, threw 32 and Exhibits "C" threw "H").

4) The district court granted Summary Judgment in favor of defendants without looking closely enough at the record to see that there were genuine material factual disputes Citing Phelps v. Dunn, 965 F.2d 93, 99-100 (6th Cir. 1992); Madewell v. Roberts 909 F.2d 1203, 1206-07 (8th Cir. 1990); (see, Plaintiff Affidavit in support para 2 threw 32 and Exhibits "A" threw "H").

ARGUMENT

Therefore, the plaintiff can prove set of facts in support of his inartfully drawn Complaint; Cross-Summary Judgment with Brief and Exhibits; OVERLONG BRIEF Reply to Defendants Objection/Opposition to Plaintiff Cross-Summary Judgment Attached with Exhibits and Affidavit which would entitle him to relief if the Court would have not failed to look closely enough at the record and held the plaintiff Pro se to unusually difficult standards were there

Are genuine material factual disputes to be tried where the doc.#109 Judgment on orders should be corrected or vacated under the circumstances presented in Affidavit IN support OF MOTION FOR CLERICAL ERRORS IN JUDGMENTS ORDERS, OR OTHER PARTS OF the Record Attached with Exhibits "A" threw "H".

## CONCLUSION

For these foregoing circumstances, the plaintiff pro se respectfully request pursuant Rule 60, F.R.C.P. Citing, IN RE MERRY QUEEN TRANSFER CORP., 266 F.Supp. 605, 607 (1967); KENNIAR CORP. V. CRAWFORD DOOR SALES Co, 49 F.R.D.3 (D.S.C 1970); MARSHALL V. MONROE & SONS, INC., 615 F.2d 1156 (6th Cir. 1980); SYSTEM Federation V. WRIGHT, 364 U.S. 642, 647-48, 81 S.Ct. 368 (1966); that this MOTION FOR CLERICAL ERRORS IN Judgments, ORDERS or other Part of the RECORD Be Granted.

NO SIMILAR MOTION has been filed.

RESPECTFULLY SUB.

Luis Fernandez pro se
M.C.I.
1153 east st. south,
suffield, CT 06080

4 of 5

## CERTIFICATION

I hereby Certify that a Copy of the foregoing was mailed to the defendants Attorneys on this 13 day of OCT. 2004.

ATT. DAVID W. Colwick,
Howd & Ludorf,
65 Whethensfield Ave.,
Hartford, CT 06114

Luis FERNANDEZ
PRO SE