



# United States District Court

——— DISTRICT OF ———

Luis Fernandez
**Plaintiff**

v.

Ch.ef P. Robert Paquette
**Defendant**

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

Nov 25  3 40 PM '02

**PRISONER**

CASE NUMBER: 3.02CV2090(JBA)

I, Luis Fernandez _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant       ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No" go to Part 2)

If "Yes" state the place of your incarceration _Cheshire Correctional Ins_

Are you employed at the institution? _NO_    Do you receive any payment from the institution? _NO_

Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

_ _currently employed?    ☐ Yes    ☑ No

_ _ answer is "Yes" state the amount of your take-home salary or wages and pay period and give the _ _e and address of your employer.

_ _ answer is "No" state the date of your last employment, the amount of your take-home salary or _ _s and pay period and the name and address of your last employer. _the pay was_ _every two weeks... Bridgeport C.I, 1156 North Ave_ _ _t, CT. 06604_

_ _st 12 twelve months have your received any money from any of the following sources?

| Source | Yes | No |
|---|---|---|
| _ _ness, profession or other self-employment | ☐ Yes | ☑ No |
| _ payments, interest or dividends | ☐ Yes | ☑ No |
| _ _sions, annuities or life insurance payments | ☐ Yes | ☑ No |
| _ bility or workers compensation payments | ☐ Yes | ☑ No |
| _ _ or inheritances | ☐ Yes | ☑ No |
| _ other sources | ☐ Yes | ☑ No |

_ _wer to any of the above is "Yes" describe each source of money and state the amount received and _ _ what you expect you will continue to receive.

Motion GRANTED. It is So Ordered.



| 4/15/03 | 6 | NOTICE re: Motion for Appointment of Counsel by Luis Fernandez (mic) [Entry date 04/16/03] |
| 4/15/03 | 7 | Order directing the plaintiff to complete and return within 20 days of the date of this order USM-285 forms for all defendants in their official and individual capacity. Plaintiff is directed to complete the enclosed summons and 1 Marshal form for the defendants using the address of the Hartford City Clerks Office. Upon receipt of the USM-285 forms the Clerk is directed to forward the appropriate papers to the US Marshal to serve the complaint on the defendants ( signed by Mag. Judge Holly B. Fitzsimmons ) (rjj) [Entry date 04/17/03] [Edit date 04/17/03] |
| 4/15/03 | -- | CASE referred to Mag. Judge Joan G. Margolis (rjj) [Entry date 04/17/03] |
| 5/5/03 | 8 | MOTION by Luis Fernandez to Extend Time to for 60 days for service (mic) [Entry date 05/07/03] |
| 5/9/03 | 9 | MOTION by Luis Fernandez to Extend Time for Service for 60 days (mic) [Entry date 05/09/03] |
| 5/21/03 | 10 | MOTION by Luis Fernandez for Appointment of Counsel (rjj) [Entry date 05/22/03] |
| 5/21/03 | 11 | AFFIDAVIT by Luis Fernandez Re [10-1] motion for Appointment of Counsel (rjj) [Entry date 05/22/03] |
| 5/21/03 | 12 | MEMORANDUM by Luis Fernandez in support of [10-1] motion for Appointment of Counsel (rjj) [Entry date 05/22/03] |
| 6/2/03 | 13 | RULING granting [8-1] motion to Extend Time to for 60 days for service, granting [9-1] motion to Extend Time for Service for 60 days. Plaintiff shall submit forms on or before 6/20/03. Denying [5-1] motion for Appointment of Counsel, denying [10-1] motion for Appointment of Counsel ( signed by Mag. Judge Holly B. Fitzsimmons ) 2 Page(s) (rjj) [Entry date 06/03/03] |
| 6/9/03 | -- | NOTICE of Lawsuit and Request for Waiver of Service for Summons issued and handed US Marshal for service in accordance with [7-1] order Return of Service due 8/18/03 (rjj) [Entry date 06/09/03] |
| 6/9/03 | -- | SUMMONS(ES) issued for Ramos, Krupinsky, Mark Trohalis, Karl Murphy, Selner, Riolo, Robert Paquette, John Menullo in their official capacity (rjj) [Entry date 06/09/03] |
| 6/12/03 | 14 | RENEWED MOTION by Luis Fernandez for Appointment of Counsel (mic) [Entry date 06/13/03] |
| 6/27/03 | 15 | RULING denying [14-1] motion for Appointment of Counsel ( signed by Mag. Judge Joan G. Margolis ) 2 Page(s) (rjj) [Entry date 07/01/03] |
| 7/3/03 | 16 | APPEARANCE of Attorney for Fisher, Ramos, Krupinsky, Mark Trohalis, Karl Murphy, Selner, Riolo, Robert Paquette, John |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez            :          PRISONER
Pro se                              Case 3:02 CV 2090
                          :            (JBA) (JGM)

