UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez
Pro-se

FILED
2004 NOV -1 P 4:04
U.S. DISTRICT COURT

PRISONER
Case No. 3:02CV2090
(JBA)(JGM)

V.

CHIEF Robert Paquette, et al

OCT 25, 2004

## MOTION FOR PROOF OF SERVICE

Luis Fernandez, pro se holding to "less stringent standards than formal pleading drafted by lawyers," citing Hughes V. Rowe, 449 U.S. 5, 101 S.Ct. 173 (1980), submits this proof of service and citing KERR V. Charles F. Vatterott & Co., 184 F.3d 938 (1999), stating to the best of knowledge under the penalty of perjury that he mailed a copy of the MOTIONS FOR CLERICAL ERRORS IN JUDGMENTS, ORDERS, OR OTHER PARTS OF THE RECORD, AND DISQUALIFICATION OF U.S.D.J. JANET BOND ARTERTON dates OCT. 13, 2004, to defendants Counsel DAVID W. Colwick, Howed & Ludorf, 65 Wethersfield Ave., Hartford, CT 06114, by placing them in an envelope and placed them in the main hall Prison's "Legal Mail Box" at the MACDOUGALL Correctional Ins., Suffield, Conn. on OCT. 13, 2004; and mailed a copy of the MOTION TO STAY date OCT. 14, 2004, to defendants Counsel DAVID W. Colwick, Howed & Ludorf, 65

1 of 3

Whethersfield Ave., Hartford, CT 06114 by placing this in an envelope and placed this in the main hall Prison's "Legal Mail Box" at the MacDougall Correctional Ins., Suffield, Conn. on Oct 14, 2004.

The plaintiff Luis Fernandez, Pro se having been duly sworn, states that the proof of service information is true to the best of his knowledge.

RESPECTFULLY SUBMITTED,

Luis Fernandez  Pro-se
M.C.I.
1153 east st South
Suffield, CT 06080

Oct. 25, 2004
DATE

_W. Renee Haskins_
NOTARY PUBLIC

10/25/04
DATE NOTARY

W. RENEE HASKINS
NOTARY PUBLIC
MY COMMISSION EXPIRES 12/31/2005

2 of 3

## CERTIFICATION

I hereby Certify that the foregoing has been sent VIA U.S. Mail to the following defendants Attorneys on this 25 day of OCT. 2004.

ATT. DAVID W. Golwick,
Howard & Ludorf,
65 Wethersfield Ave.,
Hartford, CT 06114

Luis Fernandez
PRO SE

C.C.