UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Luis Fernandez<br>PRO-SE | : | PRISONER<br>NO: 3:02CV2090<br>(JBA)(JGM) |
| V. | : | |
| CHIEF ROBERT PAQUETTE, et al | : | OCT. 25, 2004 |

PLAINTIFF'S MOTION IN REPLY TO DEFENDANTS OBJECTION TO PLAINTIFF'S MOTIONS FOR FREEDOM OF INFORMATION AND EXCEPTION

Now Comes The plaintiff pro se holding to "less stringent standards than formal pleading drafted by lawyers," Citing Hughes V. Rowe, 449 U.S. 5, 101 S.Ct. 173 (1980), Requesting the Court to overrule defendants objection to plaintiff's Motions for Freedom of Information and Exception which objection is without Merit in allegating that "Documents #110 And #111 As Moot, given that Judgment has entered in favor of All defendants on OCT. 4. 2004 (Doc #109).

## SPECIFIC FACTS

The plaintiff pro se is currently incarcerated and the Right to proceed pro se is fundamental statutory Right that is afforded highest degree of protection.

1 of 4

The plaintiff MOTIONS FOR Freedom of Information And Exception (Doc. ## 110 And 111) where filed on Sept. 20, 2004 And At the same time placed them in the prison "legal Mailbox" At the McDougal Correctional Ins., Suffield, Conn. on Sept. 20, 2004 before learning that Judgment was entered in favor of All defendants on Oct. 4, 2004 (Doc. # 109).

The MOTIONS for Freedom of Information and EXCEPTION (Doc ## 110 And 111) had bin filed on Sept. 20, 2004, As opposed to date of its Receipt by defendants which Plaintiff provided A Proof of Service date Oct. 8, 2004 (see Attached And Marked As Exhibit 1 herein MOTION FOR PROOF OF SERVICE date Oct. 8, 2004) And Case law in support. CALDWELL V. AMEND, 30 F.3d 1199 (9th cir. 1994), HUSTON V. LACK, 487 U.S. 266, 101 L.Ed 2d, 245, 108 S.Ct 2379 (1988) " Pro se MOTION, was deemed filed on date MOTION was placed in prison's "legal Mailbox," As opposed to date of its receipt by Court Clerk."

The defendants objection and request to 'moot' these MOTIONS for Freedom of Information and Exception (Doc.## 110 And 111) is without merit given the fact where there is A general rebuttable presumption that plaintiff pro se properly mailed these MOTIONS, documents Are received before Judgment entered in favor of All defendants on

2 of 4

Oct. 4, 2004 (Doc. #109) the Court must consider granting Plaintiff pro se Motions for Freedom of Information and Exception (Doc ## 110 and 111) which injustice would otherwise result against pro se protections from consequences of technical errors and properly mailed documents. Citing <u>U.S. v. Sanchez</u>, 88 F.3d 1243 (D.C. Cir. 1996); <u>Kerr v. Charles F. Vatterott & Co.</u>, 184 F.3d 938 (8th Cir. 1999)

### Conclusion

Wherefore, defendants objection and request to 'moot' plaintiff pro se Motions for Freedom of Information and Exception (Doc. ## 110 and 111) is without merit. Also, noting that these Motions (Doc. ## 110 and 111) in their basing are not disputed which the Court must overrule and grant plaintiff pro se Motions (Doc. ## 110 and 111).

Respectfully Submitted

_____
Luis Fernandez pro se
M.C.I.
1153 East St. South,
Suffield, CT 06080

C.C.

3 of 4

## CERTIFICATION

I hereby certify that the foregoing has been sent VIA mail to the following defendants' Attorney this 25 day of OCT. 2004.

ATT. DAVID W. Colwick,
Howed & Ludorf,
65 Wethersfield Ave.,
Hartford, CT 06114

Luis Fernandez
PRO SE

4 of 4

Ex. 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez						PRISONER
Pro se							Case 3:02CV2090
								(JBA)(JGM)
V.
								Oct. 8, 2004
Chief Robert Paquette, et al

## MOTION FOR PROOF OF SERVICE

Luis Fernandez, Pro se Citing KERR V. CHARLES F. VATTEROTT & Co., 184 F.3d 938 (1999), states under the penalty of perjury to the best of knowledge that he mailed a copy of the MOTIONS FOR Freedom of Information date Sept. 20, 2004 and FOR EXCEPTION date Sept. 20, 2004, to defendants' Counsel David W. Cdwick Howed & Ludorf, 65 Wethersfield Ave., Hartford, CT. 06114., by placing them in an envelope and placed them in the Main Hall prison's "legal Mail Box" at the Macdougal Correctional Ins., Suffield, Conn., on Sept. 20, 2004.

RESPECTFULLY SUBMITTED,

Luis Fernandez
Pro se

1 of 2

The Plaintiff pro se, having been duly sworn, states that the PROOF OF SERVICE INFORMATION is true to the best of his knowledge.

_W. Renee H_____
NOTARY PUBLIC

W. RENEE HASKINS
NOTARY PUBLIC
MY COMMISSION EXPIRES 12/31/2005

_10-8-04_
DATE NOTARY

Plaintiff Prose
Luis Fernandez
#279900
M.W.C.I
1153 east st. south,
Suffield, CT 06080

_Oct 8, 2004_
Date

## CERTIFICATION

I hereby Certify that the foregoing has been sent via U.S. Mail to the following defendants Attorney this 8 day of OCT., 2004

Att. David W. Colwick
Howed & Ludorf,
65 Wethersfield Ave.,
Hartford, CT 06114

Luis Fernandez
PRO SE

2 of 2