UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez                2004 NOV -1 P 4:05    PRISONER
PRO-SE                        U.S. DISTRICT Case No. 3:02 CV2090
                                               (JBA)(JGM)

V                                              OCT. 26, 2004

CHIEF Robert PAQUETTE, et al

PLAINTIFF'S MOTION IN REPLY TO DEFENDANTS
OBJECTION TO PLAINTIFF'S MOTION FOR
SANCTIONS AND MOTION FOR SUMMARY
JUDGMENT FOR APPOINTMENT OF COUNSEL

Now Comes the plaintiff pro se holding to "less
stringent Standards than formal pleading drafted by
lawyers," citing Hughes V. Rowe, 449 U.S. 5, 101
S.Ct. 173 (1980), Requesting the Court to overrule
defendants objection to plaintiff's MOTIONS FOR
SANCTIONS date Sept. 27, 2004 AND SUMMARY
Judgment FOR APPOINTMENT OF PRO BONO Counsel
with brief, Affidavit and Exhibits date Sept. 23,
2004 (DOC. # 113) which defendants objection
is without Merit in Allegating that "MOTION
FOR SANCTIONS date sept. 27, 2004 And doc.# 113
As MOOT, given that Judgment has entered in
favor of All defendants on OCT. 4, 2004 (Doc # 109).

1 of 4

The plaintiff pro se is currently incarcerated And the Right to proceed Pro se is fundamental statutory Right that is Afforded highest degree of protection. Citing DEVINE V. INDIAN RIVER COUNTRY SCHOOL B.D., 121 F.3d 576 (11 cir. 1997).

The plaintiff MOTION FOR SANCTIONS date Sept. 27, 2004 filed ON Sept. 27, 2004 by placing it in the prison "legal mailbox", At the McdougAll Correctional Ins., Suffield, Conn. ON Sept. 27, 2004 And MOTION FOR SUMMARY Judgment FOR APPOINTMENT OF PRO BONO Counsel date. Sept. 23, 2004 (DOC. #113) filed ON Sept. 23, 2004 by placing it in the prison "legal mailbox", At the McdougAll Correctional Ins., Suffield, Conn. ON Sept. 23, 2004 before learning that Judgment was entered in favor of All defendants on OCT. 4, 2004 (DOC. #109).

The MOTIONS FOR SANCTION date Sept. 27, 2004 filed ON Sept. 27, 2004 And SUMMARY Judgment FOR APPOINTMENT OF PRO BONO Counsel date Sept. 23, 2004 filed Sept. 23, 2004, As opposed to date of its receipt by defendants which plaintiff pro se provided A Proof OF SERVICE date OCT. 12, 2004 (see Attached And Marked As Exhibit "1" herein MOTION FOR PROOF OF SERVICE date OCT. 12, 2004). And CAse law in support CAIDWELL V. AMEND, 30 F.3d 1199 (9th cir. 1994), HUSTON V.

2 of 4

LACK, 487 U.S. 266, 101 L Ed 2d 245, 108 S.Ct 2379 (1988) " PRO SE MOTION, was deemed filed on date MOTION was placed in PRISON's "legal Mailbox" as opposed to date of its Receipt by Court Clerk".

The defendants objection and request to 'moot' these MOTIONS FOR SANCTION date Sept. 27, 2004 and SUMMARY JUDGMENT FOR APPOINTMENT OF COUNSEL (DOC #113) is without merit given the fact where there is a general rebuttable presumption that plaintiff pro se properly mailed these MOTIONS, documents Are received before Judgment entered in favor of All defendants on OCT 4, 2004 (DOC #109), the Court must Consider granting plaintiff pro se MOTIONS FOR SANCTIONS date Sept. 27, 2004 and SUMMARY JUDGMENT FOR APPOINTING COUNSEL (DOC #113) which injustice would otherwise result Against pro se protection from Consequences of Technical errors and properly mailed documents. Citing U.S V. SANCHEZ, 88 F.3d 1243 (D.C. Cir. 1996); KERR V. CHARLES F. VATTEROTT & CO, 184 F.3d 938 (8th Cir. 1999).

