UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.:  3:02CV2090 (JBA)(JGM) |
| v. | : | |
| | : | |
| CHIEF ROBERT PAQUETTE, ET AL | : | NOVEMBER 5, 2004 |

## MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO STAY

The defendants, CHIEF ROBERT PAQUETTE, DETECTIVE SGT. FISHER, DETECTIVE RAMOS, DETECTIVE JOHN MERULLO, DETECTIVE JOHN KRUPINSKY, DETECTIVE MARK TROHALIS, OFFICER KARL MURPHY, OFFICER SELNER and OFFICER RIOLO, object to the plaintiff's motion to stay as the motion itself and the authority upon which the plaintiff seeks the stay are irrelevant and inapplicable to the case at hand.  The plaintiff cites Fed.R.Civ.P. 62 to stay the judgment until the Court enters an order denying or granting a number of pending motions.  The plaintiff's motion to stay fundamentally misapprehends Rule 62.  Rule 62 operates to stay executions upon a judgment, not the judgment itself.  There was no award of money damages in this case.  Indeed, the Court dismissed the plaintiff's claims.  Therefore, Rule 62 is inapplicable.

Accordingly, the Court should deny the plaintiff's motion to stay.

RESPECTFULLY SUBMITTED:

THE DEFENDANTS,
CHIEF ROBERT PAQUETTE,
DETECTIVE SGT. FISHER,
DETECTIVE RAMOS,
DETECTIVE JOHN MERULLO,
DETECTIVE JOHN KRUPINSKY,
DETECTIVE MARK TROHALIS,
OFFICER KARL MURPHY
OFFICER SELNER and
OFFICER RIOLO


/s/John J. Radshaw, III
John J. Radshaw, III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (Fax)

**CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 5th day of November, 2004.

Mr. Luis Fernandez  
Inmate Number 279900  
MacDougall-Walker  
 Correctional Institution  
1153 East Street, South  
Suffield, CT 06080

                                        /s/John J. Radshaw, III  
                                        John J. Radshaw, III