UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez
ID. 279900

PRISONER
CASE 02 CV 2090
(JBA)(JGM)

FILED
2004 DEC -3 P 4:04
U.S. DISTRICT COURT
BRIDGEPORT, CONN

V.

Chief Robert Paquette, et al           : Nov. 22, 2004

## PLAINTIFF REPLY TO DEFENDANTS MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO STAY

The plaintiff pro-se holding to "less stringent standards than formal pleading drafted by lawyers". Hughes V. Rowe, 449 U.S. 5, 101 S.Ct. 173 (1980), Reply's to defendants Memorandum of law In opposition to Plaintiff Motion to stay which the Court should find's defendants opposition without Merit.

In its discretion and on such conditions for the security of the Adverse party as are proper, the Court may stay the execution of or any proceeding to enforce a judgment pending the disposition of a Motion for New Judgment, Amended made pursuant to Rule 59, or of a Motion for Relief from a Judgment or pursuant to Rule 60, or

1 of 3

of a motion for Judgment in accordance with a Motion for a directed verdict made pursuant Rule 50 or of a motion for Amendment to the findings or for Additional findings made pursuant to Rule 52(b).

Where in this case the plaintiff pro se is Appealing the Judgment entered in favor of the defendants on Oct. 4, 2004 [doc. #109] and wants a Stay of the Judgment until this Court enters an order on the Motions pending such as Plaintiff's Motion for Clerical Error's in Judgments, order or other parts of the record date Sept. 27, 2004; Motion for Sanction date Sept. 27, 2004; Motion for Clerical errors in Judgments, orders or other parts of the Record date OCT. 13, 2004; Motion for Disqualification of U.S.D. J. Janet Bond Arterton date OCT. 13, 2004; Plaintiff Reply to Defendants Objection to Plaintiff's Motion for Sanctions and Motions for which, Rule 62(A) provides for Automatic Stay of execution for 10 days After entry of Judgment. Citing <u>Van Huss v. Landsberg</u>, (1967, WI MO) 262 F. Supp. 867.

<u>Conclusion</u>

Wherefore, under Rule 62 the plaintiff's Reply's to defendants memorandum of law

2 of 3

IN opposition to Plaintiff Motion to Stay which the Court should find defendants opposition without Merit And cites, VAN HUSS v. Landsberg, (1967, WD MO) 262 F. Supp. 867; N.O. v. MARCElletti & SON Const. Co. v. Millcreek Township Sewer Authority, (1970, WD PA) 313 F. Supp. 920, 8 U.C.C. R.S. 575.

RESPECTFULLY SUBMITTED,

Luis Fernandez   Pro se
M.C.I.
1153 east st. South,
Suffield, CT 06080

CERTIFICATION

I hereby Certify that A Copy of the foregoing was mailed to the defendant's Attorneys on this 22 of Nov. 2004

Attorney David W. Colwick,
Howd & Ludorf,
65 wethersfield Ave.,
Hartford, CT 06114

Luis Fernandez
# 279900

3 of 3