FORM 1

11-23-04

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

*[Filed stamp: United States District Court, District of Connecticut, FILED AT BRIDGEPORT, November 22, 2004, Kevin F. Rowe, Clerk, by Sasha Simpson, Deputy Clerk]*

Luis Fernandez, Pro Se

v.

Chief P. Robert Paquette, et al.

CIVIL CASE NO. 3:02 CV 2090 (JBA) (JGM)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Luis Fernandez__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (describe the Judgment or Order):
The Court concluded that there is no genuine dispute of material fact, and granted Summary Judgment in favor of the defendants, in all the claims. See attached order and Judgment hereon entered on Docket 10/6/04.

2. The Judgment /Order in this action was entered on __10/6/04__.
                                                                                    (date)

*[Filed stamp: 2004 DEC 10 P 4:15, U.S. DISTRICT COURT, NEW HAVEN, CT — crossed out]*

_____
Signature

Luis Fernandez
Print Name

M.C.I., 1153 east st south,
Suffield, CT 06080
Address

Date: Nov. 3, 2004

None
Telephone Number

**Note:** You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUIS FERNANDEZ

v.

PRISONER
CASE NO. 3:02cv2090 (JBA)(JGM)

CHIEF P. ROBERT PAQUETTE
DETECTIVE SERGEANT FISHER
DETECTIVE RAMOS
DETECTIVE JOHN MENULLO
DETECTIVE KRUPINSKY
DETECTIVE MARK TROHALIS
OFFICER KARL MURPHY
OFFICER SELNER
OFFICER RIOLO.

JUDGMENT

This cause came on for consideration on cross motions for summary judgment before the Honorable Janet Bond Arterton, United States District Judge.

The Court has considered the motions and all the related papers. On September 30, 2004, the Court filed its Ruling on Pending Motions granting defendants' motion and denying plaintiff's motion.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 4th day of October, 2004.

KEVIN F. ROWE, Clerk

By s/s Cynthia Earle

Cynthia Earle
Deputy Clerk

Entered on the Docket 12/6/04

# UNITED STATES COURT OF APPEALS
## THURGOOD MARSHALL UNITED STATES COURTHOUSE
### 40 FOLEY SQUARE - ROOM 1803
### NEW YORK, N.Y. 10007

**ROSEANN B. MACKECHNIE**
CLERK OF COURT

FILED

2004 DEC 10 P 4: 14

U.S. DISTRICT COURT
NEW HAVEN, CT

United States District Court: CONN
Attn.: Appellate Clerk
141 Church St.
New Haven, CT 06510

December 6, 2004

Re: Fernandez v. Paquette
Dkt. No.: 02-cv-2090

Dear Appellate Clerk:

The enclosed Notice of Appeal received November 22, 2004, was mistakenly sent to the Court of Appeals.

In accordance with **Rule 4(d) of the Federal Rules of Appellate Procedure,** I have noted thereon the date it was received, and transmit it to you for filing. In the event that this notice of appeal was also filed directly with you, it need not be filed again.

Roseann B. MacKechnie,
Clerk of Court

By: _____
Helena M. Harris
Intake/Records Manager

cc: Luis Fernandez