# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

DATE: __December 16, 2004__    TO:   Intake Clerk

FROM:  Tasha Simpson   203.579.5657

**FILED**

**2004 DEC 27 P 2:00**

**U.S. DISTRICT COURT**
**BRIDGEPORT, CONN**

**CASE TITLE:**    Fernandez v. Paquette, et al

**DOCKET NO.:**    3:02 cv 2090 (JBA)

**NOTICE OF APPEAL:**    filed: __November 22, 2004__

**APPEAL FROM:**    final judgment: ✓

interlocutory: __

other: __

**DOCKET SHEET:**    Attorney, updated address & phone number for each party __Y__

All parties are listed on Docket Sheet
(Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:**    Paid _____    Due __✓__    N/A _____

IFP revoked _____    Application Attached _____

IFP pending before district judge __Yes__

**COUNSEL:**    CJA _____    Retained _____    Pro Se __✓__

**TIME STATUS:**    Timely _____   Out of Time _____

**MOTION FOR EXTENSION OF TIME:**    Granted _____    Denied _____

**COA:**    Granted _____    Denied _____

**COMMENTS AND CORRECTIONS:**

**RECORD ATTACHED**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _Stanley A. Wader_    DATE: _12/20/04_
DEPUTY CLERK, USCA

USCA No. _____.