# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Luis Fernandez

v.

Chief Robert Paquette, et al

FILED PRISONER
2005 JAN 13 P 4:49
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Case No. 3:02CV2090 (JBA)

Dec. 17, 2004

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff Luis Fernandez, have been granted permission to proceed in forma pauperis (IFP) in the district court. Entered on 1/7/03 [doc#1-1], Moves this Court for an order permitting him to proceed without prepayment of fees and costs or security for an appeal. Plaintiff has attached a declaration in support of this Motion.

Respectfully Submitted,

Luis Fernandez Pro-se
279900

1 of 2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorney on this 17 day of Dec. 2004.

ATT. David W. Colwick,
65 Weathersfield Ave.,
Hartford, CT 06114

Luis Fernandez
Pro-se

2 of 2