UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez : PRISONER
Case No: 3:02CV2090 (JBA)

V.

Dec. 17, 2004

Chief Robert Paquette, et al :

FILED
2005 JAN 13 P 4:49
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Luis Fernandez, am the Pro se plaintiff in the above entitled case. In support of my Motion to proceed without being required to pay the docket fee $250, plus $5.00 processing fee, to the Appeal Court or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefor and that the district Court having granted IN forma Pauperis (I.F.P.) on 1/7/03, am entitled to proceed for an Appeal waving all costs, fees or security.

I declare to the best of knowledge that the responses which I have made below are true.

1. I am not presently employed, I was in a school vocational program last on 11-25-04 earning approx. 7.50 every two weeks. see (Attach Trust Account Statement)

1 of 3

2. No other source to the best of knowledge have I received any Money.

3. I don't own any cash, money, checking nor saving account to the best of knowledge.

4. I don't own any real state, stocks, bonds, notes, Automobiles, or other valuable property to the best of knowledge.

5. To the best of knowledge no person is dependent for support from me.

I understand to the best of knowledge that this declaration will subject me to penalties for perjury.

Luis Fernandez
# 279900

I declare under penalty of perjury that the foregoing is true and correct to the best of knowledge.

Signed this 17 day of December, 2004.

Luis Fernandez
Pro se

2 of 3

## CERTIFICATION

I hereby Certify that a Copy of the foregoing was mailed to the following defendant's Attorney on this 17 day of Dec. 2004.

ATT. David W. Colurck,
65 Wethersfield Ave.,
Hartford, CT 06114

Luis Fernandez
Pro-se

3 of 3

DOC: 0000279900      Name: FERNANDEZ, LUIS                        DOB: 07/22/1976
LOCATION: 137-Q

                                                           Max Date:
ACCOUNT BALANCES  Total :    129.13   CURRENT:   129.13   HOLD:        0.00

                         06/15/2004        12/15/2004

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| HOLIDAY PACKAGES | 0.00 | 0.00 |
| PLRA | 101.95 | 116.35 |
| SPENDABLE BALANCE | 13.21 | 12.78 |

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID |
|---|---|---|---|---|
| OVOC | VOC. ED. FEE | 137 - 09/15/ | 0.00 | 3.00 |

TRANSACTION DESCRIPTIONS --              HOLIDAY PACKAGES SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

TRANSACTION DESCRIPTIONS --                      PLRA SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 06/29/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | 1.35 | 103.30 |
| 07/13/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | 0.90 | 104.20 |
| 07/20/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | 1.20 | 105.40 |
| 08/06/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | 1.50 | 106.90 |
| 08/19/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | 1.50 | 108.40 |
| 09/02/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | 1.50 | 109.90 |
| 09/16/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | 0.60 | 110.50 |
| 09/30/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | 1.50 | 112.00 |
| 10/14/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | 1.50 | 113.50 |
| 10/27/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | 1.35 | 114.85 |
| 11/10/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | 1.50 | 116.35 |

TRANSACTION DESCRIPTIONS --            SPENDABLE BALANCE SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 06/25/2004 | CRS | CRS SAL ORD #2529514 D1 | ( 12.82) | 0.39 |
| 06/29/2004 | DSP | M01 /STU  DSP /FUL  /Rg:1 5 @0.75    06/04/2004-06/10/2004 M01 /STU | 6.75 | 7.14 |
| 06/29/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | ( 1.35) | 5.79 |
| 07/13/2004 | DSP | M01 /STU  DSP /FUL  /Rg:1 5 @0.75    06/18/2004-06/24/2004 M16 /VOG | 4.50 | 10.29 |
| 07/13/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | ( 0.90) | 9.39 |

12/15/2004 21:07 DEPARTMENT OF CORRECTIONS Page 2 Of 6
WAMA115　　　　　　　CONNECTICUT DEPARTMENT OF CORRECTION　　　　　OTRTASTA
　　　　　　　　　　　T R U S T   A C C O U N T   S T A T E M E N T　　　4.10.0.0.9 TR

