UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez                    PRISONER

V.                                Case No: 3:02 CV 2090 (JBA)

Paquette, et al.                  Dec 17, 2004

## PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the Motion for leave to Proceed In Forma Pauperis, Declaration In Support of request to Proceed In Forma Pauperis, and Order to defendants Counsel David W. Colwick, 65 Wethersfield Ave., Hartford, CT 06114, by placing them in an envelope and placed them in the Main Hall legal mailbox at the Conn. Macdougall C.I., Suffield, Conn. on Dec. 17, 2004.

Respectfully Submitted

Luis Fernandez   Pro se

1 of 2

## CERTIFICATION

I hereby Certify that a copy of the foregoing was mailed to the following defendants Attorney on this 17 day of Dec. 2004.

ATT. David W. Colwick,
65 Wethersfield Ave.,
Hartford, CT 06114

*Luis Fernandez*
Pro-Se

2 of 2