UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez : PRISONER
 : Case: 3:02CV2090 (JBA)
V. :
 :
Paquette, et al : Dec. 18, 2004

FILED
2005 JAN 18 P 3:56
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MOTION FOR APPOINTMENT OF COUNSEL FOR INDIGENT ON APPEAL

Plaintiff Luis Fernandez, pursuant under 18 U.S.C. § 3006 A (G), requests Appointment of Counsel for Indigent in Appeal to represent this case for the following reasons (see, Brief in Support):

1. Plaintiff is not Able to Afford Counsel.

2. The Appeal issues involved in this case are Complex.

3. The Connecticut D.O.C. denies Access to the Courts and have very limited or no law materials at all.

4. Plaintiff has a limited knowledge of law.

5. The interests of justice would best be served in this case if an Attorney was Appointed to represent the plaintiff in Appeal.

1 of 2

Respectfully Submitted,

Luis Fernandez #279900
M.C.I
1153 east St. South,
Suffield, CT 06080

## CERTIFICATION

I hereby Certify that a Copy of the foregoing was mailed to the following defendants Attorney on this 18 day of Dec 2004;

Att. David W. Colwick,
65 wethersfield Ave,
Hartford, CT 06114

Luis Fernandez
#279900

2 of 2