UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

Luis Fernandez

2005 JAN 18 P 3:52

PRIONER

V.

CASE: 3:02 CV 2090 (JBA)

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Ropont payuette, et al

JAN. 6, 2005

## PLAINTIFF MOTION TO CORRECT THE INDEX TO THE RECORD ON APPEAL

The plaintiff pro-se holding to the protection of his civil Rights. Citing Jones V. Ruudle, 453 F.2d 147; Hugh V. Poe, 453 F.2d 1471 "Viewed without Regard for technicalities"; and § 19-21 to have the Report or the finding Corrected of the INDEX TO THE RECORD ON Appeal submitted 12/16/2004

### I. HISTORY

This case has been sent for Appeal to the second Circuit whom the plaintiff pro-se currently Represents. A MOTION FOR STAY has been Requested in the second Circuit until the Report on the finding Corrected of the INDEX TO the Record on Appeal submitted 12/16/04 be Corrected.

### II. SPECIFIC FACTS

1 of 3

1. The Court's should Correct [doc. # 115] when in Fact the plaintiff was the only party to submit's A Motion for Summary Judgment for Appointment of Counsel Pro bono were NO objection nor disputed by the defendants Robert Paquette, et Al.

2. The plaintiff pro-se should not be held to difficult Standards And so this Court should not weight technicalities Against the pro-se party.

## III. LEGAL GROUNDS

This Motion is filed pursuant to protection of civil Right, Citing Jones V. Rundle, 453 F.2d 147; Hugh v. Poe, 453 F.2d 1471, to have the report on the findings Corrected of the INDEX TO THE RECORD ON Appeal Submitted 12/16/04 " viewed without Regard for technicalities.

Respectfully Submitted,

Luis Fernandez  Pro-se
M.C.I.
1153 east st south,
Suffield, CT 06080

2 of 3

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed to the defendants Attorneys on this 6 day of Jan. 2005.

Att. David W. Cohwick,
Howd & Ludorf,
65 Wethersfield Ave.,
Hartford, CT 06114

Luis Fernandez
Pro-Se