UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED AT BRIDGEPORT
October 27, 2004
Kevin F. Rowe, Clerk
PRISONER [illegible] Deputy Clerk

Luis Fernandez
Pro-se

Case 3:02CV2090
(JBA)(JGM)

V.

OCT. 13, 2004

Chief of P. Robert Paquette, et al

## MOTION FOR PROOF OF SERVICE

Luis Fernandez, Pro-se holding to "less stringent standards than formal pleading drafted by lawyers," citing Hughes v. Rowe, 449 U.S. 5, 101 S.Ct. 173 (1980), submitts this proof of service and citing KERR v. Charles F. Vatterott & Co., 184 F.3d 938 (1999), stating to the best of knowledge under the penalty of perjury that he mailed a copy of the Motion's for an extension of time to file a notice of Appeal date OCT. 13, 2004, to defendants Counsel David W. Colwick, Howed & Ludort, 65 Wethersfield Ave., Hartford, CT 06114, by placing them in an envelope and placed them in the main hall Prison's "Legal Mailbox", at the MacDougall Correctional Ins, Suffield, CT on OCT. 13, 2004.

RESPECTFULLY SUBMITTED,

Luis Fernandez pro se

1 of 2

The plaintiff Luis Fernandez, pro se having been duly sworn, states that the proof of service Information is true to the best of his knowledge.

RESPECTFULLY SUBMITTED,

_____
Luis Fernandez Pro-se
M.C.I.
1153 east st South,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing has been sent via U.S. Mail to the following defendants Attorneys' on this 13 day of Oct. 2004.

Att. David W. Colwick,
Howed & Ludorf,
65 Wethersfield Ave,
Hartford, CT 06114

_____
Luis Fernandez
Pro-se