UNITED STATES DISTRICT COURT
DISTRICT OF CONNECT**FILED**

Luis Fernandez, pro-se     :     2005 AUG 24 A 9 12

                                 PRISONER
                                 U.S. DISTRICT COURT
V.                         :     CASE#BRIDGEPORT CONN 090 (JBA)

                                 (JGM)

Robert Paquette, et al     :     8/15/05

## MOTION FOR CORRECTION OF JUDGMENT

The plaintiff Luis Fernandez, pro-se under the protection of his fundamental Right and civil Rights respectfully moves this District Court for an order Correcting Judgment entered on Doc # 60 and 69 based on discovered evidence of which defendant R. Paquette, et al failed to Disclosed and did not comply with Discovery Rules of civil Procedure Rule 26 (A)(1) require an Answering party to provide the other side, even without a discovery Request with names, I.D. Address, etc.

As Grounds therefore:

1. The plaintiff pro-se pursuant to Rule 26 (A)(1), F.R.C.P. provided the defendants R. Paquette, et al with exhibits "A" threw "E" Attached Marked in the Complaint Supporting each factual paragraph.

1 of 3

2. Defendants R. Paquette, et al failed to provide the Judge Patrick Carroll III, name, address, etc. who is the magistrate whom signed the Affidavits and Applications for search and seizure warrant dated 1/7/00, Obstructing the plaintiff pro-se process and presentation of facts by Keeping out the names, I.D. of the magistrate Patrick Carroll III and Knowing of Judge Patrick Carroll III heard the Motion Attacking bench warrant in violation of Conn. Gen. Stat. §§ 51-183h.

3. Defendants R. Paquette, et al failed to provide during discovery Danbury officer Chapman, name, I.D., address, etc. nor in comply with Rule 26(A)(1), F.R.C.P. who is alleged to participate in the investigation or surveillance of Nov. 1999 and Danbury officer Chapman did not provided Affidavit or Incident Report as to support his participation in the investigation or surveillance of Nov. 1999.

Wherefore, the plaintiff pro-se for these foregoing reasons leaves this court to grant according and under discover evidence the connecting of Judgment entered on Doc# 60 and 69, record where defendant R. Paquette, et al deliberatly violated Rule 26(A)(1), F.R.C.P. Obstructing procedures.

RESPECTFULLY SUB.,

Luis Fernandez, pro-se

2 of 3

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorney on this 15 day of August, 2005.

David W. Coluock,
Attorney,
65 Wethersfield Ave,
Hartford, CT 06114

Luis Fernandez
Pro-se