UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez, pro-se  **FILED** PRISONER

V.  Case: 3:02CV2090
  (JBA)(JGM)

2005 AUG 24 A 9:12
U.S. DISTRICT COURT
BRIDGEPORT, CONN

R. Paquette, et al  :  8/15/05

## MOTION FOR PROOF OF SERVICE

Luis Fernandez, state under the penalty of perjury that he mailed a copy of the Motion for Correct of Judgment to defendants Att. David W. Colwick, 65 Wethersfield Ave., Hartford, CT 06114, by placing them in an envelope and place them in the main hall legal mailbox at the Conn. MacDougall C.I., Suffield, CT on 8/15/05.

RESPECTFULLY Submitted,

_____
Luis Fernandez, pro-se
1153 East St. South,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Att. on this 15 day of August, 2005.

1 of 2

David W. Colwick,
Attorney,
65 Wethersfield Ave.,
Hartford, CT 06114

Luis Fernandez
Pro-se