# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Luis Fernandez, pro-se : Case: 3:02CV2090
                                                    (JBA)
Vs.                          :
                                        Date: 1/13/06
Robert Paquette, et al :

## MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5) Luis Fernandez, respectfully requests leave to file the within notice of appeal out of time. Luis Fernandez pro-se desires to appeal the Judgment of Ruling doc# 126, 144 and 143, but failed to file a notice of appeal within the required number of day because Plaintiff Pro-se MOTION FOR DENOVO REVIEW OF J.B.A. Ruling Doc.# 126, 144 & 143 has not been Ruled or an order entered for which Federal appellate review is generaly limited to "final decisions" of a district Court and to orders granting, modifying, or continuing an injunction or refusing to do so.

Respectfully Submitted,

Luis Fernandez
Pro-se

1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez, pro-se    :    Case: 3:02CV2090
                                                   (JBA)
Vs.                              :
                                        Date: 1/13/06
Robert Paquette, et al    :

## PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF Appeal to defendants Counsel J. J. Radshaw III, 65 Wethersfield ave., Hartford, CT 06114-1190, by placing them in an envelope and placed them in the Main Hall Legal Mailbox at the State Prison of Macdougall C.I., Suffield, on January 13, 2006.

Respectfully Submitted,

Luis Fernandez
Plaintiff / Pro-se

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 13 day of Jan. 2006.

1 of 2

## CERTIFICATION

I hereby certify that a copy of the foregoing was Mailed to the following on this 13 day of Jan. 2006.

Att. J. J. Radshaw III,
65 Wethersfield ave.,
Hartford, CT 06114-1190

Luis Fernandez
Pro-se

2 of 2

Att. J. J. Radshaw III,
65 Wethersfield ave,
Hartford, CT 06114-1190

Luis Fernandez
Plaintiff - Pro-se

2 of 2