UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
LUIS FERNANDEZ                  :
                                :         PRISONER
     v.                         :   Case No. 3:02V2090(JBA)
                                :
ROBERT PACQUETTE, ET AL.        :
```

RULING AND ORDER

On September 30, 2004, the court granted defendants' motion for summary judgment and denied plaintiff's motion for summary judgment. The Clerk entered judgment for the defendants in this case on October 4, 2004. On November 22, 2004, the plaintiff filed a Notice of Appeal of the court's Ruling granting the defendants' motion for summary judgment and denying his motion for summary judgment. The case remains on appeal to the Court of Appeals for the Second Circuit. The plaintiff has filed multiple motions since judgment entered and even after he filed his Notice of Appeal.

On October 24, 2005, the court denied plaintiff's motion for disqualification, motion for correction of judgment and second motion for clerical errors. The court also granted plaintiff's first motion for clerical errors, but after careful reconsideration, affirmed its Ruling granting defendants' motion

for summary judgment and denying plaintiff's motion for summary judgment.

The plaintiff now seeks to have a Magistrate Judge engage in a de novo review of the District Judge's October 24, 2005 Ruling on pending motions. A Magistrate Judge has no authority to review a ruling or order of a District Judge. Even if the plaintiff had filed the motion as a motion for reconsideration, it would be untimely. See D. Conn. L. Civ. R. 7(c) ("Motions for Reconsideration shall be filed and served within ten (10) days of the filing of the decision or order from which relief is sought . . ."). The court's ruling was filed on October 24, 2005. The plaintiff states that he put his motion in the prison mailbox on November 19, 2005, more than ten days after the court's ruling. Accordingly, the plaintiff's motion for de novo review of Judge Arterton's October 24, 2005 Ruling is denied.

The plaintiff has also filed a motion for extension of time to appeal the court's October 24, 2005 Ruling. Pursuant to Rule 4(a)(1)(A), Fed. R. App. P., plaintiff had thirty days, or until November 23, 2005, to file his notice of appeal. Rule 4(a)(5)(A)(i), Fed. R. App. P. provides that a party may move for extension of time to file a notice of appeal no later than 30 days after the time prescribed under the rule. Thus, plaintiff could seek an extension of time on or before December 23, 2005. The motion for extension of time is dated January 13, 2006.

Accordingly, the motion is untimely and is denied.

## Conclusion

The Motion for De Novo Review of Judge Arterton's October 2005 Ruling [**doc. #146**] is **DENIED**.  The Motion for Extension of Time to File Notice of Appeal [**doc. #147**] of the October 2005 Ruling is **DENIED** as untimely.

**SO ORDERED** this 21st day of February, 2006, at New Haven, Connecticut.

```
          /s/
JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE
```