UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT       FEB 16 2006

Luis Fernandez,       :   Case: 3:02CV2090(JBA)(JGM)
V.
Paquette, et al       :   Feb.2,2006

FILED
2006 MAR -9 P 12:54
U.S. DISTRICT COURT
BRIDGEPORT, CONN

PLAINTIFF"S MOTION IN OBJECTION TO DEFENDANTS MEMORANDUM

Now comes the plaintiff pro-se in protection of his civil rights and fundamental right objects/opposition to defendants memorandum dated 1/24/06 which lacks of merit and must be denied when in fact there is good cause or excusable neglect to grant the motion for extension of time to file notice of appeal.

Is true that the time in which to perfect an appeal of a civil matter is governed by Fed.R.Civ.P.4(a), but also Orders/Judgments **cannot** be appealable until final Judgment on the case is entered, Coopers V. Lybrand & Livesay, 437 U.S. 463,98 S.Ct.2454(1978), as in this case were there is still pending a ruling/judgment of motion for denovo review of JBA Ruling Doc.# 126, 144 and 143, and Motion for extension of time to file notice of appeal with the appellate court.

Also, clearly until the clerk enters an order granting or denying plaintiff pro-se motion for denovo review of JBA ruling Doc# 126, 144, and 143, and motion for extension of time to file notice of appeal with the appellate court the time period for filing the notice of appeal will be tolled(suspended) pursuant Fed. R.Civ.P.4(a)(4).

Wherefore, do to the **not** enter Orders/Judgments of motion for deneovo review of JBA Ruling doc# 126, 144, and 143, and motion for extension of time to file notice of appeal with the appellate Court which is actual excusable neglect or good cause for extension of time to file notice of appeal governed by Fed.R.Civ.

P.4(a) and 4(a)(4) the court must denied defendants memorandum dated 1/24/06 and grant plaintiff pro-se motion for extension of time to file notice of appeal.

Oral argument requested

Respectfully Submitted,

_____
Luis Fernandez, pro-se

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 2 day of Feb.2006.

J.J.Radshaw,III
65 Wethersfiled ave.,
Hartford, Conn.06114

_____
Luis Fernandez pro-se

FEB 16 2006

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Luis Fernandez, pro-se  :  Case:3:02CV2090(JBA)(JGM)

V.

Paquette, et al  :  Feb.2,2006

PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the Motion in objection to defendants memorandum to defendants attorney J.J.Radsaw, 65 wethersfiled ave., Hartford Conn.06114 by placing them in an envelope and placed them in the main hall legal mail box at the Conn.M.C.I.,suffiled,CT on Feb.2,2006.

Respectfully Submitted,

_____

Luis Fernandez, pro-se

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the follwoing on this 2 day of Feb.2006.

J.J.Radsaw, Att.,

65 wethersfiled ave.,

Hartford, CT.06114

_____

Luis Fernandez, pro-se

1 of 1