UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Luis Fernandez          :        case: 3:02CV2090(JBA)

v.

Paquette, et al         :        March 1, 2006

PLAINTIFFS MOTION FOR THE COURT CORRECTION OF
SUBMISSION ORDER RETURNED DATED 2/23/06

The plaintiff pro-se in protection of his civil rights and fundamental right under Pro-se here request the U.S.J.G.M. to correct its error in returning plaintiff motion in objection to defendants memorandum that is in comply with Rule 5(b) and to resume another ruling regarding doc.#149-1 since the Court did not even considered the plaintiff Objection to defendants memorandum properly filed. The Court must be reminded that I the plaintiff is Pro-se and is currently detained in this Conn. State Prison where there is no guarantee of court access. With this said the plaintiff prays that this Court submits and resumes another ruling regarding doc# 149-1 in order to correct its error in returning the Motion in objection to defendants memorandum that is certify of service is address to defendants attorney J.J.Radshow III, 65 wethersfiled ave.,Hartford,CT06114-1190. If the Court has another address of defendants attorney or an attorney who entered his appearance without notifying the plaintiff pro-se then do please provide the plaintiff with such information.

Respectfully Submitted,

Luis Fernandez

Pro-se

1 of 2

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 1 day of March, 2006.

Att.J.J.Radshow III,

65 wetherfield ave.,

Hartford, CT06114-1190

Luis Fernández, pro-se

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Luis Fernandez | : | Case: 3:02CV2090(JBA) |
| V. | | |
| Paquette, et al | : | March 1,2006 |

PROOF OF SERVICE

Luis Fernandez states under the penalty of perjury that he mailed a copy of the Motion for the Court correction of submission order returned dated 2/23/06 to defendants Attroney J.J. Radshow III, 65 wethersfield ave.,Hratford, CT06114-1190 by placing them in an envelope and place them in the main hall legal mail box at the Conn. Macdougall C.I., suffield,CT06080 on March 1,2006.

Respectfully Submitted,

Luis Fernandez, pro-se

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 1 day of March, 2006.

Attorney J.J. Radshow III,
65 Wethersfield ave.,
Hartford, CT 06114-1190

Luis Fernandez
Pro-se

1 of 1