FORM 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2006 MAR -9 P 12: 54
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Luis Fernandez

v.

Robert Paquette, et al

CIVIL CASE NO.
3:02CV2090

March 1, 2006

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Luis Fernandez__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (describe the Judgment or Order):
[doc# 149-1], [126], [144] & [143] while the case remains on appeal with the Court of appeals for the second circuit.

2. The Judgment /Order in this action was entered on __2 /21/06__.
(date)

_____
Signature

Luis Fernandez
Print Name

1153 east st. south,
suffield, CT 06080
Address

Date: __3/1/06__

_____
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

1 of 2

Certification

I hereby certify that a copy of the following was mailed on this 1 day of March, 2006.

ATT.J.J.Radshow III,

65 wethersfield ave.,

Hartford, Ct 06114-1190

Luis Fernandez, pro-se

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---

Luis Fernandez                    :        case: 3:02cv2090(JBA)

V.

Paquette, et al                   :        March 1, 2006

PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the Notice of Appeal to defendants Attorney ATT.J.J.Radshow III, 65 wethersfiled ave., Hartford,CT06114-1190 by placing them in an envelope and place them in the main hall legal mail box at the Conn. Macdougall C.I.,suffield,Ct on March 1, 2006.

Respectfully Submitted,

_____
Luis Fernandez, pro-se

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 1 day of March, 2006.

Att.J.J.Radshow III,

65 wethersfiled ave.,

Hartford, Ct 06114-1190

_____
Luis Fernandez

1 of 1