UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

FILED

2007 APR 24 P 3: 45

U.S. DISTRICT COURT
NEW HAVEN, CT

Roseann B. MacKechnie
CLERK

Date:                 4/13/06
Docket Number:        06-1189-pr
Short Title:          Fernandez v. Paquette
DC Docket Number:     02-cv-2090
DC:                   DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:             Honorable Janet Arterton

ROA REQUEST

Dear CLERK:

You are hereby directed by this Court to cause the certified agency record in the above entitled action to be transmitted to this office no later than_____4/23/06_____.

Please Sign and print your name below:

(Your Signature)_____

(Print Your Name)_____

Very truly yours,

Roseann B. MacKechnie, Clerk

By: _____
Lorenzo Martin
Deputy Clerk