UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Luis Fernandez,        :        Case: 02 cv 2090(FBA)(JGM)

v.                     :

Robert Paquette, et al :        April 22, 2006

MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

The plaintiff moves pursuant to Rule 24(a)(c) requesting the District Court to grant leave to proceed on appeal in forma pauperis and for the appeal to be heard on the full record including exhibits and parts therefore in any form. Authority to allow prosecution of an appeal in forma pauperis is vested i " Any court of the United States " by 28 U.S.C.§ 1915(a). The plaintiff specially in this case has bin granted permission to proceed in forma pauperis (I.F.P.) in the District Court.

This Court should grant an order permitting the plaintiff to proceed without prepayment of fees and costs or security for an appeal.

Wherefore, plaintiff moves for leave to proceed an appeal in forma pauperis.

Respectfully Submitted,

_____
Luis Fernandez

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants attorney's on this 22 day of April, 2006 to:

Att.J.J.Radsaw III, 65 whethersfield ave.,

Hartford, CT 06114

1 of 2

*[signature]*
Luis Fernandez