UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez          : Case: 02 CV 2090 (JBA)
                        :       (JGM)
v.                      :
                        :
R. Paquette, et al      : May 18, 2006

MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL

Comes, the plaintiff Fernandez in the above-entitled action and moves this district court to Appoint counsel for him, for the reasons that the plaintiff stated a cause of action, the Composing of Rule 28 F.R.C.A.P. will be better comply by an attorney than a Prisoner pro-se, and the forbiding of Attorney assistance in this case has been auerboard.

Wherefore, plaintiff Fernandez moves that the relief he requests be granted.

Respectfully Submitted,

Luis Fernandez
1153 East St. South,
Suffield, CT 06080

1 of 2

# CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the defendants Attorney on this 18 day of May, 2006:

Att. Colwick, Esq.
65 Wethersfield Ave.,
Hartford, CT 06114

*Luis Fernandez*