UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez      :   Case: 02 CV 2090 (JBA)(GLM)

                    :

V.                  :

R. Paquette, et al  :   May 18, 2006

# MOTION FOR LEAVE TO TAKE DEPOSITION PENDING APPEAL

Pursuant to Rule 27(4)(d)(c) of the Fed. R. of Civil Procedure, the undersigned Plaintiff moves this Court for an order granting leave to take the oral deposition of Officer Chapman who defendants mentioned for Summary Judgment.

Officer Chapman is presently working in the Danbury Police Dept., 120 Main St., Danbury, CT 06810.

The plaintiff of this action would like to depose Officer Chapman within (25) days of the granting of this Motion.

This is a stated action brought against Danbury Chief of Police, Officers and Detectives for the violation of Civil Rights.

The defendants have been granted Summary Judgment and plaintiff has an appeal pending

1 of 2

The plaintiff requires this deposition of Officer Chapman in order to explore more facts and circumstances not disclosed in the case.

Wherefore, the undersigned plaintiff request for leave to take deposition of Officer Chapman pending appeal be granted.

Respectfully Submitted,

Luis Fernandez
1153 East St. South,
Suffield, CT 06080

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorney on this 18 day of May, 2006:

Att. Colwick, Esq.
65 Wethersfield ave,
Hartford, CT 06114

Luis Fernandez

2 of 2