UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 MAY 31 P 12: 38

U.S. DISTRICT COURT

LUIS FERNANDEZ     :

V.                 :  PRISONER
                      CASE NO. 3:02CV2090 (JBA)(JGM)

ROBERT PACQUETTE, ET AL  :

## RULING ON PENDING MOTION

Presently before the Court is the plaintiff's motion for leave to proceed *in forma pauperis* on appeal. On October 24, 2005, the court denied the plaintiff's motion for disqualification and granted the plaintiff's motion for clerical errors which the court construed as a motion for reconsideration and after careful reconsideration affirmed its ruling granting defendants' motion for summary judgment and denying plaintiff's motion for summary judgment. The court also denied plaintiff's motion for correction of judgment and second motion for clerical errors. On March 9, 2006, the plaintiff filed a notice to appeal that ruling. The plaintiff seeks to proceed in forma pauperis on appeal.

The procedure for leave to proceed on appeal in forma pauperis from the District Court to the Court of Appeals is governed by Rule 24 of the Federal Rules of Appellate Procedure. Rule 24(a)(3) states in relevant part that:

> A party who was permitted to proceed in forma pauperis in the district-court action, . . . may proceed on appeal *in forma pauperis* without further authorization, unless:
> (A) the district court-before or after the notice

>    of appeal is filed-certifies that the
>    appeal is not taken in good faith or finds
>    that the party is not otherwise entitled
>    to proceed *in forma pauperis* and states in
>    writing its reasons for the certification
>    or finding; or
> (B) a statute provides otherwise.

Rule 24(a)(3), Fed. R. App. P.

Because this Court previously granted plaintiff's *in forma pauperis* application when he commenced this action, and has not revoked that order, the plaintiff may proceed on appeal *in forma pauperis* without further authorization from this Court. Accordingly, the plaintiff's Motion for Leave to Proceed on Appeal *In Forma Pauperis* (**Doc. # 155**) is **DENIED** as moot.[1]

SO ORDERED at New Haven, Connecticut, this 30th day of May, 2006.

/s/ Janet Bond Arterton
United States District Judge

---

[1] Neither this ruling nor the prior granting of plaintiff's application to proceed *in forma pauperis* in any way prevents the Second Circuit from collecting the fees due it in light of the Prison Litigation Reform Act.

2