UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.: 3:02CV2090 (JBA)(JGM) |
| v. | : | |
| | : | |
| CHIEF ROBERT PAQUETTE, ET AL | : | JUNE 27, 2006 |

### MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO TAKE DEPOSITION OF "JUDGE CARROLL" PENDING APPEAL

By way of motion dated June 16, 2006 and received by defendants' counsel on June 22, 2006, the plaintiff now seeks permission to take the deposition of Judge Patrick Carroll – a non-party witness – while the plaintiff's appeal is pending. The motion should be denied.

In an earlier motion, the plaintiff has sought permission to depose Officer Chapman. *See* Doc. No. 157. The reasoning offered in support of the plaintiff's instant motion seeking the same relief is no different that the reasoning offered in support of the plaintiff's earlier motion. In the interests of efficiency, the defendants adopt their memorandum of law in opposition to the plaintiff's earlier motion as if fully set forth herein. *See* Doc. No. 159. For those reasons, the plaintiff's motion to depose Judge Carroll should be denied.

WHEREFORE, the defendants pray that the court denies the plaintiff's Motion for Leave to Take Deposition of Judge Carroll Pending Appeal dated June 16, 2006.

2

              THE DEFENDANTS,
              CHIEF ROBERT PAQUETTE, ET AL

              /s/ John J. Radshaw, III
              John J. Radshaw, III, ct19882
              HOWD & LUDORF, LLC
              65 Wethersfield Avenue
              Hartford, CT  06114
              (860) 249-1361
              (860) 249-7665 (Fax)

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to all pro se parties and counsel of record this 27th day of June 2006.

Mr. Luis Fernandez
Inmate Number 279900
MacDougall-Walker
  Correctional Institution
1153 East Street, South
Suffield, CT 06080

              /s/ John J. Radshaw, III
              John J. Radshaw, III