UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez          :  Case: 3:02CV2090
                        :         (JBA)(JGM)
Vs.                     :
                        :
Chief Robert Paquette, et al :  June 14, 2006

## PLAINTIFF'S MOTION IN RESPOND & OBJECTION TO MEMO IN OPPOSITION FOR LEAVE TO TAKE DEPOSITION PENDING APPEAL

This plaintiff pro-se, has followed all of the Rules as understood and will not knowingly violate them unless said Rule violates a Constitutional Right, and the Court should not need reminding that "Persons acting in their own behalf are held "... to less stringent standard than formal pleadings by Lawyers," while the plaintiff's appeal is pending and judicial leave had bin granted the plaintiff request for leave to take deposition pending appeal of Officer Chapman. The plaintiff respectfully ask's this Court to grant leave to take deposition pending appeal pursuant to Rule 27.

See, Memorandum of Law in Support hereto.

1 of 2

Respectfully Submitted,

_____
Luis Fernandez
# 279900
1153 East St. South,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following def. Attorney on this 14th day of June, 2006:

Attorney J.J. Radshaw, III
65 Wethersfield ave.,
Hartford, CT 06114

_____
Luis Fernandez
# 279900