UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Luis Fernandez              :     Case: 3:02CV2090

    Plaintiff-Pro-se

V.                          :

Robert Paquette, et al            July 6,2006

    Defendants           :

PLAINTIFF'S OBJECTION & OPPOSITION TO DEFENDANTS MEMO IN

OPPOSITION TO TAKE DEPOSITION OF JUDGE CARROLL PENDING APPEAL

Now comes the Plaintiff Pro-se who has followed all of the Rules
as understood and will not knowningly violate them unless said
Rule violates a Constitutional Right, and the Court should not
need reminding that persons acting in their own behalf are held
"....to less stringent standard than formal pleadings by lawyers"
in objection and opposition to defendants memo dated 6/27/06
for lacking of legal standing and merit.

There are two different newly discoveries of non-party witnesses
for which deposition is being requested for different supporting
facts.

For these reasons defendants memo dated 6/27/06 lack legal
standing and merit:

1) The Deposition of Patrick Carroll a non-party witness who
defendants et al sealed identity until summary Judgment is good
cause for newly discovered facts under deposition pending appeal,

2) Defendants et al ignored this honorable courts order to comply
with Discovery even after the plaintiff requested to compell
and moved for sanction since defendants et al refused to comply
with this honorable court's order, See DOC. No. 56 & 116,

3) The Deposition of Patrick Carroll a non party witness is proper to avoid a failure or delay of justice where the perpetuate of his testimony is relevant and support plaintiff claims,

4) the plaintiff request of deposition of non-party witness Judge Patric Carroll is consistent with Fed.R.Civ.P.27 which offers a simple method of perpetuating testimony in cases where it is usually allowed under equity practice or under modern statute following as well the practice approve in **Richter V. Union Trust Co., 1885, 5 S.Ct. 1162, 115 U.S. 55, 29 L.Ed. 345** by extending the right to perpetuate testimony to cases pending an appeal.

5) The necessary in deposition of non-party witness Judge Patric Carroll consist of the Judge Patric Carroll advance age which health problem may cause a delay of justice, the geogrophical constraints are those of non-party witness position as a Judge in the Danbury Superior Court at Danbury,Ct and the running passage of time was intended by the defendants own wanton acts of sealing the identity of Judge Patric Carroll can cause to unable the deposition or testimony because of medical conditions do to Judge Patric Carroll advance age.

Wherefore, these foregoing reasons the plaintiff pro-se objects and opposes to defendants memo date 6/27/06 and further requests this honorable court to grant leave to take deposition because leave is consistent with Rule's and Plaintiff pro-se has not ignored a Rule or Order as the defendant et al (Attorney).

Respectfully Submitted,

Luis Fernandez

CERTIFICATION

This is to certify that a copy of the foregoing has been sent
to the following defendants attorney on this 6 day of July,2006:


Att.J.J.Radshaw, III,
65 wethersfield ave.,
Hartford, Ct 06114

Luis Fernandez
Pro-se Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


Luis Fernandez          :          Case: 3:02CV2090

     Plaintiff-Pro Se

V.                      :

Robert Paquette et al        July 6,2006

     Defendants    :

     MOTION FOR PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he
mailed a copy of the Objection & Opposition to Defendants memo.
in opposition to take deposition of Judge Carroll pending appeal
to defendants attorney J.J.Radsaw III, 65 wethersfield ave.,
Hartford, CT 06114 by placing them in the main hall legal mail
box in an envelope at the Conn.Macdougall C.I.,Suffield,CT on
July 6,2006.

                    Respectfully Submitted,

                    Luis Fernandez
                    1153 east st south,
                    suffield, CT 06080

              CERTIFICATION

This is to certify that a copy of the foregoing was mailed to
the following on this 6 day of July, 2006:

Att.J.J.Radsaw III,
65 wethersfield ave.,
Hartford, Ct 06114

                    Luis Fernandez pro-se