UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LUIS FERNANDEZ

     v.                                        PRISONER
Case No.   3:02CV2090 (JBA) (JGM)

CHIEF ROBERT PAQUETTE, et al.

RULING ON PENDING MOTION

On February 21, 2006, the court denied plaintiff's motion to file a notice of appeal of the court's October 24, 2005 Ruling denying his motions for disqualification and for clerical errors. On March 9, 2006, the plaintiff filed a reply to defendants' objection to his motion to file a notice of appeal. The plaintiff asks the court to reconsider its ruling denying his motion to file a notice of appeal in view of the filing of his reply to defendants' objection to the motion to file a notice of appeal. The motion for reconsideration [**doc. # 151**] is **GRANTED**. However, after careful reconsideration, the Magistrate Judge continues to adhere to the same conclusions reached in the February 21, 2006 Ruling [**doc. # 149**] denying plaintiff's motion to file a notice of appeal.

SO ORDERED in New Haven, Connecticut, this 6th of September, 2006.

                                                    /s/ Joan G. Margolis

                                                    Joan G. Margolis
                                                    United States Magistrate Judge