UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


LUIS FERNANDEZ
                                         PRISONER

   v.                    CASE NO. 3:02CV2090 (JBA) (JGM)

OFFICER PACQUETTE, ET AL.


RULING AND ORDER

Pending before the court is the plaintiff's motion for appointment of counsel on appeal and motion for leave to depose Officer Chapman.  The Motion for Appointment of Counsel on appeal **[doc. # 156]** is **DENIED**.  The plaintiff may renew his motion in the United States Court of Appeals for the Second Circuit.  The plaintiff's Motion to Depose Officer Chapman [**doc. # 157**] is **DENIED**.  Discovery closed in this case over two years ago.  The court granted summary judgment in favor of the defendants in September 2004 and the case is closed and on appeal.

SO ORDERED this 6th day of October, 2006, at New Haven, Connecticut.

                                                     /s/ Joan G. Margolis
                                                     Joan G. Margolis
                                                     United States Magistrate Judge