

**MANDATE**

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Thomas Asreen
ACTING CLERK

UNITED STATES COURT OF APPEALS
FILED
MAY 17 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

Date:                    5/17/07
Docket Number:           06-1189-pr
Short Title:             Fernandez v. Paquette
DC Docket Number:        02-cv-2090
DC:                      CONNECTICUT (NEW HAVEN)
DC Judge:                Honorable Janet Arterton

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of May, two thousand seven.

Luis Fernandez,

   Plaintiff-Appellant,

      v.

Fisher, Det Sgt, Ramos, Det, Krupinsky, Det, Mark Trohalis, Det, Karl Murphy, Ofcr, Selner, Ofcr, Riolo, Ofcr, Robert Paquette, Chief of Police, John Menullo, Det,

   Defendant-Appellee

### ORDER OF DISMISSAL

NOTICE HAVING BEEN GIVEN that the appellant was required to file a Prisoner Authorization form, properly signed and without alternation, and **APPELLANT HAVING FAILED** to file said Prisoner Authorization form within the **THIRTY DAYS** prescribed, **THIS APPEAL IS HEREBY DISMISSED.** Any motions pending prior to the entry of this order of dismissal are deemed **MOOT.**

### CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this Order was mailed this date to all parties to this action.

For the Court,
Thomas Asreen, Acting Clerk

By: Eugene L. Martin
Deputy Clerk

A TRUE COPY
Thomas W. Asreen, Acting Clerk

by _E. Joseph Martin_
DEPUTY CLERK

Certified: MAY 17 2007

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

Thomas  Asreen
ACTING CLERK



Date:                  5/17/07
Docket Number:         06-1189-pr
Short Title:           Fernandez v. Paquette
DC Docket Number:      02-cv-2090
DC:                    CONNECTICUT (NEW HAVEN)
DC Judge:              Honorable Janet Arterton

        At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel
Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the     17th     day of
May,  two thousand seven.

Luis  Fernandez,

    Plaintiff-Appellant,

        v.

Fisher, Det Sgt,  Ramos, Det,  Krupinsky, Det,  Mark  Trohalis, Det,  Karl  Murphy, Ofcr,  Selner,
Ofcr,  Riolo, Ofcr,  Robert  Paquette, Chief of Police,  John  Menullo, Det,

    Defendant-Appellee

### ORDER OF DISMISSAL

        NOTICE HAVING BEEN GIVEN that the appellant was required to file a Prisoner Authorization
form, properly signed and without alternation, and **APPELLANT HAVING FAILED** to file said Prisoner
Authorization form within the **THIRTY DAYS**  prescribed, **THIS APPEAL IS HEREBY DISMISSED**.
Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

### CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this Order was mailed this date to all parties to this action.

THE CERTIFIED  (  )  ORDER  (  )  NOTICE
STATEMENT OF COSTS
HAS BEEN RECEIVED BY_____
_____ DATE:_____

For the Court,
Thomas  Asreen, Acting Clerk

By:  Eugene L. Martin
Deputy Clerk