**MANDATE**

D. Conn.
02-cv-2090
Arterton, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 1st Day of July Two thousand and five

Present:

    Hon. José A. Cabranes,
    Hon. Reena Raggi,
        *Circuit Judges*,
    Hon. Leonard B. Sand,
        *District Judge.**

---

Luis Fernandez,

        Plaintiff-Appellant,

    v.                                      04-6563-pr

Robert Paquette, *et al*,

        Defendants-Appellees.

---

    Appellant, *pro se*, moves for appointment of counsel, *in forma pauperis* status, "opposition and objection" to the Appellees' inclusion of unnecessary materials in the record, "the appeal to be heard on the full record," and to stay the proceedings to correct the index to the record on appeal. The Appellees move to dismiss the appeal for Appellant's failure to file a timely notice of appeal. Upon due consideration, it is ORDERED that the Appellees' motion to dismiss the appeal is denied. See Smith v. Barry, 502 U.S. 244, 248-49 (1992) (if a document filed within the time specified by Rule 4 of the Federal Rules of Appellate Procedure gives sufficient notice to the court and parties of the Appellant's intent to appeal, it is effective as a notice of appeal). It is FURTHER ORDERED that Appellant's motions are denied and the appeal is dismissed because it lacks an arguable basis in law or fact. See Neitzke v. Williams, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: [signature]

JUL 1 2005

*The Honorable Leonard B. Sand, Senior Judge of the United States District Court for the Southern District of New York, sitting by designation.

SAO/JG

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by [signature]
DEPUTY CLERK

Issued as Mandate: MAY 24 2007

```
                                                    D. Conn.
                                                    02-cv-2090
                                                    Arterton, J.
```

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 1st Day of July Two thousand and five

Present:

> Hon. José A. Cabranes,
> Hon. Reena Raggi,
> > *Circuit Judges*,
> Hon. Leonard B. Sand,
> > *District Judge.**

---

Luis Fernandez,

> Plaintiff-Appellant,

v.

Robert Paquette, *et al*,

> Defendants-Appellees.

---

Appellant, *pro se*, moves for appointment of counsel, *in forma pauperis* status, "opposition and objection" to the Appellees' inclusion of unnecessary materials in the record, "the appeal to be heard on the full record," and to stay the proceedings to correct the index to the record on appeal. The Appellees move to dismiss the appeal for Appellant's failure to file a timely notice of appeal. Upon due consideration, it is ORDERED that the Appellees' motion to dismiss the appeal is denied. See Smith v. Barry, 502 U.S. 244, 248-49 (1992) (if a document filed within the time specified by Rule 4 of the Federal Rules of Appellate Procedure gives sufficient notice to the court and parties of the Appellant's intent to appeal, it is effective as a notice of appeal). It is FURTHER ORDERED that Appellant's motions are denied and the appeal is dismissed because it lacks an arguable basis in law or fact. See Neitzke v. Williams, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

> FOR THE COURT:
> Roseann B. MacKechnie, Clerk
>
> By: [signature]

JUL 1 2005

---

*The Honorable Leonard B. Sand, Senior Judge of the United States District Court for the Southern District of New York, sitting by designation.

SAO/JG