V.
                                      Oct. 8, 2004

Chief Robert Paquette, et al

## MOTION FOR PROOF OF SERVICE

Luis Fernandez, Pro se Citing KERR V.
CHARLES F. VATTEROTT & Co., 184 F.3d 938
(1999), states under the penalty of perjury to
the best of knowledge that he mailed a copy of
the MOTIONS FOR Freedom of Information date
Sept. 20, 2004 and FOR EXCEPTION date Sept. 20,
2004, to defendants' Counsel DAVID W. Colwick
Howed & Ludorf, 65 Wethersfield Ave., Hartford,
CT. 06114., by placing them in an envelope and
placed them in the main hall prison's "legal
mail box" at the Macdougal Connectional Ins.,
Suffield, Conn., ON Sept. 20, 2004.

RESPECTFULLY SUBMITTED,

Luis Fernandez
Pro se

1 of 2

The Plaintiff pro se, having been duly sworn, states that the PROOF OF SERVICE INFORMATION is true to the best of his knowledge.

W. Renee H
NOTARY PUBLIC

**W. RENEE HASKINS**
**NOTARY PUBLIC**
**MY COMMISSION EXPIRES 12/31/2005**

10-8-04
DATE NOTARY

Plaintiff Prose
Luis Fernandez
ID 279900
M.W.C.I
1153 east st. South,
Suffield, CT 06080

Oct 8, 2004
Date

## CERTIFICATION

I hereby certify that the foregoing has been sent via U.S. mail to the following defendants Attorneys this    day of

Att. David W. Colwick
Howard & Ludorf,
65 Wethersfield Ave.,
Hartford, CT 06114

Luis Fernandez
Pro se

2 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez          :          PRISONER
Pro se                             Case 3:02CV 2090
                         :          (JBA) (JGM)
V.                       :          OCT. 12, 2004
Chief Robert Paquette, et al

## MOTION FOR PROOF OF SERVICE

Luis Fernandez, pro se holding to "less stringent standards than formal pleading drafted by lawyers", citing Hughes v. Rowe, 449 U.S. 5, 101 S.ct 173 (1980), submitts this Proof of Service and citing, Kerr v. Charles F. Vatterott & Co., 184 F.3d 938 (1999), stating to the best of knowledge under the penalty of perjury that he mailed a copy of the Motions for Approval of Real Estate Attachment date Sept. 23, 2004 and Notice Plaintiff Summary Judgment for Appointment of Pro Bono Counsel, Brief, Affidavit and Exhibits date Sept. 23, 2004, to defendants' Counsel David W. Colwick, Howard B Ludorf, 65 Wethersfield Ave., Hartford, CT 06114, by placing them in an envelope and placed them in the Main hall Prison's "legal Mail Box", at the MacDougal Correctional Ins., Suffield, Conn. On Sept. 23, 2004; and mailed a copy of the Motions for Sanction date Sept. 27, 2004

1 of 3

And PLAINTIFF'S MOTION FOR CLERICAL ERRORS, IN JUDGMENTS, ORDERS OR OTHER PART OF THE RECORD date Sept. 27, 2004, to defendants counsel DAVID W. Colwick, Howard & Ludorf, 65 Wethersfield Ave., HARTFORD, CT 06114, by placing them in an envelope And placed them in the MAIN hall Prison's "legal Mail Box". At the MACDOUGALL Correctional Ins, Suffield, CT ON Sept. 27, 2004.

The plaintiff Luis Fernandez pro se having been duly sworn, states that the Proof of SERVICE Information is true to the best of his Knowledge.