## CONCLUSION

Wherefore, defendants objection and request to 'moot' plaintiff pro se MOTIONS FOR SANCTION date Sept. 27, 2004 and SUMMARY JUDGMENT FOR APPOINTMENT OF COUNSEL (DOC #113) is without merit. Also Noting that these MOTIONS FOR SANCTION date Sept. 27, 2004 and SUMMARY Judgment FOR

APPOINTMENT OF COUNSEL (DOC. #113) IN their BASING Are NOT disputed which the Court Must OVERRULE And GRANT plantiff pro se MOTIONS FOR SANCTIONS date Sept. 27, 2004 And SUMMARY JUDGMENT FOR APPOINTMENT OF COUNSEL (DOC. # 113).

RESPECTFULLY SUBMITTED,

LUIS FERNANDEZ
M.C.I.
1153 east st South,
Suffield, Ci 06080                    C.C.

CERTIFICATION

I hereby certify that the foregoing has been sent VIA MAIL to the following defendants ATTOrney this 26 day OF OCT. 2004.

ATT. DAVID W. Colwick,
Howed & Ludort,
65 weethersfield Ave,
Hartford, CT 06114

LUIS FERNANDEZ
Pro-se

4 of 4



# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Luis Fernandez      :      PRISONER
Pro se               Case 3:02 CV 2090
                 :      (JBA)(JGM)

V.

Chief Robert Paquette, et al    :      Oct. 12, 2004

## MOTION FOR PROOF OF SERVICE

Luis Fernandez, pro se holding to "less stringent standards than formal pleading drafted by lawyers", citing Hughes v. Rowe, 449 U.S. 5, 101 S.ct 173 (1980), submits this Proof of Service and citing, Kerr V. Charles F. Vatterott & Co., 184 F.3d 938 (1999), stating to the best of knowledge under the penalty of perjury that he mailed a copy of the Motions for Approval of Real Estate Attachment date Sept. 23, 2004 and Notice, Plaintiff Summary Judgment for Appointment of Pro Bono Counsel, Brief, Affidavit and Exhibits date Sept. 23, 2004, to defendants' Counsel David W. Colwick, Howed & Ludorf, 65 Wethersfield Ave., Hartford, CT 06114, by placing them in an envelope and placed them in the Main Hall Prison's "legal Mail Box" at the MacDougal Correctional Ins., Suffield, Conn. on Sept. 23, 2004; and mailed a copy of the Motions For Sanction date Sept. 27, 2004

1 of 3

AND PLAINTIFF'S MOTION FOR CLERICAL ERRORS, IN JUDGMENTS, ORDERS OR OTHER PART OF THE RECORD) date Sept. 27, 2004, to defendants counsel DAVID W. Colwick, Howed & Ludorf, 65 Wethersfield Ave., HARTFORD, CT 06114, by placing them in an envelope and placed them in the MAIN hall Prison's "legal MAIL BOX" At the MACDOUGALL CORRECTIONAL INS, Suffield, CT ON Sept. 27, 2004.

The plaintiff Luis FERNANDEZ pro se having been duly sworn, states that the Proof of SERVICE INFORMATION is true to the best of his knowledge.

RESPECTFULLY SUBMITTED

Luis FERNANDEZ PRO SE
M.C.I.
1153 east St. South,
Suffield, CT 06080

Oct 12, 2004
DATE

NOTARY PUBLIC

10-12-04
DATE NOTARY

W. RENEE HASKINS
NOTARY PUBLIC
MY COMMISSION EXPIRES 12/31/2005

2 of 3

# CERTIFICATION

I hereby Certify that the foregoing has been sent VIA U.S. Mail to the following defendants Attorneys on this 12 day of Oct. 2004.

Attorney DAVID W. Colwick,
Howed & Ludorf,
65 wethers field Ave.,
Hartford, CT 06114

Luis Fernandez
Pro Se