Case 3:02-cv-02090-JBA    Document 138-2    Filed 01/13/2005    Page 5 of 6

DOC: 0000279900     Name: FERNANDEZ, LUIS                    DOB: 07/22/1976
LOCATION: 137-Q

                                                         Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 07/20/2004 | DSP | M16 /VOGM DSP /FUL /Rg:1 0 @0.75  07/02/2004-07/08/2004 M01 /STU | 6.00 | 15.39 |
| 07/20/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | ( 1.20) | 14.19 |
| 07/23/2004 | CRS | CRS SAL ORD #2581670 D1 | ( 8.40) | 5.79 |
| 08/06/2004 | DSP | M16 /VOGM DSP /FUL /Rg:1 5 @0.75  07/16/2004-07/22/2004 M16 /VOG | 7.50 | 13.29 |
| 08/06/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | ( 1.50) | 11.79 |
| 08/06/2004 | CRS | CRS SAL ORD #2606831 D1 | ( 9.36) | 2.43 |
| 08/19/2004 | DSP | M16 /VOGM DSP /FUL /Rg:1 5 @0.75  07/30/2004-08/05/2004 M16 /VOG | 7.50 | 9.93 |
| 08/19/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | ( 1.50) | 8.43 |
| 08/26/2004 | WPOS | Postage 137 | ( 3.95) | 4.48 |
| 08/27/2004 | CRS | CRS SAL ORD #2643363 D1 | ( 4.37) | 0.11 |
| 09/02/2004 | DSP | M16 /VOGM DSP /FUL /Rg:1 5 @0.75  08/13/2004-08/19/2004 M16 /VOG | 7.50 | 7.61 |
| 09/02/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | ( 1.50) | 6.11 |
| 09/10/2004 | CRS | CRS SAL ORD #2667683 D1 | ( 4.32) | 1.79 |
| 09/16/2004 | DSP | M16 /VOGM DSP /FUL /Rg:1 4 @0.75  08/27/2004-09/02/2004 M16 /VOG | 3.00 | 4.79 |
| 09/16/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | ( 0.60) | 4.19 |
| 09/24/2004 | CRS | CRS SAL ORD #2692042 D1 | ( 2.23) | 1.96 |
| 09/30/2004 | DSP | M16 /VOGM DSP /FUL /Rg:1 5 @0.75  09/10/2004-09/16/2004 M16 /VOG | 7.50 | 9.46 |
| 09/30/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | ( 1.50) | 7.96 |
| 09/30/2004 | DED | DSP-PAY Deduction-OVOC-137 - 09/15/04 | ( 3.00) | 4.96 |
| 10/08/2004 | CRS | CRS SAL ORD #2718374 D1 | ( 2.13) | 2.83 |
| 10/14/2004 | DSP | M16 /VOGM DSP /FUL /Rg:1 5 @0.75  09/24/2004-09/30/2004 M16 /VOG | 7.50 | 10.33 |
| 10/14/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | ( 1.50) | 8.83 |
| 10/15/2004 | CRS | CRS SAL ORD #2729719 D1 | ( 0.97) | 7.86 |
| 10/22/2004 | CRS | CRS SAL ORD #2743511 D1 | ( 1.27) | 6.59 |
| 10/27/2004 | DSP | M16 /VOGM DSP /FUL /Rg:1 5 @0.75  10/08/2004-10/14/2004 M16 /VOG | 6.75 | 13.34 |
| 10/27/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | ( 1.35) | 11.99 |
| 10/29/2004 | CRS | CRS SAL ORD #2755329 D1 | ( 2.96) | 9.03 |
| 11/10/2004 | DSP | M16 /VOGM DSP /FUL /Rg:1 5 @0.75  10/22/2004-10/28/2004 | 7.50 | 16.53 |

DOC:  0000279900     Name: FERNANDEZ, LUIS                              DOB: 07/22/1976
LOCATION: 137-Q

                                                                        Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| | | M16 /VOG | | |
| 11/10/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | ( 1.50) | 15.03 |
| 11/24/2004 | CRS | CRS SAL ORD #2804537 D1 | ( 2.25) | 12.78 |
| 11/24/2004 | DSP | M16 /VOGM DSP /FUL  /Rg:1 0 @0.75     11/05/2004-11/11/2004 M16 /VOG | 0.00 | 12.78 |
| 12/02/2004 | CRS | CRS SAL ORD #2820018 D1 | ( 12.66) | 0.12 |
| 12/10/2004 | CEC | CEC SAL ORD #2820018 | 12.66 | 12.78 |
| 12/15/2004 | DSP | M16 /VOGM DSP /FUL  /Rg:1 0 @0.75     11/19/2004-11/25/2004 M16 /VOG | 0.00 | 12.78 |