RESPECTFULLY SUBMITTED

Luis FERNANDEZ Pro se
M.C.I.
1153 east st. south,
suffield, CT 06080

Oct 12, 2004
DATE

NOTARY PUBLIC

10.12.04
DATE NOTARY

W. RENEE HASKINS
NOTARY PUBLIC
MY COMMISSION EXPIRES 12/31/2005

2 of 3

# CERTIFICATION

I hereby Certify that the foregoing has been sent via
U.S. Mail to the following defendants Attorneys on
this 12 day of Oct. 2004.


Attorney David W. Colwick,
Howed & Ludolf,
65 Wethersfield Ave.,
Hartford, CT 06114

Luis Fernandez
Pro Se



UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.: 3:02CV2090 (JBA)(JGM) |
| v. | : | |
| | : | |
| CHIEF ROBERT PAQUETTE, ET AL | : | JANUARY 7, 2004 |

## RESPONSES TO PLAINTIFF'S THIRD REQUEST FOR
## ADMISSIONS DATED DECEMBER 8, 2003

Pursuant to Fed. R. Civ. P. 36, the defendants, Chief Robert Paquette, Detective Sgt. Fisher, Detective Ramos, Detective John Merullo, Detective John Krupinsky, Detective Mark Trohalis, Officer Karl Murphy, Officer Selner and Officer Riolo, hereby file responses to plaintiff's Third Request for Admissions dated December 8, 2003. Defendants received third set of admissions on December 19, 2003. The defendants respond as follows:

## REQUEST FOR ADMISSIONS

1.    The document attached and marked as Exhibit '1' herein this third Request for Admission is an authentic copy of Arraigment [sic] Report and Affidavit Warrantless Arrest page 1 of 3 dated January 8, 2000, signed by Mark Trohalis #461 who is a defendant in this case civil complaint.

**RESPONSE:**  The defendants admit that the document attached and marked as Exhibit 1 is a copy of page 1 of an Arraignment Report and Affidavit, dated January 8, 2000.

2.      The document Attached and marked as Exhibit '2' herein this third Request for Admission is an Authentic Copy of Arraigment [sic] Report and Affidavit Warrantless Arrest page 2 of 3 dated January 8, 2000, signed by Mark Trohalis #461 who is a defendant in this Case Civil Complaint.

**RESPONSE:**   The defendants admit that the document attached and marked as Exhibit 2 is a copy of page 2 of an Arraignment Report and Affidavit, dated January 8, 2000.

3.      The document Attached and marked as Exhibit '3' herein this third Request for Admission is an Authentic copy of Arraigment [sic] Report and affidavit Warrantless Arrest page 3 of 3 dated January 8, 2000, signed by Mark Trohalis #461 who is a defendant in this case civil Complaint.

**RESPONSE:**   The defendants admit that the document attached and marked as Exhibit 3 is a copy of page 3 of an Arraignment Report and Affidavit, dated January 8, 2000.

4.      The document Attached and Marked as Exhibit '4' herein this third Request for Admission is an Authentic Copy of the Flow Chart of Item seized and location seized from by defendant Detective John Krupinsky dated 1/7/2000, Case No. 00-00297, Item #s 1 threw [sic] 6.

**RESPONSE:**   The defendants deny the document attached and marked as Exhibit 4 is a copy of a flow chart of items seized by Detective John Krupinsky.

5.      The document Attached and Marked as Exhibit '5' herein this third Request for Admission is an Authentic copy of the Flow Chart of Item seized and location seized from by defendant Detective John Krupinsky dated 1/7/2000, Case No. 00-00297, Item #s 7 threw [sic] 15.

**RESPONSE:**   The defendants deny that the document attached and marked as

2

Exhibit 5 is a copy of a flow chart of items seized by Detective John Krupinsky.

6.    The document Attached and Marked as Exhibit '6' herein this third Request for Admission is an Authentic copy of the Flow Chart of Item seized and location seized from by defendant John Krupinsky dated 1/7/2000, Case No. 00-00297, Item #s 16 threw [sic] 24.

**RESPONSE:**   The defendants deny that the document attached and marked as Exhibit 6 is a copy of a flow chart of items seized by Detective John Krupinsky.

7.    The document Attached and Marked as Exhibit '7' herein this third Request for Admission is an Authentic copy of the Flow Chart of Items secured by defendant Detective Merullo #292 dated 1/7/2000 from location: 128 Osborne St., Attic, Time Commenced: 1650 and Time Secured: 1830, Case No. 00-297, item #s 1 threw [sic] 8.

**RESPONSE:**   The defendants deny that the document attached and marked as Exhibit 7 is a copy of a flow chart of items seized by Detective Merullo.

8.    The document Attached and Marked as Exhibit '8' herein this third Request for Admission is an Authentic copy of the Petition For Forfeiture of Property in Drug Cases Public Act 89-269, Conn. Gen. Stat. § 54-36h Made to Angel Ramirez dated January 7, 20000, State of Connecticut v. Angel Ramirez, Civil Docket # CV# None, Police Case # 00-297, Inventory control # 00-297, Police Department Danbury Police Department, Name/Address of Defendant/Subject Angel Ramirez 128 Osborne St. 2nd flr Danbury CT 06810, Town of Seizure Danbury, Warrant issued? None, AFFIDAVIT TO: A Judge of the Superior Court in the Judicial District of Danbury, 00 pages Affidavit-petition Consist of, Subscribed and sworn to before Notary on 7th day of January, 2000 per section 1-24 of the Connecticut General Statutes.

**RESPONSE:**   The defendants admit that the document attached and marked as Exhibit 8 is a copy of a form for the petition for forfeiture of property.

3

9.    The document Attached and Marked as Exhibit '9' herein this third Request for Admission is an Authentic copy of the RETURN FOR AND INVESTORY Property seized on search and seizure warrant, page 6 of 6 Date of seizure Fri, Jan. 7, 2000, Judicial District of Danbury, G.A. 3, at (Address of Court) 146 White Street, Danbury, Police Case No. 00-297 and Companion Case No. 00-296, Items # 1 threw [sic] 14, Date of this Return Mon, Jan. 10, 2000, signed (Defendant) Detective John Merullo #292, Danbury Police/SID.

**RESPONSE:**  The defendants deny that the document attached and marked as Exhibit 9 is the sixth (6th) page of an inventory of property seized during the execution of a search warrant for the second floor apartment at 128 Osborne Street, Danbury on January 7, 2000.

10.    The document Attached and Marked as Exhibit '10' herein this third Request for Admission is an Authentic Copy of the RETURN FOR AND INVENTORY PROPERTY seized on search and seizure warrant, page 6 of 6 Date of seizure Fri, Jan. 7, 2000 Judicial District of Danbury, G.A. 3, at (Address of Court) 146 White Street, Danbury, Police Case No. 00-297 and Companion Case No. 00-296, PAGE #2 Items #15 threw [sic] 24, TIEMS [sic] (Attic) #s 1 threw [sic] 7, Date of this Return Mon, Jan. 10, 2000, signed (Defendant) Detective John Merullo #292, Danbury Policy/SID.

**RESPONSE:**  The defendants deny that the document attached and marked as Exhibit 10 is the sixth (6th) page of an inventory of property seized during the execution of a search warrant for the second floor apartment at 128 Osborne Street, Danbury on January 7, 2000.

4

DEFENDANTS,
CHIEF ROBERT PAQUETTE,
DETECTIVE SGT. FISHER,
DETECTIVE RAMOS,
DETECTIVE JOHN MERULLO,
DETECTIVE JOHN KRUPINSKY,
DETECTIVE MARK TROHALIS,
OFFICER KARL MURPHY
OFFICER SELNER and
OFFICER RIOLO


By _____
    Eric D. Eddy
    ct25242
    Howd & Ludorf
    65 Wethersfield Avenue
    Hartford, CT  06114
    (860) 249-1361
    (860) 249-7665 (Fax)
    E-Mail:  eeddy@hl-law.com

5

## CERTIFICATION

      This is to certify that a copy of the foregoing has been sent, via certified mail, to the following pro se party this 7th day of January, 2004.

Luis Fernandez
Inmate Number 279900
Connecticut Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

                                         _____
                                    Eric D. Eddy

6



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez                  :           PRISONER
                                            CASE 3:02CV2090
V.                              :           (JBA)(JGM)

Chief of Police Robert Paquette, et al :    April 9, 2004

## PLAINTIFF MOTION TO STRIKE AFFIDAVIT OF CHIEF OF POLICE ROBERT PAQUETTE, DANBURY POLICE DEPARTMENT

The plaintiff hereby pursuant Connecticut Code of evidence SEC. 4-3 moves to exclusion of Affidavit of Chief of Police Robert Paquette, Danbury Police Department in support of defendants Summary Judgment. The Affidavit outweighed by factors such as confusion of the issues qualified immunity. The Aforesaid Affidavit was allegedly made for qualified immunity undisputing the Constitutional Violations claim or any claim in this Civil Complaint § 1983. Specifically, defendant Chief of Police Robert Paquette claims "he did not have personal involvement in the actual investigation of or the application process for the search warrant for the second floor Apt. 128 Osborne St. Danbury .CT. and/or Arrest of Luis Fernandez on 1/7/00", in defendants Summary Judgment. The plaintiff has provided Exhibits Admitted in the Complaint and in Actual Notice of Manual Filing Exhibits date Feb. 13, 2004 And in brief

1 of 3

Supporting Cross- summary Judgment date Feb. 13, 2004 were the Chief of Police Robert Paquette should have known of or knew of that subordinates Actions violated clearly established Constitutional Rights, citing BERG v. County of ALLEGHENY 219 F.3d 261, 269 (3rd cir. 2000); Also, CAMILO-Robles v. HOYOS, 151 F.3d 1, 61 (1st cir. 1998), which he does not dispute in the Affidavit for support of defendants summary Judgment outweighed by factors such as confusion of the issues of qualifying immunity.

Wherefore, the plaintiff pursuant Conn. Conde of Evidence SEC. 4-3 citing, FARRELL v. St. VINCENTS Hospital, supra, 203 Conn. 563. Moves to Exclusion of Affidavit of chief of Police Robert Paquette, Danbury Police Dept., in support of defendants Summary Judgment where defendant Robert Paquette does not disputes his subordinates Actions of violating clearly established Constitutional Rights which as the chief of Police defendant Robert Paquette knew of or should have known of and is liable were this motion should be granted.

RESPECTFULLY SUBMITTED

Luis Fernandez PRO SE
M.W.C.I, 1153 East st. south,
suffield, CT 06080
                    2 of 3

## CERTIFICATION

I hereby Certify that a Copy of the foregoing was mailed to the following defendants Attorney on this 9 day of April, 2004.

ERIC D Eddy
Howd & Ludorf
65 wethersfield Ave,
Hartford, CT 06114

Luis Fernandez
ID. 278900

3 of 3

Ex. I

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 279900 | 7/22/76 |

| INMATE NAME (LAST, FIRST, INITIAL) |
|---|
| Fernandez, Luis |

| SEX | | RACE/ETHNIC | | | | FACILITY |
|---|---|---|---|---|---|---|
| M | F | B | W | H | O | Walker |

| DATE/TIME | |
|---|---|
| 3/28/00 9:15 | "c/o" Pt. sided pain of the abdomen, when I am sitting a lot, then I go to my bunk & sleep and feel better. Milk & juice make the pain worse. BM - every 2nd or 3rd day and it is hard. Pt. cxr were eval-ed on 3/23/00 - (though were not in the chart today). Pt. is very apprehensive & depressed due to incarceration. PE - HPD. Inmate looks worried and very quiet. abdomen - N. there BS+, Palpation of the L/3 of the Pt. abdomen reveals some tenderness, no rebound. Pt. color is filled c feces. Exam of Ing. area & testicles is WNL. Stool OB on 3/24/00 neg. tongue - WNL. Pt. _____. |
| 3/8/00 | Cup issued for stool spec. MH consult generated. ___ |
| 3-28-00 | 10:30A. stool specimen negative for occult - UM ___ |
| 3/29/00 10:15 AM | - Inmate seen per request of M.D. <br> - Inmate presented a clear cut, friendly, verbal, and a little ___. No ___ or thought problems noted. <br> - I/m has been here since 1/11 w/ little legal movement on case. He plays baseball in Dominican Republic & has been dropped from the team as a result of his arrest. An aunt in Ct. who is his only relative in the States also refuses now to speak to him. He is new to system and frustrated w/ it. <br> - I/m seems to be adjusting reasonably well but legal system has frustrated + upset him. No MH dx present. <br> - I/m encouraged to be active in case (e.g. write atty re specifics what he wants handled + follow up w/ phone call. Plan can then be ___ about ___ & how what will occur in court on 4/12.) F/u PRN ___ |